# EXHIBIT 4

**SUPERIOR COURT OF CALIFORNIA,**
**COUNTY OF SAN DIEGO**
**SOUTH BUILDING**
**TENTATIVE RULINGS - October 06, 2010**

EVENT DATE: 10/08/2010    EVENT TIME: 01:25:00 PM    DEPT.: N-31
JUDICIAL OFFICER: William S. Dato

CASE NO.:   37-2010-00057144-CU-BT-NC

CASE TITLE:  WALLER VS. HEWLETT-PACKARD COMPANY

CASE CATEGORY: Civil - Unlimited    CASE TYPE: Business Tort

EVENT TYPE: Motion Hearing (Civil)
CAUSAL DOCUMENT/DATE FILED: Motion - Other, 09/16/2010

Defendant Hewlett-Packard Company's unopposed applications for Kristofor T. Henning and Franco A. Corrado to appear pro hac vice are granted.

Defendant is directed to serve notice of this ruling on all parties and on the State Bar within 72 hours of the date of this ruling.

| | |
|---|---|
| 1 | JOSEPH DUFFY, State Bar No. 241854 |
| 2 | TAYLOR C. DAY, State Bar No. 267435 |
|   | MORGAN, LEWIS & BOCKIUS LLP |
| 3 | 300 South Grand Avenue |
|   | Twenty-Second Floor |
| 4 | Los Angeles, CA 90071-3132 |
|   | Tel.: 213.612.2500 |
| 5 | Fax: 213.612.2501 |

Attorneys for Defendant
HEWLETT-PACKARD COMPANY

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN DIEGO — NORTH COUNTY BRANCH

| | |
|---|---|
| ROBERT A. WALLER, JR., on behalf of himself and all others similarly situated, | Case No. 37-2010-00057144-CU-BT-NC |
| | NOTICE OF RULING |
| Plaintiff, | |
| v. | |
| HEWLETT-PACKARD COMPANY, a Delaware corporation, COSTCO WHOLESALE CORPORATION, a Washington corporation, and DOES 1-100, inclusive, | Action Filed: July 8, 2010 |
| | Trial Date: Non Assigned |
| | Dept: N-31 |
| | Hearing Date: October 8, 2010 |
| | Time: 1:30 p.m. |
| Defendants. | |

///
///
///
///
///
///
///

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/65767406.1

NOTICE OF RULING

Exhibit 4, Page 85

1  On October 6, 2010, the Court granted Defendant, Hewlett Packard Company's
2  unopposed applications for Kristofor T. Henning and Franco A. Corrado to appear pro hac vice.
3  The court also directed defendant to serve this notice on all parties and the State Bar within 72
4  hours of the date of this court's ruling.

5  Dated: October 8, 2010

MORGAN, LEWIS & BOCKIUS LLP
TAYLOR C. DAY

By *Taylor Day/cls*
Taylor C. Day
Attorneys for Defendant,
HEWLETT-PACKARD COMPANY

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/65767406.1

2

NOTICE OF RULING

Exhibit 4, Page 86

## PROOF OF SERVICE

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, California 90071-3132.

On **October 8, 2010**, I served the within document(s):

### NOTICE OF RULING

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

[ ] by causing the document(s) listed above to be personally delivered to the person(s) at the address(es) set forth below.

### SEE ATTACHED SERVICE LIST

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **October 8, 2010**, at Los Angeles, California.

I declare under penalty of perjury, under the laws of the State of California, that the above is true and correct.

_Sandra Hinojosa_
Sandra Hinojosa

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/65527216.1

PROOF OF SERVICE

Exhibit 4, Page 87

*Robert A. Waller, Jr., et al. v. Hewlett-Packard Company, et al.*
San Diego Superior Court Case No. 37-2010-00057144-CU-BT-NC

## SERVICE LIST

| | |
|---|---|
| **Thomas F. Feerick, Esq.**<br>**Feerick & Associates**<br>519 Encinitas Boulevard, Suite 104<br>Encinitas, California 92024<br>Telephone No.: (760) 632-4850<br>Facsimile No.: (760) 632-5853<br><br>**Robert A. Waller, Jr., Esq.**<br>**Law Offices of Robert A. Waller**<br>519 Encinitas Boulevard, Suite 104<br>Encinitas, California 92024<br>Telephone No.: (760) 753-3118<br>Facsimile No.: (760) 753-3206 | Attorneys for Plaintiff,<br>ROBERT A. WALLER, JR. |
| **Joey Liu, Esq.**<br>**One LLP**<br>4000 MacArthur<br>West Tower, Suite 1100<br>Newport Beach, CA. 92660<br>Telephone No.: (949) 502-2870<br>Facsimile No.: (949) 258-5081 | Attorneys for Defendant,<br>COSTCO WHOLESALE CORPORATION |
| **Pro Hac Vice Program**<br>**State Bar of California**<br>180 Howard Street<br>San Francisco, CA 94105 | |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

DB1/65527216.1

2

PROOF OF SERVICE

Exhibit 4, Page 88