# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. WALLER, JR., on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, et al.,<br><br>Defendants. | Case No. 11-cv-00454 LAB RBB<br><br>**ORDER GRANTING DEFENDANT COSTCO WHOLESALE CORPORATION'S EX PARTE APPLICATION FOR SEALING ORDER** |

Based on Civil Local Rule 79.2(c) and Paragraphs 7 and 8 of the Court's Standing Order in Civil Cases, Defendant Costco applied ex parte for an order sealing the declaration of Geoff Shavey in support of Hewlett-Packard's opposition to Waller's remand motion.

The Shavey declaration was filed with the Court on April 25, 2011, but redacting data on the number of units Costco has sold in its California stores of the HP SimpleSave Hard Drive products at issue in this case. (Doc. No. 20-1.) An unredacted declaration was submitted to chambers. For the reasons stated in Costco's papers, the Court find that there is both "good cause" and "compelling reasons" for sealing the Shavey declaration. *Pintos v. Pacific Creditors Ass'n*, 605 F3d 665, 677-678 (9th Cir. 2010).

Costco's ex parte application is GRANTED.

1   The Court orders that the redacted version of the Shavey declaration remain redacted
2   in the case docket, and that an unredacted version be filed under seal.
3       IT IS SO ORDERED.

Dated:   4-28-11

Hon. Larry Alan Burns
United States District Judge