# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. WALLER, JR., on behalf of himself and all others similarly situated,<br><br>                              Plaintiff,<br><br>   vs.<br><br>HEWLETT-PACKARD COMPANY, etc., et al.,<br><br>                              Defendants. | CASE NO. 11cv0454-LAB (RBB)<br><br>**ORDER DISMISSING STAPLES AND WESTERN DIGITAL AND EXTENDING COSTCO'S TIME TO RESPOND** |

   Pursuant to the joint motion of the parties (Doc. No. 47), Waller's claims against Defendants Western Digital and Staples are dismissed without prejudice. The parties shall bear their own fees and costs.

   Pursuant to a separate joint motion (Doc. No. 48), Costco shall answer or otherwise respond to the Second Amended Complaint by no later than January 13, 2012.

   **IT IS SO ORDERED**.

DATED:  January 3, 2012

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

- 1 -11cv0454