# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. WALLER, JR., on behalf of himself and all others similarly situated,<br><br>                                    Plaintiff,<br>    vs.<br><br>HEWLETT-PACKARD COMPANY, etc., et al.,<br><br>                                    Defendants. | CASE NO. 11cv0454-LAB (RBB)<br><br>**ORDER DISMISSING COSTCO FROM CASE** |

Pursuant to the joint motion of the parties, this case is dismissed without prejudice as to Defendant Costco. The parties shall bear their own fees and costs.

**IT IS SO ORDERED**.

DATED: January 23, 2012

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge