UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. WALLER, JR., on behalf of himself and all others similarly situated,<br><br>           Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, a Delaware corporation; COSTCO WHOLESALE CORPORATION, a Washington corporation; WESTERN DIGITAL CORPORATION, a Delaware corporation; STAPLES, INC., a Delaware corporation; DOES 1-100, inclusive<br><br>           Defendants. | Civil No. 11cv0454 LAB(RBB)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE |

On March 19, 2012, the Court held an early neutral evaluation conference in the above-entitled action. Settlement could not be reached in the case.

The Court discussed compliance with rule 26 of the Federal Rules of Civil Procedure and issues the following orders:

1. No objections were presented to initial disclosure under Federal Rule of Civil Procedure, rule 26(a)(1)(A-D). The parties are ordered to proceed with the initial disclosure process. Any

objections to initial disclosure will be resolved as required by rule 26.

2. The rule 26(f) conference shall be completed on or before April 12, 2012.

3. A joint discovery plan shall be lodged with Magistrate Judge Brooks on or before April 23, 2012.

4. The initial disclosures pursuant to rule 26(a)(1)(A-D) shall occur on or before April 26, 2012.

5. A telephonic, attorneys-only case management conference is set for May 17, 2012, at 8:30 a.m. Counsel for Plaintiff is to initiate the call.

Plaintiff's(s') counsel shall serve a copy of this order on all parties that enter this case after the date of this order.

Failure of any counsel or party to comply with this order may result in sanctions.

IT IS SO ORDERED.

DATED: March 19, 2012

Ruben B. Brooks
United States Magistrate Judge

cc:
Judge Burns
All Parties of Record