1  DAVID J. NOONAN
   KIRBY NOONAN LANCE & HOGE LLP
2  Diamond View Tower
   350 Tenth Avenue, Suite 1300
3  San Diego, CA 92101
   Telephone: (619) 231-8666
4  Facsimile: (619) 231-9593
   E-Mail: dnoonan@knlh.com
5
6  KRISTOFOR T. HENNING (*Pro Hac Vice*)
   MORGAN, LEWIS & BOCKIUS LLP
7  1701 Market Street
   Philadelphia, PA 19103
8  Telephone: (215) 963-5000
   Facsimile: (215) 963-5001
9  E-mail: khenning@morganlewis.com
10
11 Attorneys for Defendant
   HEWLETT-PACKARD COMPANY
12
                    UNITED STATES DISTRICT COURT
13
                  SOUTHERN DISTRICT OF CALIFORNIA
14
15 ROBERT A. WALLER, JR., on behalf of        Case No. 11-cv-00454 LAB RBB
   himself and all others similarly situated,
16
17              Plaintiff,              **DECLARATION OF MICHAEL
                                        BANDEMER IN SUPPORT OF HEWLETT-
        v.                              PACKARD COMPANY'S OPPOSITION TO
18 HEWLETT-PACKARD COMPANY,             PLAINTIFF'S MOTION FOR CLASS
                                        CERTIFICATION**
19              Defendant.
20
21      I, Michael Bandemer, declare as follows:

22      1.      I am a Managing Director with Huron Legal, which provides consulting and expert

23 services in the area of computer forensics, electronic discovery and other associated services to

24 corporations, law firms and governments in the United States and abroad. Huron Legal is a

25 division of Huron Consulting Group which is a global consulting firm assisting clients in diverse

26 industries to improve performance, comply with complex regulations, reduce costs, recover from

27 distress, leverage technology, and stimulate growth. Prior to joining Huron, I was the national

28 practice leader of LECG's Legal Technology and Analytics Consulting group (LTAC) which

1  specialized in digital forensics and data analytics, among other disciplines.

2      2.    I have more than 20 years of experience in investigations, technology and forensic

3  matters.  In the area of technology, I advise both corporate and law firm clients on information

4  management, digital forensics and e-discovery issues.  I am regularly engaged by our business

5  and litigation clients to forensically examine computers, external storage devices, and other

6  digital storage media, including for the purpose of identifying, recovering, analyzing, explaining

7  and reporting on the active and deleted operating system and file/folder contents and associated

8  metadata.

9      3.    I am licensed in the State of California as a Certified Public Accountant, as a

10  Certified Management Accountant, and as a Certified in Financial Forensics. Additionally, I am a

11  Certified Information Technology Professional and an EnCase Certified Computer Examiner.

12  Amongst other affiliations, I am a member of the High Technology Crime Investigation

13  Association.

14      4.    For a true and correct copy of my curriculum vitae, which summarizes my

15  professional and educational background, see Exhibit A.  Attached as Exhibit B is a list of my

16  deposition, arbitration and trial testimony for the past four years.  My professional time for

17  analysis and testimony is currently billed at $450 per hour.  Neither Huron's nor my

18  compensation is contingent or dependent upon the outcome of this litigation or the conclusions I

19  provide.

20      5.    In preparing for the examination of Plaintiff Robert A. Waller, Jr.'s ("Plaintiff's")

21  320 GB SimpleSave device, I reviewed the Order Denying Plaintiff's Motion to Remand and the

22  Order Denying HP's Motion to Dismiss for the above-captioned case.

23      6.    On December 18, 2012, my team and I created a forensic (i.e. "mirror") image of

24  Plaintiff's 320 GB SimpleSave device at Huron's offices in San Diego, California.

25      7.    I completed my forensic inspection of Plaintiff's 320 GB SimpleSave device on

26  January 7, 2013.

27      8.    I located a user manual titled "HP SimpleSave Backup Software User Manual" on

28  Plaintiff's 320 GB SimpleSave with the file name "UserManual.PDF."  A true and correct copy

of that user manual is attached as Exhibit C.

9.      Once Plaintiff's SimpleSave device's software launched, I observed the following dialogue box informing that a software update was available for the device:



10.     To preserve the integrity of the forensic image, I did not download the software update.

11.     Through the "My Options" feature on Plaintiff's device, I was able to access information about the device's current operating software under the option titled "About this Software."

12.     Following this process, I confirmed that Plaintiff's device currently is utilizing software version 1.0.2.31, as demonstrated in the following screen shot:

3



13.     Based upon my review of Plaintiff's SimpleSave, this version of the software was installed on Plaintiff's device on August 21, 2010.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.  Executed on January 7, 2013, at San Diego, CA.

