# REPORT OF

# PORTIA ISAACSON BASS, PH.D.

## TABLE OF CONTENTS

I.     INTRODUCTION ............................................................................................2

     A.     Background ........................................................................................2

     B.     Areas of Testimony ...........................................................................4

     C.     Methodology and Sources ..................................................................4

II.    SUMMARY OF CONCLUSIONS .......................................................................4

III.   SIMPLESAVE'S PRECONFIGURED EXTENSIONS WERE LIKELY TO HAVE
     COVERED THE TYPES OF FILES USED BY THE VAST MAJORITY OF PC
     USERS IN THE UNITED STATES IN 2009-2010. ..........................................5

     D.     SimpleSave's Preconfigured File Extensions ........................................5

     E.     WordPerfect Was Used on Less than 1% of PCs in Use in the United States
            in 2009-2010 ....................................................................................7

     F.     Sage Timeslips Was Used on Less than One-Tenth of 1% of PCs in Use in
            the United States in 2009-2010 ..........................................................11

## LIST OF TABLES AND FIGURES

Table 1. File Extensions for Which SimpleSave Was Preconfigured ............................................5

Figure 1. The Exponential Decline of WordPerfect's Share of Installations on PCs in Use...........7

Figure 2 WordPerfect's Share of Installations on PCs in Use in the United States.......................10

Figure 3. Sage Timeslips' 2010 Share of Installations on PCs in Use in the United States..........12

## I.   INTRODUCTION

### A.   Background

1.      I have been in the computer industry more than 30 years and have expertise in analyzing and forecasting the personal-computer (PC) market. I have authored thousands of pages of market analyses as well as numerous forecast models. I have been privileged to perform consulting engagements for hundreds of computer, semiconductor, consumer-electronics and telecommunications firms including AT&T, Canon, Hewlett-Packard Company (HP), IBM, Intel, NEC, Philips and Sony.

2.      I hold a Ph.D. (1974) in computer science from Southern Methodist University (SMU) Engineering School with emphasis on computer architecture and operating systems and a minor in discrete mathematics; an M.A.S. (1973) in computer science from SMU; an M.S. (1972) in computer science from University of North Texas; and a B.S. in physics and mathematics from East Central University, Oklahoma. My professional memberships include ACM, IEEE Computer Society, and INFORMS Society for Marketing Science.

3.      Since 1987, I have been principal consultant of Bass Economics (and its predecessors Dream IT and Future Think). I provide consulting services primarily concerning the planning of new computer, telecommunication and semiconductor products and services for the mobile market (e.g., notebooks, tablets). Bass Economics uses historical databases and software to model new-product features, prices, sales, distribution channels and industry infrastructure.

4.      Since 2005, I have also been executive director of Bass's Basement Research Institute, a 501(c)(3) corporation that provides research and educational materials about mathematical models for new-product sales forecasting. During 2000-2007, I was adjunct professor of marketing at University of Texas at Dallas.

5.      At various times from 1988 to 1995, I published *Future Thinker*, which reviewed high-tech market-data services; *PCMCIA Market Letter* on mobile technologies and *Pen*

*Computing Reference Report* on pen and tablet computers. In a multiyear engagement with AT&T, I consulted on pen and touch digitizer technologies and early smartphones.

6.      I served on the Microsoft Corporation Board of Directors during its IPO in 1986-1987 and on FourthShift Corporation Board of Directors in 1994-1998.

7.      I was co-founder and CEO (1980-1986) of Future Computing, which was the first PC market research firm. With hundreds of U.S., Asian and European firms as clients, the firm had 160 employees when sold to McGraw-Hill in 1984. Future Computing published market studies, tested PC products, held seminars, and consulted on PC technology and markets.

8.      At various times between 1976 and 1981, my positions included: assistant professor of computer science at the University of Texas at Dallas; partner in The Micro Store, an early computer store; and corporate fellow at EDS on Ross Perot's staff. My professional activities included: chair of the National Computer Conference (NCC), senior technical editor of *IEEE Computer*, chair of 1979 IEEE Fall COMPCON, AMA Management Systems Council and national governing committees of IEEE Computer Society and ACM.

9.      Before 1975, I was employed in systems engineering and software development positions at several firms including Xerox, Recognition Equipment (REI), Computer Usage (CUC), Lockheed NASA and Bell Helicopter. At Xerox, I was a computer architect on its first laser printer. At REI, I developed a minicomputer operating system. At CUC, I implemented a minicomputer FORTRAN compiler. At Lockheed, I programmed a contour map for lunar telemetry data. At Bell, I did a computer simulation of the Huey helicopter tail rotor.

10.     I have authored numerous PC business and technology articles, market studies, forecasts and databases, as well as scholarly papers on new-product forecasting. I have written featured columns for computer-industry publications such as *Computer Reseller News*, *OEM Magazine* and *CIO Magazine*. A list of my publications is in my CV (see Appendix A).

11.     My CV lists the cases in which I have given deposition or trial testimony (see Appendix A). I am being compensated in this matter at my usual rate of $375 per hour.

### B.    Areas of Testimony

12.    I have been retained by counsel for Hewlett-Packard Company (HP) to provide opinions regarding the file extensions that were preconfigured for automatic back up by the 320GB and 1TB SimpleSave External Hard Drive ("SimpleSave"), the portion of PCs in the United States that in 2009-2010 used Corel WordPerfect word-processing software and the portion of PCs in the United States that in 2009-2010 used Sage Timeslips time-keeping software.

### C.    Methodology and Sources

13.    In preparing this report, I have reviewed materials supplied to me by counsel. I have used published market studies, databases, books, magazines, Internet resources as well as my own library of market information. The written materials I have relied on are identified in the footnotes. In addition, I have relied on my more than 30 years of experience in the PC industry.

14.    This report contains my opinions, research and analyses to date. I reserve the right to refine or modify my opinions as further information comes to my attention.

## II.    SUMMARY OF CONCLUSIONS

15.    In 2009-2010, the comprehensive set of file extensions that were preconfigured for automatic back up by SimpleSave was likely to cover the types of files used by the vast majority of PC users in the United Sates.

16.    In 2009-2010, less than 1% of personal computers (PCs) in the United States had WordPerfect word-processing software installed.

17.    In 2009-2010, less than one tenth of 1% (0.1%) of PCs in the United States had Sage Timeslips time-tracking software installed.

III.     **SIMPLESAVE'S PRECONFIGURED EXTENSIONS WERE LIKELY TO HAVE COVERED THE TYPES OF FILES USED BY THE VAST MAJORITY OF PC USERS IN THE UNITED STATES IN 2009-2010.**

   D.     **SimpleSave's Preconfigured File Extensions**

           18.     A file extension in the Microsoft Windows environment is the suffix that follows the last period (".") in the file name. For example, in the file name "REPORT.DOC," the extension is "DOC." The extension indicates the type of file (e.g., Microsoft Word document) and the program (e.g., Microsoft Word) that can correctly decipher the content.

           19.     Most extensions define a single file type; however, a non-trivial number of extensions define more than one file type. For example, "WPD" could be a WordPerfect file or a Windows printer driver file. A PC user selects which program is used to open a specific file.

           20.     Many programs read and create more than one type of file, for example, Adobe PhotoShop Elements creates 15 file types and reads even more.

           21.     I analyzed the list of 440 file extensions for which SimpleSave was preconfigured to automatically back up. The extension are grouped into nine categories as shown in the table below.[1]

**Table 1. File Extensions for Which SimpleSave Was Preconfigured**

| SimpleSave File Extension Category | Number of Extensions |
|---|---|
| Photo Files | 92 |
| Video Files | 94 |
| Music Files | 71 |
| Media Center Files | 1 |
| Email Files | 9 |
| Web Page Files | 7 |
| Other Files | 47 |
| Office Document Files | 109 |
| Finance Files | 10 |
| Total | 440 |

---

[1] See Appendix B for the list of file extensions for which SimpleSave was preconfigured to automatically back up.

22.     Programs from leading software companies (e.g., Microsoft, Adobe) as well as standard media types (e.g., photo, video, music, Web) were included in the substantial number of file extensions for which SimpleSave was preconfigured to automatically back up.

23.     I conclude, therefore, that in 2009-2010, the comprehensive set of file extensions that were preconfigured for automatic back up by SimpleSave were likely to have covered the types of files used by the vast majority of PC users in the United States, including those in California.

**E.      WordPerfect Was Used on Less than 1% of PCs in Use in the United States in 2009-2010**

24.      This section explains how I reached my conclusion that, in 2009-2010, less than 1% of PCs in the United States had WordPerfect word-processing software installed.

25.      At one time, WordPerfect was an important word-processing program; however, its share of installations on PCs in use declined exponentially after 1994, as shown in Figure 1, to the point that in 2009-2010, WordPerfect was of little consequence. This is evidenced by the fact that in 2006 the newly launched Google Docs did not support import and export of WordPerfect files, nor did it in the major 2010 upgrade. This has caused some to conjecture that Google's decision could have been WordPerfect's death knell in small law offices, which was its last refuge.[2]

**Figure 1. The Exponential Decline of WordPerfect's Share of Installations on PCs in Use**



---

[2] Google Updates Google Docs – Is It Ready To Compete With Microsoft Word In Your Law Office? http://cyberesq.wordpress.com/2010/04/15/google-updates-google-docs-is-it-ready-to-compete-with-microsoft-word/; Google, http://productforums.google.com/forum/#!topic/docs/tvS7tUaerl0.

26.    To calculate WordPerfect's 2009-2010 share of word-processing programs on PCs in use, I first considered that, although most PCs are used at times for word processing, historically about 30% are not.[3] For example, among many other types, the following types of PCs are not generally used for word processing:

- dentist office receptionist PCs dedicated to scheduling,
- engineering and software development PCs,
- video editing workstations,
- PC servers and
- home media-center PCs.

27.    Next, I estimated WordPerfect's 2009-2010 share of word-processing programs in use. To do this, I reviewed the available information concerning WordPerfect's historical unit sales market share and percentage of word-processing programs in use. The information included public Novell v. Microsoft trial documents, Corel Corporation's public financial statements, scholarly research by economists concerning the market for word-processing software, press coverage of the word-processing software market and market-research data.

28.    In 1994, WordPerfect's share of word-processing packages in use was about the same as Microsoft's at 51%.[4] Since 70% of PCs have word-processing software installed (see paragraph 26 above), this means that 36% of PCs in use in the United States had WordPerfect installed.