_____

Michael Bandemer

4

Case No. 11-cv-00454 LAB RBB

DECLARATION OF MICHAEL BANDEMER

# Exhibit A



# Michael R. Bandemer

**CPA, CFF, CMA, CITP, EnCE**
Managing Director

P: 619.356.2000
D: 619.356.2010
F: 619.356.2005
mbandemer@huronconsultinggroup.com

12230 El Camino Real, Suite 230
San Diego, CA 92130

Summary

Michael Bandemer is a managing director with Huron Consulting Group and brings to his clients the unique combination of experience and education in the disciplines of accounting, finance, and technology. He is the international practice leader of Huron Legal's Digital Forensics and Expert Services group. Prior to joining Huron, Mr. Bandemer was the national practice leader of LECG's Legal Technology and Analytics Consulting group (LTAC) which specialized in e-discovery, digital forensics and data analytics and provided strategic consulting, expert testimony and services to corporations and law firms across all phases of discovery.

Mr. Bandemer has 20 years experience in the investigation, technology, computer forensics, financial analysis, and resolution of complex economic loss, accounting and technology matters presented in the business and litigation environments. Mr. Bandemer advises both corporate and law firm clients and provides expert testimony regarding various information management and legal technology issues including discovery strategy and compliance, best practices, litigation readiness and cost management, evidence preservation and collection, computer forensics, electronic discovery, complex data analytics, and other information technology issues. His experience also includes expert testimony regarding forensic investigations, damage determination, valuation, and causation analysis.

The diverse range of matters Mr. Bandemer has assisted with includes misappropriation of trade secrets, breach of contract, business interruption, internal employment disputes, fraud investigations, securities, and wage and hour class actions among others. He has experience in a broad spectrum of industries including high technology, financial services, construction, professional services, gaming, hospitality, entertainment, oil and gas, government, retail, auto, railroad, entrepreneurial business, manufacturing, and real estate.

Mr. Bandemer has provided qualified expert testimony at deposition, arbitration, federal and state court and has served as special master and third-party neutral in various engagements.

Professional Experience

| | |
|---|---|
| 2011 to present | **Huron Consulting Group** |
| 1994 to 2011 | **LECG (Mack\|Barclay Inc.)** |
| 1990 to 1994 | **Peterson Consulting, L.P.** |
| 1988 to 1990 | **Phelps Dodge Corporation** |

Education and Certifications

Bachelor of Science in Finance, Arizona State University 1990, *cum laude* graduate.
      Member of the Golden Key Honor Society
      Selected for *Who's Who Among Students in American Universities and Colleges*
      Served as the chief budgeting assistant for the Associated Student Body (1989–1990)



**Education and Certifications Continued**

Certified Public Accountant, California, 1998
Certified Management Accountant, 1995
Certified Information Technology Professional, 2001
Certified EnCase Computer Examiner, 2003
Certified Financial Forensics, 2008

Continuing education as lecturer and participant.

**Professional Associations**

American Institute of Certified Public Accountants
California State Society of Certified Public Accountants
Association of Certified Fraud Examiners
High Technology Crime Investigation Association
Association of Records Managers & Administrators
Association for Information and Image Management
Institute of Management Accountants
The Sedona Conference Working Group: Electronic Document Retention and Production