29.    By 1996, WordPerfect's market share had dropped to less than 10%, according to Novell, which had purchased WordPerfect in 1994.[5][6] WordPerfect was sold to Corel in 1996.[7]

---

[3] A word about metrics part III market share of Google Docs, November 2008.
http://www.mattcutts.com/blog/google-docs-marketshare/;
Technology User Profile (TUP) 2002 Annual Edition , MetaFacts.

[4] *Almost Perfect*, W. E. Pete Peterson, 1998, http://www.wordplace.com/ap/almostperfect.pdf; Novell v. Microsoft trial documents, http://www.groklaw.net/articlebasic.php?story=20120310061304769

[5] Microsoft Wins Ruling Ending Novell Suit Over WordPerfect, Bloomberg, July, 2012, http://www.bloomberg.com/news/2012-07-16/microsoft-wins-ruling-dismissing-novell-suit-over-wordperfect.html.

30.     By 1997, as PCs transitioned from DOS to Windows operating systems, WordPerfect's market share fell to less than 5%.[8]

31.     In 2002, the MetaFacts annual survey of PC users projected WordPerfect users as 8.3% of all word-processing users.[9] This is consistent with the market share in the preceding paragraph of 5% because when the market share trend is downward, systems in use will also decline, but will lag. Because 8.3% of word-processing users used WordPerfect, 6% of PCs in use in the United States had WordPerfect installed.

32.     In 2006, Corel Corporation stated in its IPO Registration Statement: [10]

> "We believe that Microsoft Office has in excess of 97% of the North American market for productivity software." [11]

33.     Based on the preceding paragraph, I estimate that WordPerfect's share of word-processing programs in use was about 5% at the end of 2006, down from 8.3% in 2002; therefore, 4 % of PCs in use in the United States had WordPerfect installed.

34.     In 2006, Google introduced Google Docs, a Web-based office suite including word processing. Google Docs is free to individuals and costs $50 per user for businesses. Google Docs supported import of several document formats (e.g., Microsoft Word, OpenDocument); however; it did not support WordPerfect files.[12] By 2010, Google Docs had about 3%% share of word-processing packages in use; thus, it was installed on about 2% of PCs in use.

---

[6] Share of word-processing packages in use is not the same as market share, which is the share of units sold during a time interval, usually a year.

[7] http://en.wikipedia.org/wiki/WordPerfect.

[8] *Winners, Losers & Microsoft*, Stan J. Liebowitz and Stephen E. Margolis, Independent Institute,1999.

[9] Technology User Profile (TUP) 2002 Annual Edition , MetaFacts.

[10] Registration Statement with the United States Securities and Exchange Commission, Corel Corporation, April 4, 2006.

[11] In 2010, productivity software was mostly suites (e.g., Corel WordPerfect Office, Microsoft Office), which included word-processing programs, but productivity software also included standalone products such as Microsoft Word.

[12] Google Updates Google Docs – Is It Ready To Compete With Microsoft Word In Your Law Office? http://cyberesq.wordpress.com/2010/04/15/google-updates-docs-is-it-ready-to-compete-with-microsoft-word/; Google, http://productforums.google.com/forum/#!topic/docs/tvS7tUaerl0.

35.      OpenOffice, initially released in 2002, includes a free open-source word-processing program. By 2010, its share of word-processing users was about 7% in the United States; therefore it was installed on about 5% of PCs in use.[13]

36.      I estimate that in 2010, WordPerfect had less than 1% share of word-processing packages in use and, therefore, about 0.5% of PCs in use in the United States had WordPerfect installed. In 2009, the percentage of PCs with WordPerfect installed would have been slightly greater but still under 1% of PCs in use.

37.      I conclude, therefore, that by 2009-2010 ,WordPerfect was used on less than 1% of PCs in use in the United States as shown in Figure 1 (above) and Figure 2 (below). There is no reason to believe that the percentage would have been different in California.

**Figure 2 WordPerfect's Share of Installations on PCs in Use in the United States**



---

F.     **Sage Timeslips Was Used on Less than One-Tenth of 1% of PCs in Use in the United States in 2009-2010**

38.      This section explains how I reached my conclusion that, in 2009-2010, less than one tenth of 1% of PCs in the United States had Sage Timeslips software installed. I estimated Sage Timeslips' share using two different approaches starting with different data. The results are similar. The first approach is illustrated in Figure 3 and described in the following paragraphs. I used the second approach, which I consider less reliable, as a check on the first. The second approach is also described in detail later in this section.

39.      Sage Timeslips time-tracking software is used by smaller firms (0-9 employees), primarily small law, CPA and consulting firms.[14]

40.      In 2010, there were about 2.7 million professionals working as lawyers, CPAs and consultants in the United States.[15] About half of these were in firms with 0-9 employees; therefore, about 1.35 million professionals might have used time-tracking software in the same category as Timeslips.[16]

41.      Not all the 1.35 million lawyers, CPAs and consultants in firms with 0-9 employees used time-tracking software. According to Sage, the publisher of Timeslips, 60% of lawyers do not use a time-keeping system.[17] Applying the 40% that do use a time-keeping system to the 1.35 million eligible professionals yields 540,000 users of time-keeping software.

42.      Not all the 540,000 users of time-keeping software used Sage Timeslips. The American Bar Association compares Sage Timeslips with seven other time-keeping programs suitable for solo/small firms.[18] Since Sage Timeslips was a market leader, I assumed a share of 50%, resulting in 270,000 Timeslips users, which is 0.09% share of PCs in use in 2010; that; is, less than one tenth of 1% of PCs in use.

---

[14] Sage Timeslips, http://na.sage.com/sage-timeslips/.

[15] Bureau of Labor Statistics, http://www.bls.gov/emp/ep_table_102.htm.

[16] United States Census Bureau, http://www.census.gov/econ/smallbus.html#Nonemployers.

[17] Surveys: Most legal departments don't have a time-keeping system, Sage, http://sagetimeslipsblog.com/tag/time-tracking-news/.

[18] American Bar Association (ABA), http://www.americanbar.org/content/dam/aba/migrated/tech/ltrc/charts/pmtbchart.authcheckdam.pdf.

**Figure 3. Sage Timeslips' 2010 Share of Installations on PCs in Use in the United States**



43.     A completely different analysis using data from Sage's company fact sheet[19] yields a slightly lower Timeslips' market-share estimate. I consider this analysis less reliable that the preceding one because it requires more assumptions.

44.     According to Sage, in North America, it has 3.2 million customers, generates $600 million in revenue and offers 38 different products including Timeslips. Using the ratio of United States to North American population (the usual method) yields 2.9 million customers and $540 million revenue in the United States.[20]

---

[19] Sage Fact Sheet, http://na.sage.com/sage-na/company/fact-sheet.

[20] United States Census Bureau, http://www.census.gov/population/international/

45.     Because a customer might buy more than one copy, Sage's 2.9 million
U.S. customers translates to more than 2.9 million users of their various software packages. The
average revenue per customer is $188; therefore, it is unlikely that Sage has more than 5 million
users in the United States across all its 38 software titles.

46.     Sage's likely 5 million users in the United States are spread over 38
different products, for example, the following: (1) Sage Act! priced at $269, (2) large-scale
enterprise resource planning (ERP), (3) specialized accounting software for several industry
sectors (e.g., construction, real estate, not-for-profit) and (4) Sage Timeslips priced at about $500.
In viewing Sage's website, there is nothing to suggest that Timeslips is more important than
Sage's other products; therefore, I assumed customers are equally divided among Sage's 38
products yielding an estimate of 132,000 Timeslips users, which compares to the 270,000 users
calculated in paragraph 42. Dividing 132,000 users by 300 million installed PCs, yields 0.04% of
PCs in use running Timeslips. This estimate of Timeslips users would be low if Timeslips has
more users than the average of Sage's other products. This estimate is about half the 0.09% share
calculated in paragraph 42. If I assumed that Timeslips had twice as many users, which is possible,
this estimate would be almost identical to the one in paragraph 42.

47.     The two approaches give similar results. I am confident that the order of
magnitude of my estimate is correct. I conclude, therefore, that in 2009-2010, Sage Timeslips was
used on less than one-tenth of 1% (0.1%) of PCs in use in the United States. There is no reason to
believe that the percentage would have been different in California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 17th day of January, 2013 at Dallas, Texas.

*Portia Bass*

Portia Isaacson Bass, Ph.D.

APPENDIX A

Portia Isaacson Bass, Ph.D.



## SUMMARY

Portia Isaacson Bass is principal consultant of Bass Economics, Inc., which consults on new digital technologies especially on models for forecasting technology evolution and new-product sales. Dr. Bass also serves as an expert witness in computer, telecom and semiconductor litigation. She is also engaged in scholarly research in mathematical and empirical foundations of new information-technology product forecasting (e.g., diffusion, technology, architecture, sales, prices). She is executive director of Bass's Basement, a not-for-profit (501c3) corporation, dedicated to research and education concerning new-product sales forecasting.

Dr. Bass is a pioneer technology and market analyst in the computer, telecom and semiconductor industries. Her particular expertise includes personal computer markets, mobile computing markets (laptop computers, tablet PCs, netbooks, battery, DSP, pen and touch); PC components and peripherals markets (microprocessor, DRAM, GPU, DVD drives, printers).

With physics B.S., computer-architecture Ph.D., marketing-science scholarly publications and current hands-on data analytics and market forecasting skills, Dr. Bass is particularly qualified to assist companies in market analysis of complex technology markets.

Her clients have included hundreds of companies, for example, AT&T, Canon, Disney, IBM, Intel, Mattel, NCR, NEC, Philips, Samsung, Sony, Texas Instruments (TI), Toshiba and Xerox.

Dr. Bass' market and technology forecasts of emerging high-tech products and services have been used by thousands of high-tech companies since 1980 when she founded Future Computing, Inc. Future Computing was the leading publisher of personal-computer industry business information when it was acquired by McGraw-Hill in 1984.