**Board Experience**

Youth Tennis San Diego—Board of Directors, Past President

2

# Exhibit B



## Michael R. Bandemer, CPA, CFF, CMA, CITP, EnCE
### Record of Live Testimony
Previous 4 Years

| Date | Case Name | Venue | Testimony |
|---|---|---|---|
| 10/09/12 | Texaco Exploration and Production Inc. v. Hilcorp Energy et al. | Federal- LA | Hearing |
| 09/14/12 | Sterling Sugars Production Co. v. BP America Production Co., et al. | Federal-LA | Deposition |
| 09/06/12 | Costco Wholesale Corporation v. WA Dept. of Revenue | WA Superior | Deposition |
| 08/31/12 | Saadat  et al. v. Scot Cheatham, et al. | SD Superior | Arbitration |
| 08/17/12 | Texaco Exploration and Production Inc. v. Hilcorp Energy et al. | Federal- LA | Deposition |
| 08/06/12 | Saadat  et al. v. Scot Cheatham, et al. | SD Superior | Deposition |
| 03/06/12 | C.S. Gaidry Inc., et al v. Union Oil Company of California et al. | Federal - LA | Deposition |
| 07/12/11 | Parsi v. First Communications, Inc. | SD Superior | Trial |
| 04/26/11 | Kenny v. North County Ford | SD Superior | Arbitration |
| 02/20/11 | Parsi v. First Communications, Inc. | SD Superior | Deposition |
| 02/16/11 | Mountain View Recreation v. Imperial Commercial Cooking | Las Vegas Superior | Deposition |
| 07/14/10 | MKR Properties v. Lee & Associates, et al. | SD Superior | Deposition |
| 06/21/10 | Technology Integration Group v. Dragoni | SF Superior | Trial |
| 06/14/10 | India Street Ventures v. Swinerton Builders | SD Superior | Deposition |
| 04/14/10 | Granados v. Cruizin' Cooler | OC Superior | Deposition |
| 04/06/10 | Allen v. Frontier Partners | Las Vegas Superior | Trial |
| 03/30/10 | Allen v. Frontier Partners | Las Vegas Superior | Deposition |
| 03/09/10 | Guillen v. Rick Concrete Construction, Inc. | Riverside Superior | Deposition |
| 02/04/10 | Marsch v. Lennar Corporation | SD Superior | Trial |
| 12/04/09 | Whatman Inc. v. Davin | Federal - NY | Deposition |
| 10/06/09 | TIG v. FusionStorm | SF Superior | Deposition |
| 09/18/09 | Individual Networks v. Apple Inc. | Federal - TX | Deposition |
| 06/28/09 | Marsch v. Lennar Corporation | SD Superior | Deposition |
| 05/18/09 | Marsch v. Lennar Corporation | SD Superior | Deposition |
| 05/15/09 | American National Investment v. Watt Companies | SD Superior | Deposition |
| 12/19/08 | 4S Kelwood v. Geocon | SD Superior | Deposition |
| 12/16/08 | Landstar Investments 2, Inc. v. The Sagres Company | SD Superior | Trial |
| 07/23/08 | Landstar v. The Sagres Company | SD Superior | Deposition |
| 05/28/08 | Kenny v. North County Ford | SD Superior | Arbitration |
| 03/10/08 | Kenny v. North County Ford | SD Superior | Arbitration |
| 11/27/07 | Kenny v. North County Ford | SD Superior | Arbitration |

Exhibit B
Page 3



## Michael R. Bandemer, CPA, CFF, CMA, CITP, EnCE
### Record of Live Testimony
Previous 4 Years

| Date | Case Name | Venue | Testimony |
|------|-----------|-------|-----------|
| 11/09/07 | Kenny v. North County Ford | SD Superior | Deposition |
| 07/25/07 | Express v. Taylor | SD Superior | Trial |
| 07/10/07 | Weisberg v. Richter | LA Superior | Arbitration |
| 03/14/07 | Eldorado Stone v. Renaissance Stone | Federal - CA | Trial |
| 03/14/07 | Eldorado Stone v. Renaissance Stone | Federal - CA | Deposition |
| 02/21/07 | Eldorado Stone v. Renaissance Stone | Federal - CA | Deposition |
| 02/13/07 | Mytee Products v. MC Viking | SD Superior | Deposition |
| 01/22/07 | Injen Technology v. Kim | LA Superior | Trial |
| 01/10/07 | Injen Technology v. Kim | LA Superior | Deposition |

Exhibit B
Page 4

# Exhibit C

# HP SimpleSave™
Backup Software
User Manual

Software Manual

BACKUP SOFTWARE





SimpleSave™

Exhibit C
Page 5

## Getting Help

For additional help with your drive, its installation, and the software, contact one of the following:

### HP Customer Care Web Support

For the latest updates and information, go to: *http://www.hp.com/support*

### E-mail Support

*http://www.hp.com/support*

### Toll-free Telephone Support

North America    866.444.7407
International    +800.636.66666

Exhibit C

Page 6

# Table of Contents

**1**   **About HP SimpleSave Backup Software** .........1

HP SimpleSave Backup Software Features ...................... 1
Supported Operating Systems ................................ 1

**2**   **Getting Started** ...............................2

**3**   **How to Back Up Your Files** ....................3

Backup Notes ............................................. 3
Backing up Multiple Computers ............................. 5
About the HP SimpleSave Monitor ........................... 5

**4**   **How To Restore Files** ..........................6

**5**   **My Options** ...................................9

File Types & Locations .................................... 9
About This Software ...................................... 10
HP SimpleSave User Manual ............................... 10
Language Preferences .................................... 10



# About HP SimpleSave Backup Software

Welcome to HP SimpleSave Backup Software, a utility you can use with your HP SimpleSave Desktop or Portable Hard Drive that makes it easy to protect the valuable information on your computer.