### Contact Information:

Portia@pcmine.com              http://pcmine.com
portia@basseconomics.com       http://basseconomics.com
Portia@bassbasement.org        http://bassbasement.org

888-767-8420
Dallas, Texas

**PRESENT EXPERTISE**

- Theory and practice of forecasting digital technologies, applications and markets
- Mathematical and computer models of new product diffusion
- Entrepreneurship, especially in digital technology markets
- The future of digital technologies, applications, markets and industry
- Product management of digital products (including services)
- Emerging computer, operating system, data communications and application architectures
- Client/server and personal-computing architectures, markets and technologies
- Mobile-computing and wireless-communication architectures and markets
- World Wide Web authoring tools and content trends
- Computer components and peripherals markets (e.g. mass storage, semiconductors)
- Computer distribution channels and industry infrastructures
- Competitive analysis and strategic planning for technology businesses
- Web and PC software development:  Microsoft .Net Framework, ASP.NET, C#, Visual Basic, Excel Object Model, SQL Server

**EDUCATION**

- Ph.D., Computer Science, Southern Methodist University, 1974 (computer operating systems and computer architecture with minor in discrete mathematics)
- M.A.S., Computer Science, Southern Methodist University, 1973
- M.S., Computer Science, North Texas State University, 1972
- B.S., Physics and Mathematics, East Central University, Oklahoma, 1966

**RESEARCH**

- Mathematical and computer models for forecasting technologies and architectures, applications, adoption, market trends, economics and business environments addressing such issues as:
  - What causes generational transitions? What is a generational transition in the customers' eyes as opposed to a manufacturer's view? How do generational transitions affect sales, prices, market expansion, market shares, competitors, and customers? How often do generational transitions occur?
  - How do product features change over time?
  - What is the relationship of Moore's Law and other functionality-growth laws for digital technologies to the learning (experience) curve? What are the appropriate metrics for measuring capability and performance of technologies?
- Analysis of historical digital technology trends and historical evolution of computer (and other digital system) architectures to provide analogies for forecasts
- Development of software tools and historical databases for research and practice in diffusion modeling, technology forecasting and market forecasting.

**TYPICAL CONSULTING ENGAGEMENTS** (for litigation see following section)

- Compared the patent portfolios of two large semiconductor companies with respect to particular types of products. Estimated revenue affected by patent groups.
- Sales, price and technology multigenerational forecast for wireless application.
- Forecast, market share and competition model for smartphone market.
- Market segmentation and forecast for a new type of OEM semiconductor product
- Assisted in the technology choices, content design and planned evolution of a Web site for a substantial technology company
- Analysis and segmentation of customer database for telecom company
- Marketing strategy and implementation plan for the launch of a new and unique semiconductor product related to tablets, pen and touch technologies
- Identified opportunities for semiconductor products in mobile computing and wireless communication markets
- Assisted PC manufacturer in planning architectural evolution of product line encompassing workstations, servers, and mobile computers over ten-year period
- Assisted large software company in creating appropriate strategic relationships
- Assisted in naming a telecommunication company spin-off

## EXPERT WITNESS AND LITIGATION CONSULTING ENGAGEMENTS

- Skold v. Intel Corp. et al. Case No. 1-05-CV-039231, Santa Clara, California. Dr. Bass was retained 2012-1013 by Munger, Tolles & Olson LLP representing Intel. She prepared a report.
- Baba, et al. v. Hewlett-Packard Company, Case No. 5:09-05946-RS, U.S. District Count of Northern District of California, San Jose Division. Class action concerning notebook computers. Dr. Bass was retained 2012 by Morgan, Lewis & Bockius LLP, which represented Hewlett-Packard Company. She prepared a report.
- St. Clair v. Acer. Inc. et al.; Civil Action No. 10-282-LPS. Microsoft Corporation v. St. Clair, Civil Action No. 10-282-LPS. U.S. District Court District of Delaware. Patent infringement case concerning laptop computer power management. Case is ongoing. Dr. Bass was retained (2010-present) by Perkins Coie LLP, which represents Intel. She prepared a report concerning the laptop-computer market and gave a deposition.
- Intel Laptop Battery Litigation, Case No. 09-cv-02889-JW U.S. District Court for the Northern District of California. Class action concerning battery life and battery-life benchmarks. Plaintiffs dropped request for monetary relief and withdrew their class certification motion; the court granted Intel's request for summary judgment. Dr. Bass was retained (2009-2011) by Perkins Coie LLP, which represented Intel. She prepared a report concerning the laptop-computer market and gave a deposition.
- Nygren, Shifflette, & Fromkin v. Hewlett Packard Company, Case No. 07-05793-JW U.S. District Court for the Northern District of California. Class action concerning laptop wireless feature. Dr. Bass was retained (2009-2010) by Morgan, Lewis & Bockius LLP, which represented Hewlett-Packard Company. She prepared a report.
- Kelsea Baggett v. Hewlett-Packard Company, Case No. CV-07-0667 U.S. District Court for the Central District of California. Class action concerning color LaserJet

printers that allegedly stop printing (hardstop) with some toner remaining in the cartridge. September 2009 HP's motion for summary judgment was granted and class certification denied as moot. Portia Bass was retained (2008-2009) by Morgan, Lewis & Bockius LLP, which represented Hewlett-Packard. Dr. Bass prepared a report (38 pages, 18 figures) for consideration in class certification. Her analyses described and quantified the variety of products, product features, customers, prices, distribution channels and usage patterns found in segments of the HP color LaserJet printer cartridge market.

- Matsushita Electric Industrial Co., Ltd. v. Mediatek , U.S. District Court for the Northern District of California C05 03148 JL. Patent Infringement concerning U.S. optical disk drive LSI semiconductor chips. Settled. Portia Bass was retained (2006-2007) by Dewey Ballantine LLP (now Dewey & LeBoeuf LLP) representing Matsushita. Dr. Bass provided a report and deposition quantifying and describing the U.S. optical disk drive LSI semiconductor market including: unit sales of several types of optical-storage chips that have been sold each year as part of end-customer products such as PCs, videogames and audio/video products (e.g., DVD players, DVD recorders); unit sales of MediaTek optical-storage chips as part of end-customer products in the U.S.; unit sales of optical-storage chips from other leading suppliers as part of end-customer products in the U.S and issues relating to research and development and the patterns of competition in the various optical storage markets. Dr. Bass's quantification of the optical-storage semiconductor market was used in the damage analysis by the economist expert.

- Skold v. Intel Corp., Superior Court of California, County of Santa Clara. Nationwide class action alleging that Intel misrepresented and concealed information about the performance of early Pentium® 4 processors and artificially boosted benchmark scores for those processors. The trial court denied three motions for class certification, finding that individual issues would predominate. Reversed on appeal. Portia Bass was retained (2006-2008) by Skadden Arps Slate Meagher & Flom LLP, which represented Intel.

- Terence Dunn v. Berger Kahn LLP. Legal malpractice case concerning Terence Dunn v. Gaiam Holdings, Inc., et al. Portia Bass was retained (2005-2006) by Nemecek-Cole, which represented Berger Kahn, to analyze the opposing damages testimony, which were prepared using the Bass model to forecast quarterly sales of two instructional video titles sold on both VHS and DVD. Dr. Bass prepared a report and gave arbitration testimony.

- PostX Corporation vs. Secure Data in Motion, Inc. d/b/a Sigaba, Case No. C02-04483 SI. Patent infringement of two secure document delivery patents. Portia Bass was retained (2005-2006) by Pillsbury Winthrop Shaw Pittman LLP, which represented PostX Corporation, to analyze opposing economic damages analysis employing the Bass model of new product sales. Dr. Bass provided a report, supplemental report and trial testimony.

- Barbara's Sales Inc. et al. v. Intel Corp. et al., Circuit Court of Madison County (Illinois), Illinois Supreme Court. Class action concerning Intel's alleged misrepresentation of performance capabilities of early Pentium® 4 processors. Portia Bass was retained (2003-2005) by Brown & Bain (now Perkins Coie), which represented Intel.

- Mobility Electronics, Inc. v. Comarco, Inc. (Comarco Wireless Technologies, Inc.) and Targus Group International, Inc., U.S. District Court for the District of Arizona Case No. CIV-01-1489 PHX MHM. Patent infringement case concerning universal power adapters for notebook computers. Case settled after Comarco's motion for

preliminary injunction was denied. Portia Bass was retained (2003) by Brown & Bain, which represented Mobility Electronics, Inc. Dr. bass prepared a 27-page report and gave deposition as well as trial testimony concerning the market for universal power adapters for portable (also called notebook and laptop) computers. Her analyses included secondary factors relevant to obviousness of the patented invention, the relationship between product success and the patented invention and the likely effect on Mobility of any injunction.

- Shvarts, Cohen v. Sony Electronics Inc. Class action concerning notebook computer battery life. Portia Bass was retained (2002-2004) by Heller Ehrman LLP, which represented Sony. Dr. Bass prepared a report on issues related to class certification including: the characteristics of notebook computer purchasers, notebook computer usage patterns, the varying importance of battery life to notebook users, causes of variation in battery life experience and battery life tests of plaintiffs' notebook computers and batteries.

- Hal LaPray, Tracy D. Wilson, Jr., and Alisha Seale Owens v. Compaq Computer Corporation. Class action concerning claimed defective floppy disk controller. Portia Bass was retained (2000-2002) by Beck Redden & Secrest LLP, representing Compaq. Dr. Bass provided multiple reports and deposition testimony concerning issues related to class certification including: floppy disk usage patterns since 1975, consumer expectations about reliability of floppy drives and media; inspection of plaintiffs' computers and testing of replica systems of plaintiffs' computers to determine likely causes of plaintiffs' complaints.

- Linear Technology Corporation v. Impala Linear Corporation, Toyoda Automatic Look Works, Ltd., Analog Devices, Inc., and Maxim Integrated Products, Inc.; Linear Technology, Inc. v. Maxim Integrated Products, Inc. Maxim Integrated Products, Inc.,U.S. District Court for the Northern District of California Civil Action No. C-98-1727-VRW. Patent infringement concerning voltage regulator sleep mode and current reversal protection. Portia Bass was retained (2000-2005) by Brown & Bain, representing Maxim and Heller Ehrman, representing TI Unitrode. Dr. Bass prepared a 104-page report and deposition covering: market importance of voltage regulator patent in portable electronics (e.g., notebook computers, PDAs, wireless telephone). Notebook computer battery life technical simulation for notebook computers using regulators with and without the patented feature from late 1980s through 2001; notebook battery life testing of notebooks with and without the patented feature, market analysis to determine notebook computer usage profiles, technology and product architecture trends from late 1980s through 2001; data analysis of sales of voltage regulators with and without the patented feature to indicate whether the patented features were the reasons for any success of the patented voltage regulators.