## HP SimpleSave Backup Software Features

- Easily back up all of your digital music, photo, video, recorded TV, gaming, or other data files.
- Easily restore any or all of your backed up files.
- Automatically backs up changes whenever the computer is idle for 5 minutes.
- Can be used to back up multiple computers.

*Note:* HP SimpleSave does NOT back up your operating system or applications.

## Supported Operating Systems

- Windows* 7
- Windows Vista*
- Windows XP

*Note:* Compatibility may vary depending on user's hardware configuration and operating system. HP SimpleSave software only supports Windows.

> **Important:** For highest performance and reliability, it is recommended that you install the latest updates and service pack (SP). Go to the **Start** menu and select **Windows Update**.



# Getting Started

HP SimpleSave Backup Software runs directly from your HP SimpleSave drive and does not need to be installed on your computer.

You may have to wait up to a full minute for your computer to configure your HP SimpleSave drive the first time it's connected to your computer. You may see several installation messages appear on the screen as your computer sets up your HP SimpleSave drive for the first time. You will not see these installation messages the next time you plug in your HP SimpleSave drive.

The HP SimpleSave Backup Software automatically starts each time you plug in your HP SimpleSave drive. To turn off this feature, go to *www.hp.com/support* and navigate to the HP SimpleSave knowledgebase.

If HP SimpleSave software does not automatically start:

1. Click **Computer** in Windows Vista or **My Computer** in Windows XP to navigate to your HP SimpleSave drive.
2. Double-click the HP SimpleSave application icon.

Agree to the End User License Agreement (EULA) the first time you use HP SimpleSave by clicking the **Accept** button. Each time you start HP SimpleSave it automatically checks for a software update. To turn off this feature, see "Turning Off Automatic Updates" on page 10.

Exhibit C

Page 9



# How to Back Up Your Files

After you open HP SimpleSave, it automatically begins backing up the most common file types on your computer's primary hard drive.

To change backup options including file types and locations, see "My Options" on page 9.

Click **Start** or wait for the automatic timer to finish counting down (25 seconds) to start the backup process.



## Backup Notes

- It can take several hours (or more) to back up your computer for the first time. You should consider performing your first backup at a time when your computer is idle.
- It is highly recommended to close any other programs to ensure files being backed up are not in use.

HP SimpleSave prepares your backup by first scanning your computer. This may take a few minutes depending on the amount of content on your computer.

You will be presented with a summary of the files found on your computer grouped into different content categories. All the most common file types on your primary drive are backed up by default. If you need to add a custom file extension, see "My Options" on page 9.

The name of the backup is automatically created based on your computer's name. The backup name will appear below the summary of the files found on your computer.

Exhibit C
Page 10

If you want to make any changes to the file types, folders, or locations to be backed up, click on **Change File Types and Locations** on the bottom of the screen. For more information about changing file types and locations, see "My Options" on page 9.



Click **Start** to begin the backup process or wait for the automatic timer to finish counting down (15 seconds).

Your backup progress displays during the backup. You can see how many files are planned for backup and how many have completed. The first time you back up your computer it can take up to several hours (or more).

Click **Pause** to temporarily halt the backup process if you need to use your computer for other tasks.  Click **Resume** to restart the backup process. If you need to permanently stop the backup process, click Cancel.

The following screen displays when the backup process is complete.



Exhibit C
Page 11

Sometimes a file cannot be backed up. If this occurs you will be notified to click the **View Report** button. The report outlines which files could not be backed up. If you need help, go to the HP support website at *http://www.hp.com/support*.

You can unplug your HP SimpleSave drive after your initial backup, however it is recommended to leave it plugged in so you always have a backup of your computer. As long as your HP SimpleSave drive remains plugged into your computer and the HP SimpleSave Monitor is running, your computer will be backed up automatically each time your computer remains idle (not used) for five minutes.

If you unplug your HP SimpleSave drive, just plug it back in and run HP SimpleSave by clicking the HP SimpleSave application icon. The software automatically backs up any modified files and all new files since your last backup from your computer to your HP SimpleSave drive.

## Backing up Multiple Computers

If you want to back up another computer, simply unplug your HP SimpleSave drive and plug it into the other computer. Follow the same steps as detailed in "How to Back Up Your Files" on page 3.

## About the HP SimpleSave Monitor

The HP SimpleSave Monitor appears in your system tray after the initial backup is performed. The HP SimpleSave Monitor continuously watches your computer for any new or changed files and automatically backs up those files after your computer is idle (not used) for five minutes. Your HP SimpleSave drive must be left plugged into your computer for the HP SimpleSave monitor to work.



Before disconnecting your HP SimpleSave drive, exit HP SimpleSave by right-clicking the HP SimpleSave Monitor, then click **Exit**.