- Telxon v. Robert P. Meyerson, Dan R. Wipff, Robert A. Goodman, Dr. Raj Reddy, and Norton W. Rose. Civil action. Portia Bass was retained (2000) by Rosenthal, Monhait, Gross & Goddess, which represented Telxon Corporation, to provide a deposition concerning the pen-computer market in early 1990s and the competiveness of a specific computer design and prototype.

- Galaxy Networks, Inc. v. Kenan Systems Corporation, U.S. District Court, Central District of California; Civil Action No. CV-95-5568 DDP. Portia Bass was retained (1997) by Irell & Manella, which represented Kenan Systems. Dr. Bass provided a report, deposition and trial testimony about business practices in relationships between computer software companies and distributors.

- Applied Materials v. Novellus, Northern District of California. Patent infringement.

Dr. Bass provided report and deposition about the worldwide semiconductor sales and distribution patterns.

- Compaq Computer Corp. v. Packard Bell Electronics, Inc., Southern District of Texas No. H-94-4034. Patent infringement concerning six personal computer patents: 574279 (PC video display system), 4980836 (reducing power consumption of battery powered PC), 5101497 (programmable interrupt controller), 5125088 (computer system speed control at continuous processor speed), 5226122/5381530 (programmable logic system for filtering commands to a microprocessor). Settled. Retained (1996) Wilson Sonsini, which represented Packard Bell. Dr. Bass provided report concerning market importance of six personal computer patents.

- Intel Corp. v. Cyrix Corp. v. Texas Instruments, Inc., U.S. District Court, Eastern District of Texas. Patent infringement and antitrust counterclaim concerning 386 and 486 microprocessors. Dr. Bass provided report, deposition and trial testimony quantifying and describing the market for x86-compatible microprocessors.

- TI v. Dell. Patent infringement. Report and deposition on why Dell's success.

- Intel Corp. v. Advanced Micro Devices, Inc., District Court of the Northern District of California. Copyright infringement of Intel math co-processor microcode. Provided report and deposition about math coprocessor compatibility.

- Fairchild Camera & Instrument Corp. v. Data General Corporation., U.S. District Court for the Northern District of California. Antitrust. Provided report and depositions about damages due to Data General's tying of its operating system software RDOS to Nova computer sales.

## EMPLOYMENT HISTORY

| | |
|---|---|
| 2005-Present | Principal Researcher, Bass' Basement Research Institute -- a division of a not-for-profit (501c3) corporation dedicated to research and education concerning digital product dynamics and new product forecasting. |
| 2000-Present | Principal Consultant, Bass Economics, Inc. – consulting for users and creators of high-tech market and technology forecasts. Litigation support. |
| 2000-2007 | Adjunct Professor of Marketing (research only), University of Texas at Dallas |
| 1987-2002 | President, Future Think, Inc. (d.b.a. Dream IT) -- Consultancy and publisher of business information about markets for digital products and services |
| 1994-1998 | Board of Directors, FOURTH SHIFT Corporation |
| 1986-1987 | Board of Directors, Microsoft Corporation |
| 1984-1985 | President, Future Computing, Inc., a McGraw-Hill subsidiary |
| 1980-1984 | Founder, President & CEO, Future Computing Inc. |
| 1978-1980 | Fellow and (later) Vice President BSD, Electronic Data Systems |
| 1976-1981 | Founder, Partner, and Vice President, The Micro Store |
| 1975-1977 | Assistant Professor, Computer Science, University of Texas at Dallas |
| 1974-1975 | Engineering Specialist, Xerox Corporation |
| 1971-1974 | Instructor, Computer Science, North Texas State University |
| 1970-1971 | Senior Systems Software Programmer, Recognition Equipment Inc. |
| 1968-1970 | Systems Software Analyst, Computer Usage Company |
| 1968-1968 | Scientific Programmer, Lockheed Electronics |
| 1967-1968 | Scientific Programmer Analyst, Bell Helicopter |
| 1960-1962 | U.S. Army (Honorable Discharge) |

## MOST SIGNIFICANT ENTREPRENEURIAL VENTURES AND PUBLICITY

### *Ventures*

- 1976: Founding partner in one of the first 20 computer stores in the USA and the first in the southwestern USA. Successful. Sold in 1981.
- 1980: Founding partner and CEO of Future Computing, Inc., which became the leading technology forecaster and business information provider in the personal computer industry. Sold to McGraw-Hill in 1984 for $8 million. Continued as CEO until 1985.
- 1985: Intellisys, Inc. Software for integrated electronic home. Built most "electronic" home of its day. Featured in many news stores and sciece TV shows. Featured article: Portia's Pad, IEEE Spectrum, May 1985. Failed to raise 3rd round of venture capital because too long term.

### *Book Features*

- Primary entrepreneur featured in the book *Women, Technology and Power: Ten Stars and the History They Made* by Marguerite Zientara. American Management Assoc.
- *What Works for Me: 16 CEOs Talk About Their Careers and Commitments* by Thomas R. Horton. American Management Assoc.

*Major Business Press and Television*

- Featured entrepreneur in Wall Street Journal, Venture, Inc., Business Week, Forbes, USA Today, and Dallas Morning New as well as on CNN, ABC news, Good Morning America and Beyond 2000.

## RECENT SCHOLARLY PAPERS AND SOFTWARE

- Virtual Bass Model and the Left-Hand Data-Truncation Biasin Diffusion of Innovation Studies, Zhengrui Jiang, Frank M. Bass,* and Portia Isaacson Bass, International Journal of Research in Marketing 23 (2006) 93–106.
- Bass, Portia Isaacson. Computer-Architecture Dynamics. Working paper. http://www.bassbasement.org
- Bass, Portia Isaacson and Frank M. Bass. 2004. IT Waves: Two Completed Generational Diffusion Models. Working paper and supplements. http://www.bassbasement.org
- Bass, Portia Isaacson. 2002. Principles of Technology Generations Diffusion Data: The IBM Mainframe Case. Working Paper. http://www.bassbasement.org
- Bass, Portia Isaacson and Frank M. Bass. 2001. Diffusion of Technology Generations: Model of Adoption and Repeat Sales. Working Paper. http://www.bassbasement.org
- Bass, Portia Isaacson and Frank M. Bass. 2004. IT Waves: Open-Source Software. www.basseconomics.com. http://www.bassbasement.org
- Bass, Portia Isaacson. 1999-present. Bass Modeler Web Service and Excel Addin for Diffusion Modeling Research and Technology/Market Forecasting. http://www.bassbasement.org

## RECENT SCHOLARLY CONFERENCE PRESENTATIONS AND ABSTRACTS

- Kim, Taesun, Frank Bass and Portia Isaacson Bass. 2005. Not to Worry: Bass Model Estimation Bias Is Small. 2005 INFORMS Conference presentation.
- Bass, Frank and Portia Isaacson Bass. 2004. Moore's Law and The Experience Curve: The Economics of Bits and Chips. 2004 INFORMS Conference presentation.
- Bass, Portia Isaacson. A Mathematics for Multigenerational Diffusion Models. 2004 INFORMS Marketing Science Conference abstract. www.basseconomics.com.
- Bass, Portia Isaacson and Frank M. Bass. 2004. The Embedded Model of the Norton-Bass Successive Technology Generations Model. 2004 INFORMS Marketing Science Conference presentation.
- Bass, Frank and Portia Isaacson Bass. 2004. Moore's Law and The Experience Curve: The Economics of Bits and Chips. 2004 INFORMS Marketing Science Conference presentation.

- Bass, Portia Isaacson and John Isaacson. 2003. Multiple Generation Diffusion Model Estimation Using Adaptive Nonlinear Least Squares Algorithm NL2SOL. 2003 INFORMS Marketing Science Conference presentation.
- Bass, Portia Isaacson. 2002. Decomposition of Aggregate Observations by New Durable Product Diffusion Models. 2002 INFORMS Marketing Science Conference presentation.
- Bass, Portia Isaacson and Frank M. Bass. 2001. Diffusion of Technology Generations: Model of Adoption and Repeat Sales. 2001 INFORMS Marketing Science Conference presentation.

## OTHER SCHOLARLY PAPERS

- Window on the 80's, *IEEE Computer*, w/ E. Juliussen, January 1980.
- The Personal Computer vs. Personal Privacy, *Computers & Privacy in the Next Decade*. New York: Academic Press, Inc., 1980.
- Personal Computing, The Oregon Report, IEEE Computer Society, September 1979.
- Using Microprocessors--Extending Our Reach, COMPCON Proceedings Fall 79, September 4-7, 1979.
- The Next Ghetto: The Information Poor, Rocky Mountain Microcomputer Conference Proceedings, Pinegree Park, Colorado, August 28, 1978.
- Microcomputers in Business, '78 National Computer Conference PC Conference Proceedings, June 1978.
- Personal Computing: A Little Past and a Lot of Future, x'78 National Compute Conference Proceedings, June 1978.
- A Machine-independent Floppy Disk Controller with Portable Software, *Rocky Mountain Symposium on Microcomputers Proceedings,* w/ B. Johnson, August 1977.
- Personal Computing Dissected, *Computer*, IEEE Computer Society, July 1977.
- The Personal Computer: Evolution in Computer Science Education, Proceedings of East Texas State University Computer User's Conference. March 1977.
- Personal Microcomputers, Texas Association for Educational Data Systems, Austin, Texas, October 25-26, 1976.
- TPL: A Compiler for Instructional Use, presented to the Fort Worth Chapter of the ACM, May, 1975.
- Picture Systems, PS, and the Design of Channel-to-channel Computer Interface, Proceedings of the 2nd Annual Symposium on Computer Architecture, IEEE Computer Society and ACM, January 20-22, 1975.
- PS: A Tool for Building Picture-System Models of Computer Systems, Proceedings of the Third Texas Conference on Computing Systems, IEEE Computer Society, November 1974.
- PS Language Definition, ACM SIGDA Newsletter 4, pp. 20-26, September 1974.
- Picture-system Models and Computer System Design, Ph.D. Dissertation, Computer Science Department, Institute of Technology, Southern Methodist University, Dallas, Texas, 1974.
- A Semantic Model of a Concurrent Processing Language, Computer Science Conference, Federation of North Texas Area Universities, March 26, 1974.
- A Process-interrupt Mechanism for Block-structured Languages, 7th Annual Meeting of the Texas Academy of Science, February 28, 1974.

- A Programming Language for Concurrent Processing, Master's Thesis Computer Science Department, North Texas State University, August 1972.