*Note:* If you exit the HP SimpleSave Monitor, any new or changed files will NOT be backed up.

Exhibit C

Page 12



# How To Restore Files

Use HP SimpleSave to restore files you have backed up on your HP SimpleSave drive.

Plug the HP SimpleSave drive into the computer onto which you want to restore your files.  Double-click the HP SimpleSave icon in your system tray to start the HP SimpleSave application.

When the "Welcome to HP SimpleSave" screen appears, click the **Restore** button at the bottom of the screen. **Restore** only appears if there is a backup file on the drive.



Select the backup file you want to restore files from, then click **Open**.



Next, select what you want to restore. **Restore Everything** is selected by default. Choose this option if you want to restore everything that was backed up.

Exhibit C
Page 13

Click **Restore Only These Files** to choose specific files or folders you want to restore. Make your selections by clicking the check boxes next to the folders. You can select individual files by selecting the files on the right and clicking the checkbox on the top left of the file. Double-click any of the files if you want to preview the file before restoring. Click **OK** when finished making your selections.



Next, select where you want to save your restored files.

Clicking **Restore to original path** restores your files to their original location on your primary drive. If your original files still exist in the original location, HP SimpleSave prompts you to decide if you want to **Replace**, **Keep Both**, or **Skip** for each duplicate file found.

It is recommended you restore your files to one new folder by clicking **Restore to one folder**. By default, your files are saved to a new folder found at 'C:\Restore Files.' Click **Change Folder** to specify a different location. Click **OK** to continue. Your files will be restored in the same folder structure as when they were originally backed up.



*Note:* It may take several minutes to several hours to restore your files depending on the amount of files you are restoring.

Exhibit C

Page 14

The following screen appears when the restore process is complete.



Sometimes a file cannot be restored. Click **View Report** if this occurs. The report outlines which files could not be restored. If you need help, go to the HP support website at *http://www.hp.com/support.*

Exhibit C
Page 15



# My Options

HP SimpleSave has several options for backup plan customization. To access the options page, click **My Options** in the HP SimpleSave welcome screen.



## File Types & Locations

HP SimpleSave automatically backs up the most common file types on your computer's primary hard drive by default. You can use the **File Types & Locations** option to modify these settings.

Click **Search only these locations** to specify specific drives or folders you want HP SimpleSave to back up. If you only wanted to back up the "My Documents" folder, you can back up only that folder and no others.

If you want to specify only certain file types to be backed up, use the "+" to navigate to the type of file you want to back up and check the blue box to select the file type. For example, you may want to back up all of your content except videos, in which case you would deselect the Video Files box.



*Note:* These settings will remain saved even if you unplug your HP SimpleSave drive.

Exhibit C

Page 16

### Adding a New File Type Extension

HP SimpleSave backs up a defined set of file types. If you have special programs that use an uncommon file type, you may need to add a new extension to the list of file types to be backed up. If you need to add a custom file type extension, click on the green "+" located in the bottom right of the screen.  Type in the extension and click **Save**.



Click **OK** to save your preferences.

## About This Software

In the "About this Software" window you can easily check on the HP SimpleSave version information, manually check for a software update, and review the End User License Agreement.



### Turning Off Automatic Updates

If you do not want HP SimpleSave to check for updates each time the program starts, click **Check for Update**, then click **In the future do not check for updates**. Click **OK**.

## HP SimpleSave User Manual

If you ever need to reference this user guide, you can easily access it by clicking on the HP SimpleSave user guide link or you can check the HP support site at at *http://www.hp.com/support.*

## Language Preferences

HP SimpleSave matches the language of your operating system by default. To change the language, select a different language from the list, click **OK**, then restart HP SimpleSave for the change to take effect.

Exhibit C
Page 17

Hewlett-Packard Company
P.O. Box 4010
Cupertino, CA 95015-4010 U.S.A.

The only warranties for HP-branded products and services are set forth in the express warranty statements accompanying such products and services. Nothing herein should be construed as constituting an additional warranty. Neither HP nor the manufacturer shall be liable for technical or editorial errors or omissions contained herein.

Neither HP nor the manufacturer assume any responsibility for the use or reliability of its software on equipment that is not furnished by HP or the manufacturer.

No part of this document may be photocopied, reproduced, or translated to another language without the prior written consent of the manufacturer.

© 2009 Hewlett-Packard Development Company, L.P.

HP supports lawful use of technology and does not endorse or encourage the use of our products for purposes other than those permitted by copyright law.

The information in this document is subject to change without notice.

4779-705028-A01   May 2009

Exhibit C
Page 18