## BOOKS AND EDITED BOOKS

- Personal Computing: A Lot of Past and Even More Future, 2011.
- Computer Industry Almanac, w/ E. Juliussen, L. Kruse, 1987.
- Microprocessors & Microcomputers. Long Beach California: IEEE Computer Society. 1979.

## EDITORSHIPS, PROFESSIONAL SOCIETY OFFICERSHIPS AND COUNCILS

- Senior Technical Editor, IEEE *Computer*, 1978-1981
- ACM Council Member-at-Large, 1978-1981
- IEEE Computer Society Governing Board, 1980-1982
- American Management Association Management Systems Council, 1978-1981
- Founder and Chairperson, Association for Computer Machinery Special Interest Group on Personal Computing, 1977-1979

## CONFERENCE CHAIRS, MANAGEMENT AND ADVISORY BOARDS

- 1977 National Computer Conference (NCC) Chairman, 1975-1977
- National Computer Conference Management Committee, 1977-1979
- IEEE Computer Society COMPCON Chairman, Fall 1979
- COMDEX Advisory Board, 1990-1991
- Unisys International CIO Conference

## KEYNOTE ADDRESSES AND INVITED SEMINARS

- The Future of Personal Computing, The Future of Personal Computing 92 Conference, ESP, Ltd., London, April 14, 1992.
- A Whole New World of Computing, Keynote Speech, Digital Consulting Conference, May 1992.
- Keynote Speech, Pen Computing Opportunities Conference, Japan, April 1992.
- Beyond Client/Server Computer Architectures, Client/Server Summit, Nice, France, Unisys Corporation, March 1994.
- Japan Microprocessor Conference, JEIDA, 1979.
- Japan Economic Journal PC Business Conference, 1985.
- TI-MIX Europe Symposium, Frankfurt, Germany, September 1979.
- Future Computing Seminar, Norway, September 20, 1979.
- Future Computing Seminar, Denmark, September 19, 1979.
- Luncheon Speaker, Annual Conference, American Institute of Certified Public Accountants, San Francisco, May 15, 1979.
- Keynote Address, USAF Computer Related Information Symposium (CRISYS) U.S. Air Force Academy, January 24, 1979.
- Keynote Address, Personal Computer Show, London, England, July 5, 1979.

- Keynote Address, Intl. Microcomputer Applications Conference, Tokyo, Japan, November 16, 1978.
- Luncheon Speaker, ACM-SIGMOD International Conference on Management of Data, Austin, Texas, May 31, 1978.
- Keynote Address, Annual Motorola Technical Review, November 2, 1977.
- Personal Computing: An Idea Whose Time Has Come, Personal Computing Exposition, New York, October 29-30, 1977.
- Personal Computing: A Business Perspective, Data Processing Management Association Annual Conference, Washington, D.C., October 10, 1977.
- Personal Computing Evening Keynote Address, IEEE COMPCON, Washington, D.C., September 8, 1977.
- Home Computers, Heart-of-Texas DPMA Annual Meeting, Banquet Speaker, March 1977.

## INVITED SEMINARS AND SPEECHES

- A Glimpse of the Future: IT Then, CIO Conference Speech, March 11, 1992.
- Changing Business through Technology - Pen Computing, COMDEX/Spring, April 8, 1992.
- The Personal Computer: Challenge to Computer Engineering, Computer Science Lecture Series, Stanford University, May 16, 1979.
- The Organizational Crisis: Assessing the Impact of Minis, Micros and Distributed Systems, AMA, San Francisco, March 28, 1979.
- P.O.P.S., Inc., Montreal, September 1979.
- Morgan Stanley Personal Computer Forum, New Orleans, May 3, 1979.
- Personal Computing: A Little Past and a Lot of Future, Goddard Space Flight Center, Maryland, May 22, 1978.
- Invited Speaker, IEEE Computer Society, Orlando, Florida, May 25, 1978.
- Keynote Address, University of Denver, June 12, 1978.
- Personal Computing, Computer and Business Equipment Manufacturers Association (CBEMA), Washington, D.C., June 1, 1978.
- Rochester Chapter of ACM, Rochester, New York, May 15, 1978.
- NECON '78, DPMA, Hartford, Connecticut, April 20, 1978.
- Twenty-second Annual Data Processing Conference, University of Alabama, March 8, 1978.
- The Future of Retail Computer Stores, Panel Discussion, The First West Coast Computer Faire, April 1977.
- Dinky Computers are Changing our Lives, Banquet Speech, Second West Coast Computer Faire, March 3, 1978.

## OTHER PROFESSIONAL ACTIVITES

- Professional Development Seminars Organization by ACM Chapters, South Central ACM Regional Chapter Volunteer Training Workshop, October 23, 1976.
- Personal Computing, Dallas Chapter of the ACM, August 31, 1976.
- Personal Computing, Association for Systems Management, Dallas Chapter Meeting, August 10, 1976.

- What's New in Programming Language Theory, Session Chairman, ACM Conference, October 1975.
- Honorary Fellow, Association of Computer Programmers and Analysts, 1977
- Past, Present, and Future, Panel Discussion, 1976 National Computer Conference, New York, June 1976.
- Advisory Board, University of Southern California Project to Predict the Social Impact of Personal Computers, NSF Funded, 1978-1979
- MECC Computer Literacy Project Advisory Board, 1981-1983
- Structured Programming, DPMA Regional Conference, Texas, November 6, 1975.
- A Survey of Structured Programming Concepts, Fort Worth ACM, May 1975.

## COMPUTER INDUSTRY COLUMNS AND ADVISORY BOARDS

- Columnist and Contributing Editor, *Computer Reseller News* (the computer industry's leading trade publication), 1982-1997 (intermittently)
  - o Business Intelligence, Computer Reseller News, October 1997.
  - o Internet Beamed from Satellite Direct to User, Computer Reseller News, September 1997.
  - o Wireless Internet, Computer Reseller News, August 1997.
  - o Visual Basic Opportunity, Computer Reseller News, July 1997.
  - o Another Step towards Digital Pen and Paper, Computer Reseller News, June 1997.
  - o Digital Cameras, Computer Reseller News, May 1997.
  - o Remembering 1982, Computer Reseller News, May 1997
  - o What Sun Doesn't Tell You About Java, Computer Reseller News, April 1997.
  - o Mathematica, Computer Reseller News, March 1997.
  - o Will Emerging Technologies Ever Stop, Computer Reseller News, February 1997.
  - o FrontPage Is a New Era in Web Development, Computer Reseller News, January 1997.
  - o Survey of Emerging PC Storage Technologies, Computer Reseller News, October 1996.
  - o Expert Systems in PC Distribution, Computer Reseller News, September 1996.
  - o Emerging Technology Reviews, Computer Reseller News, August 1996.
  - o Emerging Technology Reviews, Computer Reseller News, July 1996.
  - o Emerging Technology Reviews, Computer Reseller News, June 1996.
  - o Visual C++, Computer Reseller News, May 1996.
  - o In Search of Java Applets, Computer Reseller News, April 1996.
  - o Internet/Microsoft Integration Seen As Best Strategy, Computer Reseller News, Page 59, March 18, 1996.
  - o Two New Digital Pens, Computer Reseller News, March 1996.
  - o Network "Computers": Sun's Java is Native Language, Computer Reseller News, Page 65, March 11, 1996.
  - o Visual Basic 4.0 Meets VCR, Computer Reseller News, Page 56, February 26, 1996.
  - o The Final Frontier: Internet Apps Reach for the Stars, Computer Reseller News, Page 61, February 5, 1996.

- o Windows Programming Meets the Internet in Many Ways, Computer Reseller News, Page 106, January 29, 1996.
- o Lotus' ScreenCam: Making of a Movie, Computer Reseller News, Page 71, December 4, 1995.
- o VARs Could be Stars in Lotus ScreenCam Movies, Computer Reseller News, Page 74, November 27, 1995.
- o Our Notebook Computer Dreams Coming to Fruition, Computer Reseller News, Page 80, October 16, 1995.
- o Building the Best Little Network on Earth, From Scratch, Computer Reseller News, Page 65, September 25, 1995.
- o The World Wide Web Puts New Spin on Publishing for the Masses, Computer Reseller News, Page 58, September 4, 1995.
- o Getting Connected: How to Resell the World Wide Web, Computer Reseller News, Page 59, August 28, 1995.
- o World Wide Web Puts New Spin on Publishing for the Masses, Computer Reseller News, Page 53, July 17, 1995.
- o Components: Breath of Fresh Air for Software, Computer Reseller News, Page 64, June 19, 1995.
- o Software Developers May Learn to Like Living Life in an "Office" Environment, Computer Reseller News, Page 57, May 29, 1995.
- o Wildfire's Telephony Assistant May be Your New best Friend, Computer Reseller News, Page 63, May 1, 1995.
- o Entering an Era Where Phone Calls Can Spread Like Wildfire, Computer Reseller News, Page 57, April 24, 1995.
- o On-line Help: PC's Next Great Breakthrough?, Computer Reseller News, Page 52, March 20, 1995.
- o Notebook Technology is Growing by Leaps and Bounds, Computer Reseller News, Page 60, March 6, 1995.
- o More Than a Name: Cyberphone Is Our Worldwide Workplace, Computer Reseller News, Page 56, January 23, 1995.
- o Search Goes On for Best Windows 95 PC with Pen, Computer Reseller News, Page 51, November 21, 1994.
- o Windows 95 Gives Blessing to Union of PCs and Telephones, Computer Reseller News, Page 61, November 14, 1994.
- o PC Card Software: Puzzles of Installation, Distribution, Computer Reseller News, Page 77, October 24, 1994.
- o Sound Proposition: Adding Audio to Mobile Computers, Computer Reseller News, Page 94, September 19, 1994.
- o Client/Server Software Brings About Meeting of Minds, Computer Reseller News, Page 73, August 2, 1994.
- o Integrated PCMCIA Peripherals Enjoy Rapid Growth in Popularity, Computer Reseller News, Page 88, August 1, 1994.
- o Reader/Writers Inspire a New Type of Desktop-Mobile Link, Computer Reseller News, Page 49, July 4, 1994.
- o Optical Technology Could Be Answer to Widening Storage Gap, Computer Reseller News, Page 64, May 30, 1994.

- o  Fledgling 1.8-inch Drive Market Begins to Take Wing, Computer Reseller News, Page 65, April 18, 1994.
- o  Multimedia Defined Computer Reseller News, Page 60, February 21, 1994.
- o  Will 1994 Turn Out to be the Year of the PDA-Market Boom or Bust?, Computer Reseller News, Page 57, January 24, 1994.
- o  The Future of IT-Counting Down to the 21st Century, Computer Reseller News, Page 82, December 13, 1993.
- o  Phoning Home Will Never, Ever Be the Same, I Hope, Computer Reseller News, Page 80, November 15, 1993.
- o  E-mail: Unplugged at Last, Computer Reseller News, Page 63, March 28, 1994.
- o  "Notebase," Could This Be the Next Killer Application?, Computer Reseller News, Page 56, October 11, 1993.
- o  Flash Memory Positioned Between RAM, Hard Disks, Computer Reseller News, Page 58, September 6, 1993.
- o  The Future of Mass Storage Lies in the (PCMCIA) Cards, Computer Reseller News, Page 46, August 2, 1993.
- o  Electronic Ink Emerges as a Launchpad of the Future, Computer Reseller News, Page 62, June 28, 1993.
- o  Rise of Heavy-Duty Systems, Computer Reseller News, Page 68, May 24, 1993.
- o  Ask Portia Column, Computer Reseller News (CRN), 1982-1985.
- Columnist, *CIO Magazine*, 1992-1994
  - o  Meeting Expectations, CIO Magazine, Page 104, July 1994.
  - o  High Wireless, CIO Magazine, Page 92, May 15, 1994.
  - o  The Promise of PDAs, CIO Magazine, Page 64, April 15, 1994.
  - o  On the Road: Taking I.T. With You, CIO Magazine, Page 74, March 15, 1994.
  - o  Beyond Client/Server, CIO Magazine, Page 74, February 15, 1994.
  - o  A Telephone for the 21st Century, CIO Magazine, Page 86, November 1, 1993.
  - o  Why You Need the Card, CIO Magazine, Page 82, September 1, 1993.
  - o  The Fourth Era, CIO Magazine, July 1993.
  - o  A Programming Dream, CIO Magazine, Page 68, June 1993.
  - o  The Vision Thing, CIO Magazine, Page 72, April 1993.
  - o  Now You See It..., CIO Magazine, Page 68, February 1993.
  - o  That Wonderful Year, CIO Magazine, Page 68, December 1992.
  - o  Removing the Ties that Bind, CIO Magazine, Page 60, October 1992.
  - o  Illusions of Multimedia, CIO Magazine, Page 68, September 1992.
  - o  The Big Picture, CIO Magazine, Page 64, July 1992.
  - o  IT to the Front, Please!, CIO Magazine, Page 62, May 1992.
- Columnist, *OEM Magazine*, 1994-1996
  - o  Jumpin' to the Java Jive, OEM Magazine, Page 78, April 1996.
  - o  The Mainframe's Last Stand, OEM Magazine, Page 90, February 1996.
  - o  Browsers Here, There & Everywhere, OEM Magazine, Page 87, December/January 1996.
  - o  Win 95's Objects Will Make Waves, OEM Magazine, Page 71, October 1995.
  - o  Publish or Perish, OEM Magazine, Page 85, September 1995.

- o The Next Little Big Thing, OEM Magazine, Page 78, July/August 1995.
- o I Hear the Cyberphone Ringing, OEM Magazine, Page 81, May 1995.
- o Digital Pens Take Aim...Again, OEM Magazine, Page 61, April 1995.
- o Take a Notebook Computer and a Pen, OEM Magazine, March 1995.
- o Back to the (Windows) Future, OEM Magazine, Page 71, February 1995.
- o PCs Fill the Air with Soundwaves, OEM Magazine, Page 69, January 1995.
- o PCMCIA Combo Dreams, OEM Magazine, November 1994.
- o Dream Floppy: Where are You?, OEM Magazine, Page 51, October 1994.
- o Wireless Fact; Wireless Fiction, OEM Magazine, Page 86, July/August 1994.
- o Towards a Unified Performance Testing Theory, OEM Magazine, Page 77, June 1994.
- o The 1998 PC-Card Olympics, OEM Magazine, Page 100, May 1994.
- o In Defense of Lesser Media, OEM Magazine, Page 84, April 1994.
- o Beyond Mere Megabytes, OEM Magazine, Page 93, March 1994.
- o The Power of "Enk", OEM Magazine, Page 93, February 1994.
- o The Phone, Circa 2001, OEM Magazine, Page 125, November 1993.
- o Better Play Your Cards Right, OEM Magazine, Page 101, October 1993.
- o Shifting $Chips, OEM Magazine, May 1993.
- o Choosing Chips for the Road, OEM Magazine, Page 98, July 1993.
- Contributing Editor and Advisory Board, *Datamation*, 1977-1979
  - o Distributed Personal Computers, Datamation, May 1978
  - o Computer Stores, Datamation, April 1978
  - o Introduction to Personal Computing, Datamation, March 1978
  - o Personal Computing and Change in Data Processing, Datamation, February 1978
  - o Small Business Applications of Personal Computers, Datamation, January 1978
  - o Reliability and Maintenance of Personal Computers, Datamation, December 1977
  - o The Digital Information Utility, Datamation, November 1977
  - o Home Computers, Datamation, October 1977
- Associate, *Byte Magazine*, 1977-1979

## SUPERVISED AND/OR AUTHORED NEWSLETTERS

- Cards & Slots: PCMCIA Market Letter, published monthly by Dream IT, July-1994 -- July 1995.
- PCMCIA Forecast Database, 1994.
- Future Views, Newsletter, April 15-January 15, 1986.
- Future Computing Illustrated, monthly from July 1980 to June 1982.

## SUPERVISED AND/OR AUTHORED MARKET RESEARCH STUDIES

- Pen-PC Reference Report vol. 1-5 and Update Service, 1991-1994.
- The Next Wave in PC Distribution, BIS, 1991-1992.

- New Desktop Advisory Service: Big Picture, w/ W. Ablondi, BIS, July 17, 1990 - October 1991.
- New Desktop Advisory Service: Research Notes & Presentations, w/ W. Ablondi, BIS, February 28 - October 1991.
- New Desktop Advisory Service: Strategic Planning Foundations, w/ W. Ablondi, BIS, July 6, 1990.
- Future Think Companies, First Edition, w/ J. Ray, 1989.
- Future Think Companies, w/ J. Ray, K. Bobo, 1989.
- Future Thinker, July 21, 1988 -- November 17, 1989
- Future Think Experts, w/ J. Ray, K. Bobo, 1989.
- Future Think Live Seminars, 1989.
- Analysis of Value Added Resellers: Doing Business as a VAR, w/ E. Arnesen, January 1986.
- IC Usage: Personal Computer Companies, w/ D. Wilson, February 1986.
- Software Forecast: 1st Qtr 1986, w/ E. Juliussen, H. Uribe, J. West, March 1986.
- Future Directions: The Decision Tool for Personal Computer Management, w/ E. Juliussen, February 1986.
- Personal Computer Manufacturers, w/ T. Williams, February 1986.
- VAR TRACK: 4Q 1985 - 3Q 1986, w/ L. White, March 1986.
- The IBM RT PC: Technology & Market Impact, w/ L. Lundquist, April 1986.
- Home Views, w/ H. Uribe, N. Wilson, 1985.
- Technology Hardware, Newsletter, December 1985.
- Office Personal Computer 1984 Customer Survey: Final Report, w/ W. F. Ablondi, April 1985.
- Home Computers: Hardware, w/ H. Uribe, J. Schmidt, W. Ablondi, January 1985.
- Distribution Views, Newsletter, January-December 1985
- Personal Computer VAR Programs & Policies, w/ E. Arnesen, February 1985.
- Personal Computer Manufacturing Costs Volume 1, w/ D. Wilson, February 1985.
- Office Personal Computers: Software Markets, w/ P. Park, E. Juliussen, March 1985.
- Consumers & Computers: Fourth Quarter 1984 Market Analysis, w/ T. Williams, March 1985.
- Personal Computer Manufacturing Costs Volume 2, w/ D. Wilson, March 1985.
- Personal Computer Manufacturing Costs Volume 3, w/ D. Wilson, March 1985.
- Vertical Markets: An Overview, w/ L. Windham, April 1985.
- Personal Computer Peripherals: Printers & Plotters, w/ T. Riggins, E. Juliussen, April 1985.
- Multiuser Systems & Software, w/ L. Lundquist, May 1985.
- Accounting & Business Administration Software Markets, w/ G.J. Weinnig, W.F. Ablondi, May 1985.
- Opportunities in Large Organizations, w/ T. Williams, June 1985.
- Consumers & Computers: Market Opportunities in the Home, w/ H. Uribe, W.F. Ablondi, June 1985.
- Office Buying Patterns, w/ M.M. McKee, W.F. Ablondi, June 1985.
- Opportunities in Small & Medium Businesses, w/ T. Williams, June 1985.

- Vertical Markets: Real Estate, w/ L. Windham, June 1985.
- Artificial Intelligence & Personal Computers Forum, Dallas, June 10-11, 1985.
- Hardware Trends: 16-& 32-bit Microprocessors, June 1985.
- Vertical Markets: Accountants & Bookkeepers, w/ L. Windham, June 1985.
- Personal Computer Peripherals: Mass Storage Devices & Media, w/ E. Juliussen, July 1985.
- Vertical Markets: Medicine, w/ J. Cross, July 1985.
- Personal Computer Distribution Channels: Distributors, w/ G. de Miranda, August 1985.
- Vertical Markets: Law, w/ J. Cross, August 1985.
- Vertical Markets: Manufacturing, w/ G. Weinnig, August 1985.
- Vertical Markets: Banking & Finance, w/ G.J. Weinnig, August 1985.
- VARs USA: Profiles of Value Added Resellers, Volumes 1, 2 & 3, w/ E. Arnesen, August 1985.
- Vertical Markets: Insurance, w/ G. J. Weinnig, September 1985.
- Vertical Markets: Retail, Wholesale & Distribution, w/ J. Cross, September 1985.
- Personal Computer Peripherals: Add-in Boards, Modems, Monitors & Input/Output Devices, w/ T. Riggins, September 1985.
- Personal Computer Aftermarket Opportunities, w/ P. Park, September 1985.
- Forecast Report: Third Quarter 1985, w/ E. Juliussen, J. West, 1985.
- Hardware Views, w/ L. Kruse, S. Kunkle, 1985.
- Future Views, w/ E. Juliussen, 1985.
- Storeboard: Peripherals Report, w/ E. Juliussen, October 1985.
- Vertical Markets: Scientists, Engineers & Architects, w/ G. J. Weinnig, October 1985.
- Vertical Markets: Restaurants & Hotels, w/ J. Cross, October 1985.
- VARs' Product Flow: 1985, w/ E. Arnesen, October 1985.
- Personal Computer Manufacturing Costs Volume 4, w/ D. Wilson, November 1985.
- Personal Computer Manufacturing Costs Volume 5, w/ D. Wilson, November 1985.
- Personal Computers in Communications, w/ L. Lundquist, November 1985.
- Personal Computer Manufacturing Costs Volume 6, w/ D. Wilson, December 1985.
- Hardware Trends: Semiconductor Memory, w/ L. Kruse, D. Wilson, December 1985.
- Competitive Analysis of Leading Companies, w/ T. Williams, December 1985.
- Analysis of Market Dynamics, w/ W. F. Ablondi, December 1985.
- End Users: The Next Wave, w/ J. West, December 1985.
- Service & Support, w/ J. Maddox, T. Williams, December 1985.
- Personal Computer Distribution Channels: An Overview, w/ L. Hardy White, E. Arnesen, December 1985.
- Graphics for Personal Computers, w/ H. Taub, December 1985.
- UNIX, XENIX, and Personal Computers, San Francisco, February 21-22, 1985.
- Home Information Systems & Software, White Plains, May 13-14, 1985.
- VARs 85: VARs Speak Out!, Newton, October 21-22, 1985.
- PC/MIS Managers Speak Out!, Dallas, December 9-10, 1985.
- Technology Views, Newsletter, January-July 1984.

- Wholesalers USA, w/ A.M. Brown, March 1984.
- Home Computers: A Market Overview 1984, w/ E. Juliussen, March 1984.
- Office Personal Computers: A Market Overview 1984, w/ E. Juliussen, May 1984.
- Distribution Strategies: Office Personal Computer Hardware and Software, w/ L. Windham, W.F. Ablondi, July 1984.
- Home Computers: Software, w/ E. Juliussen, August 1984.
- The Robot Report:
  - Volume 1, Introduction and Marketing, w/ D. Wilson, August 1984.
  - Volume 2, Technology, w/ D. Wilson, August 1984.
  - Volume 3, Technology: Selected Topics, w/ D. Wilson, August 1984.
  - Volume 4, Detailed Design Example, w/ D. Wilson, August 1984.
  - Volume 5, Bibliography, w/ D. Wilson, August 1984.
- Home Computers: Distribution, w/ E. Juliussen, October 1984.
- VARs USA: Profiles of Value Added Resellers October 1984, Volumes 1, 2 & 3, w/ E. Arnesen, October 1984.
- Dealer Plan Review and Analysis: 1984, October 1984.
- Office Products Dealers Survey: 1984, w/ T.A. Williams, October 1984.
- Home Computers: Consumers, w/ T. Parks, November 1984.
- Office Personal Computer Systems Manufacturers: Analyses & Profiles, w/ L. Lundquist, W.F. Ablondi, November 1984.
- Personal Computer Peripherals: Distribution Channels, w/ E. Juliussen, December 1984.
- Office Personal Computers: The Customers, w/ W.F. Ablondi, December 1984.
- Computer Stores USA, Volumes 1, 2 & 3, w/ T.A. Williams, December 1984.
- Retail Views, Newsletter, January-December 1984.
- Office Views, Newsletter, January 84-December 85.
- Software Views, Newsletter, January-November 1984.
- Personal Computer Distribution Channels: Mass Merchants & Mail Order, w/ G. de Miranda, May 1984.
- IBM PCjr Market Forum, San Francisco, January 19-20, 1984.
- Office Personal Computer Software Market Forum, San Francisco, January 16-17, 1984.
- IBM PC Market & PC Tech Day, April 4, 1984.
- Computer Dealer Policies Forum, Los Angeles, March 5-6, 1984.
- Home Computer Market Forum, San Francisco, May 3-4, 1984.
- MacForum, San Francisco, June 21-22, 1984.
- Home Computer Distribution Forum: Channels to the Customer, San Francisco, July 19-20, 1984.
- RETAIL84: Focus on Computer Specialty Channels, San Francisco, June 25-26, 1984.
- Personal Computer Industry Tutorial: Opportunities & Pitfalls, Dallas, September 19-20, 1984.
- Analysis of Computer Stores: First Quarter 1983, w/ W.F. Ablondi, March 1983.
- Computer Stores USA: Profiles & Directories, Volumes 1 & 2, June 1983.

- Software Store Survey: Fall 1983, w/ E. Juliussen, December 1983.
- Fortune 1000 Personal Computer Market Report, w/ M. Stone, H. Kinne, E. Juliussen, November 1983.
- The Storeboard Report:
  - Storeboard: Software Report, w/ E. Juliussen, July 1985.
  - Storeboard: Personal Computer Report, w/ E. Juliussen, October 1985.
  - Storeboard: Geographic Report, w/ E. Juliussen, May 1985.
  - Storeboard: January 1984, w/ E. Juliussen, March 1984.
  - Storeboard: February 1984, w/ E. Juliussen, April 1984.
  - Storeboard: March 1984, w/ E. Juliussen, May 1984.
  - Storeboard: July 1984, w/ E. Juliussen, September 1984.
  - Storeboard: August 1984, w/ E. Juliussen, October 1984.
  - Storeboard: September 1984, w/ E. Juliussen, November 1984.
  - Storeboard: April 1984, w/ E. Juliussen, June 1984.
  - Storeboard: May 1984, w/ E. Juliussen, July 1984.
  - Storeboard: June 1984, w/ E. Juliussen, August 1984.
  - Storeboard: October 1984, w/ E. Juliussen, December 1984.
  - Executive Summary: Storeboard 1984, w/ E. Juliussen, October 1984.
  - Storeboard Report: Fall 1983, w/ E. Juliussen, October 1983.
  - Storeboard Report: Fall 1983 Addendum 1, w/ E. Juliussen, December 1983.
  - Storeboard Report: Fall 1983 Addendum 2, w/ E. Juliussen, December 1983.
- Office Personal Computer Software Market Report, w/ W.F. Ablondi, October 1983.
- Computer Stores USA: Profiles & Directories, Volumes 1 & 2, December 1983.
- IBM PC Compatible: Software/Hardware Market Forum, January 31-February 2, 1983.
- Personal Computer Retail Market Forum, Dallas, February 23-25, 1983.
- The Fortune 1000 Personal Computer Market Forum, San Francisco, March 21-23, 1983.
- Personal Computer Software Industry Forum '83, Dallas, March 29-31, 1983.
- Personal Computer Industry Report, w/ E. Juliussen, W. Ablondi, July 1983.
- Personal Computer Industry Report Vol. 2, w/ E. Juliussen, W. Ablondi, July 1983.
- Second Annual Home Computer Market Forum, San Francisco, August 29-31, 1983.
- IBM PC Market & PC Tech Day, August 25, 1983.
- The Computer Store Business, Seminar, San Francisco, September 1, 1983.
- The Software Store Business, Mark Hopkins, San Francisco, September 2, 1983.
- Third Computer Retail Forum, San Diego, September 26-28, 1983.
- Portable/Battery-powered Computer Market Forum, San Diego, September 29-30, 1983.
- Software Store Business Report, w/ A. Brown, P. Inserra, October 1983.
- Software Distribution Channels Forum, Fort Lauderdale, November 3-4, 1983.
- Multi-User Systems and Local Area Networks Forum, San Diego, December 12-13, 1983.
- Opportunities & Pitfalls Seminar

- o  Opportunities & Pitfalls, Seminar, Dallas, October 25-26, 1983.
- o  Opportunities & Pitfalls, Seminar, Fort Lauderdale, October 31-November 1, 1983.
- o  Opportunities & Pitfalls, Seminar, San Diego, November 10-11, 1983.
- o  Opportunities & Pitfalls, Seminar, New York, June 2-3; Chicago, June 9-10; San Francisco, June 20-21, 1983.
- o  Opportunities & Pitfalls, Personal Computer Market Seminar, Dallas, August 23-24, 1982.
- Analysis of Computer Stores, March 1982.
- How to Start Your Own Computer Software Store, July 1982.
- Personal Computer Software Market Analysis, October 1982.
- Personal Computer Educational Software Market Report, December 1982.
- Personal Computer Industry Views (Future Views), Newsletter, July 5, 1982-December 30, 1983.
- Personal Computer Software Industry Forum, Dallas, June 14-15, 1982.
- Personal Computer Peripherals and Local Networks Forum, Dallas, October 11-12, 1982.
- Home Computer Market Forum, Dallas, December 6-7, 1982.
- IBM's Billion Dollar Baby, w/ E. Juliussen, Fall 1981.

## SELECTED OTHER ARTICLES AND CONFERENCE PRESENTATIONS

- Market Talk: PCMCIA Advertising, IC Card Systems & Design, January/February 1995.
- Market Talk: What Are the Hot Sales Channels for PC Cards?, IC Card Systems & Design, November/December 1994.
- 1994: It's PCMCIA's Year-Oops!, IC Card Systems & Design, January/February 1994.
- Nomadic Information Technology, National Retail Federation Newsletter, March/April 1993.
- Wireless: A New Technology Wave, NCR Perspective, December 1992.
- Pen's Past, Present and Future, Mobile Office Magazine, March 1992.
- A Pen for All Reasons, Mobile Office Magazine, March 1992.
- Future Computing Presentation, AICPA Computer Services Conference, Orlando, Florida, May 21, 1981.
- Productivity, People, and Minis, Canadian Information Processing Society, Toronto, April 21, 1981.
- Future Computing Seminar, DPMA, Phoenix, Arizona, April 3, 1981.
- Professional Development Seminar, ACM, University of Southern California, March 14, 1981.
- Tomorrow's Personal Computers: What will the Future Hold?, Online Information Utilities '81 Conference, New York, March 3, 1981.
- The ISO-Vendor Roundtable, COMDEX '80, Las Vegas, November 20, 1981.
- Computers by the Millions, School of Engineering and Computer Science Colloquium, California State University, Northridge, California, October 16, 1980.
- Micro Systems Trends in the U.S.A., 1980 Computer Show, London, July 24, 1980.

- Lecture, NOMDA Conference, New Orleans, July 11, 1980.
- Seminar, ACM, Madison, Wisconsin, June 7, 1980.
- Speaker, Third Annual Personal Computing Forum, New Orleans, May 28, 1980.
- Seminar, ACM, San Francisco, May 10, 1980.
- Seminar, University of Birmingham, Birmingham, Alabama, March 27, 1980.
- Future Systems Forum, Presentation, Data Processing Management Association, Phoenix, Arizona, March 3, 1980.
- PCs in Education, Panel, ACM, Kansas City, Missouri, February 15, 1980.
- Canadian Information Processing Society, Toronto, November 15, 1979.
- Applications: Computers by the Millions, AMA, Chicago, November 7, 1979.
- PCs from Japan, Midcon/80 Conference Proceedings, November 1980.
- Business Personal Computer Trends in the USA, 1980 Microcomputer Show Proceedings of the Wembly Conference Centre, London, July 22-24, 1980.
- A Glimpse at Computer Stores in Japan, Computer Dealer, March 1979.
- Interface Age Editorial Conference, Computer Dealer, January/February 1979.
- Microcomputers, American Management Associations, The Organizational Crisis: Assessing the Impact of Minis, Micros and Distributed Systems, Chicago, August 9, 1978.
- Business Uses of Microcomputers, Popular Electronics, August 1978.
- Horizons Seminar, IBM, Speaker, Wayzata, Minnesota, July 11, 1978.
- The Personal Computer and Change in the Computer Industry, Interface Age, June 1978.
- Personal Computing Is More Than a Hobby, w/ J. Grimes, Interface Age, June 1978.
- Personal Computers and Social Change, Personal Computing Festival Proceedings, '78 National Computer Conference, June 1978.
- Computer Retailing, PERCOMP '78 PERCOMP, Long Beach Personal Computer Show, April 28, 1978.
- The Micro Store, Computer Retailing, October 1977.
- A Computer in Every Home, *ABACUS*, Pilot Issue, AFIPS, April 1977.
- Personal Computing: An Idea Whose Time Has Come, Guest Editorial, *BYTE*: The Small Systems Journal, February 1976.

## PERSONAL (NON-PROFESSIONAL) PUBLICATIONS

- Pug Rhymes with Bitsy, 2011. (book and website pugrhymes.com)
- Our Family Cookbook, 1999. (book and website ourfamilycookbook.com)

# APPENDIX B

| Photo Files | Video Files | Music Files |
|---|---|---|
| *.AI | *.264 | *.28_8 |
| *.ARW | *.26L | *.AA3 |
| *.BAY | *.3G2 | *.AAC |
| *.BMP | *.3GP | *.AC3 |
| *.BMQ | *.3GP2 | *.AIF |
| *.CAM | *.3GPP | *.AIFC |
| *.CEX | *.AMC | *.AIFF |
| *.CMP | *.ASF | *.ALAC |
| *.CMX | *.AVC | *.AMF |
| *.CPH | *.AVI | *.AMR |
| *.CPS | *.BSF | *.ASF |
| *.CPT | *.BUP | *.ASX |
| *.CR2 | *.CIN | *.ATRAC |
| *.CRW | *.DIVX | *.ATRC |
| *.CS1 | *.DV | *.AU |
| *.DCR | *.DVX | *.CDA |
| *.DES | *.EVO | *.CIDB |
| *.DIB | *.FLC | *.COOK |
| *.DNG | *.FLV | *.DENT |
| *.EMF | *.GVI | *.DST |
| *.EMZ | *.GVP | *.FAR |
| *.EPS | *.H264 | *.FLAC |
| *.ERF | *.IFO | *.KAR |
| *.FPX | *.ISO | *.LPAC |
| *.GIF | *.IVF | *.LPCJ |
| *.ICN | *.JSV | *.LPCM |
| *.ICO | *.JVT | *.M3U |
| *.ICON | *.LSF | *.M3UM4A |
| *.IMG | *.LSX | *.M4A |
| *.J2C | *.M15 | *.M4P |
| *.J2K | *.M1V | *.M4R |
| *.J6I | *.M21 | *.MDZ |
| *.JFI | *.M2P | *.MID |
| *.JFIF | *.M2TS | *.MIDI |
| *.JIF | *.M2V | *.MKA |
| *.JP2 | *.M4E | *.MP1 |
| *.JPC | *.M4U | *.MP2 |
| *.JPE | *.M4V | *.MP3 |
| *.JPEG | *.M75 | *.MPA |
| *.JPF | *.MJ2 | *.MPEG3 |
| *.JPG | *.MJP | *.MPEG4 |
| *.JPW | *.MKV | *.MPG3 |
| *.JPX | *.MOD | *.MPG4 |
| *.JTF | *.MOV | *.MPV2 |
| *.K25 | *.MOVIE | *.MID |
| *.KDC | *.MP21 | *.MIDI |

| | | |
|---|---|---|
| *.KQP | *.MP4 | *.NFO |
| *.MDC | *.MPE | *.OGG |
| *.MDI | *.MPEG | *.OGM |
| *.MEF | *.MPEG-PS | *.OOG |
| *.MFW | *.MPG | *.PCM |
| *.MNG | *.MPM | *.PLS |
| *.MOS | *.MPV | *.QCP |
| *.MRW | *.MPV2 | *.RA |
| *.MSP | *.MSWMM | *.RAAC |
| *.NEF | *.MTS | *.RACP |
| *.ORF | *.MTV | *.RALF |
| *.PAM | *.NFO | *.RAM |
| *.PBM | *.NSV | *.RIFF |
| *.PCD | *.OGM | *.RKAU |
| *.PCT | *.PLS | *.RMP |
| *.PCX | *.QT | *.SIPR |
| *.PDD | *.QTCH | *.SPEEX |
| *.PEF | *.QTL | *.TTA |
| *.PFM | *.QTS | *.VOC |
| *.PGM | *.RM | *.VORBIS |
| *.PICT | *.RMVB | *.WAV |
| *.PMP | *.RP | *.WM |
| *.PNG | *.RT | *.WMA |
| *.PNM | *.RTS | *.WPL |
| *.PPM | *.RTSP | *.WV |
| *.PS | *.RV | |
| *.PSD | *.SDV | |
| *.PSP | *.SMI | |
| *.QIF | *.SMIL | |
| *.QTI | *.SML | |
| *.QTIF | *.SRT | |
| *.RAF | *.SSA | |
| *.RAW | *.SSM | |
| *.RDC | *.SUB | |
| *.RLE | *.SWF | |
| *.SR2 | *.TS | |
| *.SRF | *.VFW | |
| *.TGA | *.VOB | |
| *.THM | *.VOF | |
| *.TIF | *.WM | |
| *.TIFF | *.WMD | |
| *.WBM | *.WMMP | |
| *.WBMP | *.WMV | |
| *.WMF | *.WMX | |
| *.WMP | *.WPL | |
| *.X3F | *.WVX | |
| | *.XMZ | |

\*.XVID

| Email Files | Office Documents | Finance |
|---|---|---|
| *.DBX | *.123 | |
| *.EML | *.1ST | |
| *.FOL | *.ACCDB | |
| *.MBX | *.ADF | |
| *.MSF | *.ASC | |
| *.MSG | *.ASP | |
| *.PST | *.CSS | |
| *.SDB | *.CSV | |
| *.WAB | *.DB | |
| | *.DIC | |
| | *.DOC | |
| | *.DOCM | |
| | *.DOCX | |
| | *.DOCM | |
| | *.DOT | |
| | *.DOTX | |
| | *.DOTM | |
| | *.DWG | |
| | *.DXF | |
| | *.FAQ | |
| | *.JSP | |
| | *.MBF | |
| | *.MDB | |
| | *.MMP | |
| | *.MPD | |
| | *.MPP | |
| | *.MPT | |
| | *.MPW | |
| | *.MPX | |
| | *.ODC | |
| | *.ODF | |
| | *.ODG | |
| | *.ODM | |
| | *.ODP | |
| | *.ODS | |
| | *.ODT | |
| | *.ONE | |
| | *.ONEPKG | |
| | *.OTC | |
| | *.ORF | |
| | *.OTG | |
| | *.OTH | |
| | *.OTP | |
| | *.OTS | |
| | *.OTT | |
| | *.PAD | |

*.PAGES
*.PDF
*.PDP
*.PDT
*.PHP
*.POT
*.POTM
*.POTX
*.PPA
*.PPAM
*.PPS
*.PPSM
*.PPSX
*.PPT
*.PPTM
*.PPTX
*.PPS
*.PS
*.PSW
*.PUB
*.PWD
*.PWI
*.PUB
*.RTF
*.SLDM
*.SLDX
*.SQL
*.SQLITE
*.SVG
*.SVGZ
*.THMX
*.VDX
*.VSD
*.VSS
*.VST
*.VSW
*.VSX
*.VTX
*.WCM
*.WDB
*.WKS
*.WPF
*.WPS
*.WPT
*.WPF
*.WRI
*.WTF

*.XHTML
*.XLA
*.XLAM
*.XLB
*.XLL
*.XLR
*.XLS
*.XLSB
*.XLSM
*.XLSX
*.XLT
*.XLTM
*.XLTX
*.XLW
*.XPS
*.XSN

|  | Media Center | Web Page Files |  |
|--------|--------------|----------------|---------|
| *.MBF | *.DVR-MS | | *.CHM |
| *.MNY | | | *.CSS |
| *.QBB | | | *.HTM |
| *.QBW | | | *.HTML |
| *.QDB | | | *.JS |
| *.QDF | | | *.MHT |
| *.QDT | | | *.MHTML |
| *.QEL | | | |
| *.QPH | | | |
| *.QSD | | | |

Other

*.001
*.7Z
*.ABA
*.ACP
*.ARC
*.ARJ
*.BAK
*.BAT
*.BZ2
*.CAB
*.CPIO
*.DAT
*.DBF
*.DRA
*.EST
*.FDR
*.FTW
*.GCF
*.GZ
*.HMK
*.KML
*.KMZ
*.LZH
*.MPA
*.MPP
*.MPS
*.MPT
*.NMV
*.ONE
.PTM
*.RAR
*.RPM
*.SCX
*.STT
*.TAR
*.TXT
*.THMX
*.TXT
*.THMX
*.URL
*.XML
*.XPS
*.YBK
*.YMG
*.YPS
*.Z

*.ZIP