1   DAVID J. NOONAN
    KIRBY NOONAN LANCE & HOGE LLP
2   Diamond View Tower
    350 Tenth Avenue, Suite 1300
3   San Diego, CA 92101
    Telephone: (619) 231-8666
4   Facsimile: (619) 231-9593
5   E-Mail: dnoonan@knlh.com

6   KRISTOFOR T. HENNING (*Pro Hac Vice*)
    MORGAN, LEWIS & BOCKIUS LLP
7   1701 Market Street
    Philadelphia, PA 19103
8   Telephone: (215) 963-5000
    Facsimile: (215) 963-5001
9   E-mail: khenning@morganlewis.com

10  Attorneys for Defendant
    HEWLETT-PACKARD COMPANY
11

12              UNITED STATES DISTRICT COURT

13           SOUTHERN DISTRICT OF CALIFORNIA

14

15  ROBERT A. WALLER, JR., on behalf of        Case No. 11-cv-00454 LAB RBB
    himself and all others similarly situated,

16          Plaintiff,                         **DECLARATION OF KRISTOFOR T.**
                                               **HENNING IN SUPPORT OF DEFENDANT**
17       v.                                    **HEWLETT-PACKARD COMPANY'S**
    HEWLETT-PACKARD COMPANY,                   **OPPOSITION TO PLAINTIFF'S MOTION**
18                                             **FOR CLASS CERTIFICATION**
            Defendant.
19
                                               **Date:    February 4, 2013**
20                                             **Time:    11:30 a.m.**
                                               **Place:   Courtroom 9**
21                                             **Before:  Hon. Larry Alan Burns**

22       I, Kristofor T. Henning, declare as follows:

23          1.      I am an attorney admitted to practice in the Commonwealth of Pennsylvania and

24  the State of New Jersey and am admitted Pro Hac Vice in this Court for the above-captioned

25  matter.  I am a partner with the law firm Morgan, Lewis & Bockius LLP, lead counsel for

26  Defendant, Hewlett-Packard Company ("HP").  I make this declaration of my own personal

27  knowledge.

28

2.      Attached hereto as Exhibit A is a true and correct copy of excerpts from the transcript of the November 8, 2012 deposition of Plaintiff Robert A. Waller ("Plaintiff").

3.      Attached hereto as Exhibit B is a true and correct copy of Plaintiff's Revised Responses to HP's First Set of Interrogatories.

4.      Attached hereto as Exhibit C is a true and correct copy of the product listing for the 320 GB SimpleSave device on Amazon.com (last visited January 17, 2013).

5.      Attached hereto as Exhibit D is a true and correct copy of the product listing for the 320 GB SimpleSave device on ReStockIt.com (last visited January 10, 2013).

6.      Attached hereto as Exhibit E is a true and correct copy of the first page of results for a Google search for "HP SimpleSave hard drive review" conducted on January 14, 2013.


Dated:  January 21, 2013                          Respectfully Submitted,


                                                  **MORGAN, LEWIS & BOCKIUS LLP**

                                                  By:_____/s/_____
                                                          Kristofor T. Henning

                                                  Attorneys for HEWLETT-PACKARD COMPANY

# EXHIBIT A

ROBERT A. WALLER, JR.
WALLER vs. HEWLETT-PACKARD CO.

November 08, 2012
1–4

**Page 1**

1   UNITED STATES DISTRICT COURT
2   SOUTHERN DISTRICT OF CALIFORNIA
3
4
5   ROBERT A. WALLER, JR.,
    individually and on behalf of
6   all others similarly situated,
7       Plaintiff,
8   vs.          CASE NO. 11-CV-0454
                 LAB (RBB)
9
    HEWLETT-PACKARD COMPANY, et al.,
10
        Defendants.
11   ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
12
13
14
15   VIDEOTAPED DEPOSITION OF
16     ROBERT A. WALLER, JR.
17
18      November 8, 2012
19         8:35 a.m.
20
21       360 Tenth Avenue
           Suite 1300
22      San Diego, California
23
24   Renee Kelch, RPR, CLR, CSR No. 6063
25

**Page 2**

1       APPEARANCES OF COUNSEL
2   For the Plaintiff:
3   THE LAW OFFICE OF BRIAN A. BARNHORST
    BRIAN A. BARNHORST, ESQ.
4   P.O. Box 17630
    San Diego, California 92177
5   619.379.7405
    babarnhorst@gmail.com
6
7   For Defendant Hewlett-Packard Company:
8   MORGAN, LEWIS & BOCKIUS LLP
    KRISTOFER T. HENNING, ESQ.
9   1701 Market Street
    Philadelphia, Pennsylvania 19103
10  215.963.5000
    215.963.5001 Fax
11  khenning@morganlewis.com
12
13  Also Present:
14   Laura Velasco, Videographer
15
16
17
18
19
20
21
22
23
24
25

**Page 3**

1       INDEX TO EXAMINATION
2   WITNESS: ROBERT A. WALKER, JR.
3
4   EXAMINATION                    PAGE
5   BY MR. HENNING                  6
6
7
8   QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER
9       Page    Line
10       46      24
11       47      11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 4**

1        INDEX TO EXHIBITS
2   EXHIBITS      DESCRIPTION      MARKED
3   1   Notice of Taking Deposition of Plaintiff   6
        Robert A. Waller, Jr.
4   2   Sales transaction detail for sales date    28
        3/27/20
5
6   3   SimpleSave User Manual              57
7   4   Costco receipt dated 5/22/2010 and Sales   83
        Audit - Transaction Detail
8   5   Staples receipt dated 9/21/10       71
9   6   Disk Doctors documents              74
10  7   Copy of packaging for HP 320 SimpleSave   78
11  8   Copy of packaging for HP 320 SimpleSave   81
12  9   Second Amended Class Complaint      95
13  10  Plaintiff's Initial Disclosure     105
14  11  Revised Response of Plaintiff, Robert A.   107
        Waller, Jr., to Defendant's First Set of
15      Interrogatories
16  12  Class Action Complaint for Damages   116
17  13  First Amended Complaint             118
18
19  (Original exhibits attached to original
20  transcript)
21
22
23
24
25



Exhibit A
Page 1

ROBERT A. WALLER, JR.
WALLER vs. HEWLETT-PACKARD CO.

November 08, 2012
13–16

Page 13

1  class basis, in Ryan Greig's name. I want to say more
2  as protective measure.
3      Q. Okay.
4      A. You know, in case there was some jurisdictional
5  problems and the state case got bounced out, we'd be
6  protected, the class would be protected.
7      Q. Would you say were you the lead plaintiff's
8  lawyer in the Greig matter?
9      A. I was the lead attorney. I had co-counsel with
10 the Greig matter in the federal action.
11     Q. How about in Waste Management wage and hour
12 matter you talked about earlier. Would you say you were
13 the lead plaintiff's lawyer there?
14     A. No.
15     Q. How far along did the Greig case go before it
16 resolved?
17     A. Not very far. The state action had been
18 litigated somewhat extensively by the other attorney
19 when we filed our federal case. I want to say we never
20 even got past an ENE, and early neutral evaluation.
21 Because the magistrate essentially beat everybody in the
22 head and told us we were going to settle the case, which
23 we did successfully.
24     Q. How about in the Waste Management wage and
25 hour, how far did that one go along before it was

Page 14

1  resolved?
2      A. Depositions were taken. We had a bit of a
3  jurisdictional battle. Well, I shouldn't say -- yeah,
4  jurisdictional, because it was a challenge to the
5  summons whether or not there was jurisdiction in
6  San Diego. So we did take depositions in the case.
7  There was depositions of the putative class reps, and
8  then, you know, several sessions of mediation.
9      Q. In either cases, did you get through class
10 certification briefing?
11     A. No.
12     Q. In your practice have you ever filed a class
13 cert motion?
14     A. In my practice, no.
15     Q. Any other cases where you were plaintiff's
16 counsel in a putative class case other than the Greig
17 and the Waste Management lawsuit we've talked about?
18     A. None that come to mind.
19     Q. Have you ever had any other employees besides
20 Ms. Glaze?
21     A. I had an employee named Crystal Roberts --
22 Roberson, R-o-b-e-r-s-o-n. I had -- she also was known
23 as Crystal Aguilera.
24     I had a couple of law clerks over the course of
25 time.

Page 15

1      Q. Let me -- I should ask you a more refined
2  question, closer to the time that matters of our case.
3  Since January of '010 forward, let's say, have you had
4  any employees other than Ms. Glaze?
5      A. Crystal Aguilera.
6      Q. Mr. Waller, whose idea was it to file the
7  lawsuit?
8      A. Mine.
9      Q. Anybody else's?
10     A. No.
11     Q. Did you discuss that with anybody other than
12 any lawyer at the time?
13     A. No.
14     Q. When did you first have contact with any other
15 lawyer about this case?
16     A. Any other lawyer besides Mr. Barnhorst?
17     Q. Besides you.
18     A. I would say shortly after I had the computer
19 crash and lost the data -- well, I didn't -- I mean, I
20 had the computer crash, and then ultimately was able to
21 retrieve the data, as you guys probably know. But about
22 that time.
23     Q. Can you put a date on the crash?
24     A. No. But it coincides -- I mean, it was within
25 a week or two of whenever I paid the $1400 or whatever

Page 16

1  to that Disk Doctors.
2      Q. Sure.
3      A. So May-ish. April.
4      Q. Does May 19 sound at all -- sound about right?
5      A. I mean, that's -- yeah, I mean, somewhere
6  around there. April, May. I think I bought the thing
7  in March. The SimpleSave Drive, and then there was a
8  crash a month or two later.
9      Q. Mr. Waller, I take it your first contact with
10 another lawyer was with Mr. Feerick --
11     A. Correct.
12     Q. -- is that right?
13     Anybody else?
14     A. No. Well, the first contact?
15     Q. Yeah. With any lawyer other than yourself. I
16 don't know that I can ask you about contacts with
17 yourself.
18     A. Right. I mean, initially, it was only with
19 Mr. Feerick.
20     Q. Okay. How --
21     A. I did at the same time, around the same time
22 communicate with some other attorneys about the case.
23 But he was the initial contact.
24     Q. Who else did you talk to?
25     A. I spoke with Tim Cohelan, at Cohelan, Khoury &

ESQUIRE
SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

Exhibit A
Page 2

ROBERT A. WALLER, JR.
WALLER vs. HEWLETT-PACKARD CO.

November 08, 2012
21–24

Page 21

1    Q. Do you know that it actually went out?
2    A. Without violating attorney-client privileges,
3  no.
4    Q. Did you ever see any responses to the e-mail?
5    A. I don't believe there were any.
6    Q. Do you know what the purpose of that e-mail
7  was?
8        MR. BARNHORST: Hold on. I probably should
9  have interposed an objection before. You're not asking
10  him to include in his answer any discussions he had with
11  Mr. Feerick, I assume?
12        MR. HENNING: The first question is, does he
13  know; yes or no?
14        MR. BARNHORST: Okay.
15        MR. HENNING: Then we can decide how best to
16  deal with these issues.
17        MR. BARNHORST: Okay.
18        THE WITNESS: Do I know what the purpose of the
19  e-mail was? Yes, the purpose of the e-mail was --
20        MR. BARNHORST: No, that wasn't the question.
21        THE WITNESS: Oh. What was -- sorry. What the
22  question again, ma'am?
23  BY MR. HENNING:
24    Q. You answered. And the question was, do you
25  know the purpose of the e-mail?

Page 22

1    A. Okay. Yes.
2        MR. BARNHORST: Not what it was, but just do
3  you know the purpose of the e-mail?
4        THE WITNESS: Yes, I know purpose of the
5  e-mail.
6  BY MR. HENNING:
7    Q. Do you know the purpose of the e-mail from
8  anything other than conversations between you and
9  Mr. Feerick?
10    A. Draws a very fine line. I would have to say
11  no. Other -- I mean, it was a conversation that I had
12  with counsel, Mr. Feerick. So in that context, it
13  would -- you know, strictly speaking, I think it would
14  be attorney-client privilege, my information in that
15  regard.
16    Q. Mr. Waller, how did you first come in contact
17  with Mr. Barnhorst?
18    A. He was referred by Mr. Feerick.
19    Q. We don't need to do stuff that's already
20  obvious from the record. There came a point in time
21  when Mr. Feerick withdrew as putative counsel; right?
22    A. Actually, I think he was substituted off.
23    Q. Substituted off. Fair enough.
24        And there was a time prior to that where you
25  withdrew as putative class counsel; right?

Page 23

1    A. Yes, correct.
2    Q. And it sounds like the timing is around the
3  time Mr. Feerick -- the substitution is when you first
4  came in contact with Mr. Barnhorst; is that right?
5    A. Without having the documents, and when it was
6  filed, and all that stuff, I think that's probably
7  accurate.
8    Q. Had you worked with Mr. Barnhorst before that?
9    A. No.
10    Q. What do you hope to get from the lawsuit?
11    A. Have HP honestly advertise how their products
12  work.
13    Q. Anything else?
14    A. My understanding is that HP's already attempted
15  in some regard to try to correct the deficiencies in how
16  the product operates as compared to how it's advertised
17  on the packaging. So I think that's been a success, and
18  there's been some accomplishment there, but -- there was
19  an initial attempt and desire to get my $1400 back that
20  I had to pay to retrieve the data. And I guess just to
21  make sure that HP puts on the package accurate
22  information.
23    Q. So you mentioned the 1400 or so dollars; is
24  that something you hope to get from the lawsuit?
25    A. I don't know that that's a remedy that's

Page 24

1  available to me at this time.
2    Q. Other than, I think you said -- you tell me if
3  I get your words wrong -- but to get HP to honestly
4  advertise how the product works, is there anything else
5  you hope to get out of the lawsuit?
6    A. I mean, I think --
7        MR. BARNHORST: Hold on. You're asking him
8  individually as opposed to as a representative of the
9  class? Or are you just asking --
10        MR. HENNING: I'm asking what he wants to get
11  out of the lawsuit.
12        MR. BARNHORST: That's what I mean, he
13  individually --
14        MR. HENNING: Yes.
15        MR. BARNHORST: -- or he collectively?
16        MR. HENNING: He individually.
17        MR. BARNHORST: Okay.
18        THE WITNESS: I mean, individual -- what do I
19  want to get individually out of it monetarily?  I
20  don't -- as I said, I don't believe I'm -- there's a
21  remedy available to me at this time for the $1400 that I
22  spent. I want to say that I would like to see the
23  satisfaction of having, as I said, HP honestly advertise
24  how the product, you know, works, advertise honestly on
25  the packaging and accurately on the packaging.



ESQUIRE
SOLUTIONS

Exhibit A
Page 3

ROBERT A. WALLER, JR.
WALLER vs. HEWLETT-PACKARD CO.

November 08, 2012
25–28

Page 25

1    And I think that anybody who purchased the
2  thing got duped.  So what do I want to get out of it?  I
3  think that the class is entitled to some form of
4  restitution.
5  BY MR. HENNING:
6    Q.  Okay.  Anything else?
7    A.  Not that I can think of at this time.
8    Q.  You mentioned in the course of one of your
9  prior answers that you believe that HP has made some
10  attempt to do something.  What do you mean by that?
11    A.  It's my understanding -- I don't necessarily
12  want to divulge information that I received through --
13  under the context of the mediation or settlement
14  discussions, but my understanding is that HP has put out
15  some kind of a patch or made some efforts to correct
16  what I experienced as the product not working the way
17  it's advertised.  I don't know if that's a patch, or if
18  they redid the whole drive, or what they did.  But my
19  understanding is there's been some attempt to fix this
20  deficiency in what's backed up and what's not
21  automatically.
22    Q.  Do you know anything about that, other than
23  what you heard in the course of ENE, I think that was?
24    MR. BARNHORST:  Or that you heard from counsel.
25    THE WITNESS:  As I sit here now, not that I'm

Page 26

1  aware of.
2  BY MR. HENNING:
3    Q.  Mr. Waller, what size SimpleSave devices are
4  you aware of?
5    A.  Now?  Or at the time I purchased the --
6    Q.  Now.
7    A.  Now.  My understanding is there's three -- is
8  there's three sizes.  I'm aware of two specifically, but
9  I have some information that there might be a third.
10  There's a 320 gigabyte; there's a 1 terabyte; and I
11  think there might be a 2 terabyte.
12    Q.  Do you have any view on which of those sizes
13  are part of the putative class in your case?
14    A.  To the extent that the class is based on the
15  advertisements on the packaging, the 320 and the 1
16  gig -- or, excuse me, the 320 gig and the 1 terabyte.
17    Q.  Are you paying any expenses for the case?
18    A.  Sure.
19    Q.  You are?
20    A.  I will, if they come up.
21    Q.  Have you so far?
22    A.  I believe I paid the filing fee.
23    Q.  Anything beyond that?
24    A.  I don't think there's been any.
25    Q.  Yes or no in the first instance; do you have a

Page 27

1  retention agreement with Mr. Barnhorst?
2    A.  I believe I do.
3    Q.  Do you know the terms of that agreement?
4    A.  I would hope so.
5    Q.  Do you have a copy of --
6    A.  I think -- I'm sure I do somewhere.
7    Q.  Do you recall signing one?
8    A.  Yeah, I think I did.
9    Q.  Okay.  Before you signed it, did you look into
10  Mr. Barnhorst's background?
11    A.  I spoke with him.
12    Q.  What did you find out about the nature of his
13  practice, if anything?
14    A.  Well, I mean, everything I learned was with --
15  through him, so.
16    Q.  Okay.  Did you do any investigation outside of
17  that conversation?
18    A.  No.
19    Q.  Mr. Barn -- Waller, excuse me, let's, if we
20  can, talk about your SimpleSave experience.  How many of
21  them have you ever used?
22    A.  One.
23    Q.  That's the one bought in March of 2010?
24    A.  Correct.
25    Q.  Is that the only SimpleSave that's the subject

Page 28

1  of your lawsuit?
2    A.  No.
3    Q.  Let's talk about the March, I think it's 27th,
4  2010.  Does that sound right?
5    A.  About right, yeah, I think so.
6    Q.  You think so.
7    A.  I mean, I don't think there's any dispute.  We
8  gave you guys the receipt, so, yeah.
9    MR. HENNING:  Yes.
10    Let's make that 2.
11    She'll give you that.
12    (Exhibit 2 marked)
13  BY MR. HENNING:
14    Q.  Mr. Waller, do you have Exhibit 2 in front of
15  you?
16    A.  Yes, sir.
17    Q.  Do you recognize that?
18    A.  I do.
19    Q.  Can you tell me what that is?
20    A.  That is a printout from Costco in Carlsbad that
21  I had requested because we lost the original receipt.
22    Q.  And this shows a purchase on March 27, 2010; is
23  that right?
24    A.  That's my understanding.
25    Q.  To the best of your recollection, is that the


ESQUIRE
SOLUTIONS

Exhibit A
Page 4

ROBERT A. WALLER, JR.
WALLER vs. HEWLETT-PACKARD CO.

November 08, 2012
49—52

Page 49

1 Q. When you bought it, tell me what you thought it
2 was going to do?
3 A. I thought it was going to back up everything on
4 my hard drive.
5 Q. And that's based solely on your review of the
6 packaging; is that fair?
7 A. Correct.
8 Q. Did anybody else ever plug it into a computer
9 other than you?
10 A. No.
11 Q. Tell me what popped up on your screen the first
12 time you plugged it in?
13 A. I want to say there was a little window that
14 said, "Your backup will begin in 25 seconds," or
15 whatever, and then there was a countdown, and it counted
16 down and went off to the races.
17 Q. Did you ever actually have to click on anything
18 or do anything? You just plugged it in and it took off?
19 A. Correct.
20 Q. I think -- you said you used it two weeks or so
21 after you bought it?
22 A. More or less. I can't recall specifically.
23 Q. When's the last time you used it? I'm talking
24 about the one you -- the one bought on March 27th now.
25 A. I want to say I used it last year. I had a

Page 50

1 trial in Riverside in May, and I used it for video
2 files.
3 Q. May of last year?
4 A. Yes.
5 Q. Have you used it since then at all?
6 A. No.
7 Q. Any reason you haven't used it since then?
8 A. I got a new one.
9 Q. Mr. Waller, am I right, the device -- you only
10 ever plugged the device into one computer?
11 A. That's correct.
12 Q. And it's that computer that you had a crash
13 with?
14 A. Oh, no, I'm sorry. I plugged it into my
15 current laptop. And I plugged it into the Dell that
16 crashed.
17 Q. When did you plug it into your current laptop?
18 A. Well, I bought that computer after the crash.
19 So -- well, that was -- I plugged it to my new laptop
20 when I was setting that up, and that was when I realized
21 it didn't save all the files.
22 And -- I mean, that would have been -- I mean,
23 I needed a computer. So May, June of 2010,
24 Q. May, June 2010 is when you plugged it into your
25 a newer computer?

Page 51

1 A. The one I have currently, yes.
2 Q. So did you ever learn what caused your computer
3 to crash?
4 A. No.
5 Q. So did the Disk Doctors ever tell you what they
6 thought happened?
7 A. No. They just took the disk and got the data
8 off.
9 Q. Did you come to learn that the device didn't
10 automatically back up some of your files before you
11 contacted Disk Doctors?
12 A. I don't recall specifically, but it may have
13 been around the same time.
14 Q. Right.
15 A. I mean, I think -- my recollection is that the
16 reason I tracked down Disk Doctors to retrieve the data
17 was because it was not -- had not been saved on the
18 SimpleSave, and I really needed to get that stuff back.
19 Q. Right.
20 A. So I thought, "Well, you know, it's worth $1500
21 or $1400 to do what I can to get that stuff -- that data
22 back.
23 Q. I get your point, why call Disk Doctors or
24 anybody if you felt you had of it all on SimpleSave?
25 A. Right.

Page 52

1 Q. So can we agree you learned at least some of
2 your files were not backed up before you called Disk
3 Doctors?
4 A. I think that's fair.
5 Q. Sitting here today, can you tell me,
6 Mr. Waller, what file extensions were not backed up?
7 A. Not -- I don't know file extensions
8 specifically, but I know it didn't have any of the
9 WordPerfect files.
10 Q. Okay. Was --
11 A. That was the thing that jumped out at me, and
12 that was the thing that was most important to me. I
13 mean, it was all important in the context of the
14 information. But not having the WordPerfect files was
15 devastating.
16 Q. Are there any others you've come to learn other
17 than the WordPerfect files that were not automatically
18 backed up?
19 A. I can't think of any.
20 Q. You say you're not as familiar with the
21 extensions --
22 A. Actually, let me take that back. There may
23 have been -- I used a Timeslips -- time and billing
24 program, Timeslips. I don't think it backed that up
25 either.



Exhibit A
Page 5

ROBERT A. WALLER, JR.
WALLER vs. HEWLETT-PACKARD CO.

November 08, 2012
53–56

Page 53

1    Q. You mean it didn't back up files created by
2  that system?
3    A. Or just the backup file. You know, you can --
4  the program has a process similar to like a QuickBooks,
5  where when you go to close it out, it says, "Do you want
6  to save?" You know, "Do you want to do a backup?"
7      And you go, "Yes."
8      And "Where do you want to do it?"
9      And it does it on your hard drive.
10   Q. Do you know one way or the other for sure about
11 this Timeslips thing?
12   A. I want to say I'm 90 percent sure that it did
13 not back up Timeslips.
14   Q. I think you said not backing up the WordPerfect
15 files would have been devastating to you. Why is that?
16   A. Because that's all I've been using. That's all
17 my data processing, all my word processing programs.
18 All my word processing files.
19   Q. Has the nature of your WordPerfect use changed
20 since, let's say, January 2010, before this purchase,
21 until the present.
22   A. What do you mean?
23   Q. Use it just as much now as you did then?
24   A. Yes.
25   Q. Use it for both your practice and personal

Page 54

1  files, or just one or the other?
2    A. Any time I want to do a letter, or any sort of
3  word processing type of -- I use WordPerfect.
4    Q. And that's true whether it's for your practice
5  or something else?
6    A. Correct.
7    Q. When did you become a WordPerfect guy?
8    A. 1990, when I started as a file clerk at Gray,
9  Cary, Ames & Frye, which is now DLA Piper. They
10 actually taught me how to use it to be a file clerk. I
11 don't know if firms do that anymore. But they put me in
12 a room, said, "Here's WordPerfect; here's how you do it;
13 here's some shortcuts." I thought that was pretty cool
14 for a guy who was just going to be a file clerk.
15   Q. Do you ever use Microsoft Word?
16   A. Yes. Sure.
17   Q. When do you do that, or when have you done
18 that?
19   A. Well, as a general practice, up until, I'd say
20 a couple, three years ago, I never really confronted
21 word, Microsoft Word.
22     I mean, I would confront it in the context of
23 people that, you know, didn't go out and buy a word
24 processing -- or what I perceived to be people that
25 didn't out and buy a word processing program and used,

Page 55

1  you know, whatever the standard Windows data processing,
2  word processing type program was.
3      But as a practical matter, I never really got
4  into Word and never really had to use Word until, I'd
5  say, within the last couple years.
6    Q. And --
7    A. More law firms are going -- you know, they send
8  me documents and stuff in Word now. Seems to be --
9  certainly more in the last two years than I ever had
10 before. So I've been forced to use it.
11   Q. I know you say you're not as familiar with
12 extensions as you might be with files themselves. But
13 do you ever see an extension wpd?
14   A. wpd?
15   Q. Yes.
16   A. That's, I think, associated with the
17 WordPerfect.
18   Q. And did you see that before you bought the
19 SimpleSave?
20   A. Did I see wpd?
21   Q. Extension?
22     MR. BARNHORST: Where?
23     THE WITNESS: Where?
24 BY MR. HENNING:
25   Q. Anywhere.

Page 56

1    A. I probably saw it, you know, in terms of using
2  WordPerfect. I mean, in terms of when you go hit "save"
3  and "save as," and that kind of stuff, and you get a
4  big, long, drop-down menu. I mean, I think probably --
5  but I don't know necessarily that it was the wpd that
6  got my eye or it was the fact that there was a little
7  icon, you know, as a WordPerfect file.
8    Q. Did you ever see an extension wpf?
9    A. I don't think so.
10   Q. Do you have any idea what that is?
11   A. Not offhand.
12   Q. Do you know whether you had any files with an
13 extension wpf?
14   A. I wouldn't know. I don't recognize that.
15   Q. For any SimpleSave you've ever used or had,
16 Mr. Waller, did you ever pay any money to HP?
17   A. I would think I paid HP when I purchased -- in
18 some regard I paid HP when I purchased the SimpleSave at
19 Costco.
20   Q. What makes you say that?
21   A. An HP drive, I'm assuming, for 79.99, they're
22 getting some part of that.
23   Q. Okay. But you --
24   A. I'm sure it's not a charity.
25   Q. But you didn't pay --



ROBERT A. WALLER, JR.
WALLER vs. HEWLETT-PACKARD CO.

November 08, 2012
57–60

Page 57

1    A. Although these days they're in kind of tough
2  financial shape, but --
3    Q. But you didn't pay any money to HP, is the
4  question.
5    A. Did I pay directly to HP?  No.
6      (Exhibit 3 marked)
7      MR. HENNING:  What number are we on, please?
8      THE REPORTER:  3.
9      THE WITNESS:  3.
10  BY MR. HENNING:
11    Q. Mr. Waller, I'm giving you a document marked as
12  Exhibit 3.  Do you see that?
13    A. I see it.
14    Q. It's not the longest document in the world, but
15  there's some pages to it.  I want to ask you if you've
16  ever seen this before.  Take as much time as you'd like
17  to look at it.
18      MR. BARNHORST:  Hold on.
19      THE WITNESS:  I don't think I've ever seen
20  this.
21      MR. BARNHORST:  Kris, can you set the table for
22  us; what this is?
23      MR. HENNING:  Yeah.
24      THE WITNESS:  I don't see any Bates numbers on
25  there either.  Has this been produced?

Page 58

1      MR. HENNING:  I believe it has been, but --
2      MR. BARNHORST:  I mean --
3      THE WITNESS:  Well, the only documents we've
4  received in the case from the defendants, including
5  Hewlett-Packard's, have been Bates numbered.  And we
6  Bates ours, so I don't know where this came from.
7  BY MR. HENNING:
8    Q. The Exhibit 3 is a -- looks like 11-page
9  document -- actually, it's more than that.  It is a
10  multipage document.  The first page is titled, "HP
11  SimpleSave Backup Software User Manual."  And in the
12  center of the page, "Backup software."
13      MR. BARNHORST:  Can you represent the date of
14  this document?
15      MR. HENNING:  No, I can't.
16      MR. BARNHORST:  Okay.  Then I would object on
17  relevance grounds.
18      MR. HENNING:  Okay.
19  BY MR. HENNING:
20    Q. Have you ever seen anything you understood to
21  be a user guide?
22    A. No.
23    Q. Or a user manual for the 320 SimpleSave you
24  brought on March 27th?
25    A. No.

Page 59

1    Q. So you've never seen this document before?
2    A. I don't recall seeing it.
3      I can assure you I didn't see anything like
4  this prior to my computer crashing.
5      Whether or not -- yeah.
6      MR. BARNHORST:  You've answered the question.
7  BY MR. HENNING:
8    Q. Have you ever been on HP's web site to look for
9  information about the SimpleSave?
10    A. Before or after my crash?
11    Q. At any time?
12    A. Yes.
13    Q. How about before?
14    A. No.
15    Q. How about before the purchase?
16    A. No.
17    Q. So only after the crash; is that right?
18    A. I believe that to be correct.
19    Q. Can you ballpark it how soon after the crash
20  you went to HP's web site?
21    A. You know, I don't even know necessarily that I
22  went to HP's web site, per se.  I may have found my way
23  surreptimely, or some fashion through various Google
24  searches, and ended up on a forum, use blog or whatever.
25  So I don't know if those are HP-based, or what have you.

Page 60

1  But I think at some point I ended up on a forum web
2  site, either monitored, or whatever, by HP.
3    Q. Was that because you were investigating the
4  matter after your crash?  Why was that?
5    A. Yeah, yeah.  I was trying to figure out what
6  the heck happened.
7    Q. And tell me what you did.  Sounds like you
8  Googled something?
9    A. Yeah.  Probably Googled "SimpleSave not backing
10  up WordPerfect files," or something along those lines.
11    Q. Okay.  I think you said you remember coming to
12  some HP forum; is that right?
13    A. That's my recollection, that it was a forum
14  site, and then there may have been HP in the --
15  somewhere on there.
16    Q. Did you ever land anywhere else, any non-HP
17  forum sites that you looked at?
18    A. Not that I can think of.
19    Q. Mr. Waller, sitting here today, can you tell me
20  your understanding of how the device you bought in March
21  2010 worked?
22      MR. BARNHORST:  May call --
23      THE WITNESS:  I don't know what you mean.
24  BY MR. HENNING:
25    Q. Do you know how the thing worked, what it


ESQUIRE
SOLUTIONS

Exhibit A
Page 7

ROBERT A. WALLER, JR.
WALLER vs. HEWLETT-PACKARD CO.

Page 61

1  backed up?  What it didn't work -- what it didn't back
2  up?
3      A.  My understanding from pleadings filed in the
4  case, that the drive is pre-configured with a list of
5  file extensions, and that it -- when you plug it in, it
6  backs up only the stuff that HP listed in their file
7  extensions.
8      Q.  Is that also information you would have learned
9  from these Google searches?
10     A.  I have no idea.
11     Q.  Do you remember when you first figured that
12  out?
13     A.  When I read the pleadings -- I want to say when
14  I read the pleadings -- well, there may have been a
15  reference after -- I may have come across something
16  after the crash via the Internet.  But it was -- really
17  came to light for me in the pleadings filed in relation
18  to, I think, the motion to dismiss.
19     Q.  Okay.
20     A.  By Hewlett-Packard.  Actually, I think you guys
21  said that.
22     Q.  When -- at any time you've used the 320, we've
23  been talking about so far, you plug it into computer.
24  Is your computer on the Internet at the time?
25     A.  I want to say -- well, there was a time when I

Page 62

1  purchased it -- I'm trying to think back.  When I
2  purchased the drive, we did not have -- we were not
3  wireless.  So, you know, if I was plugged in through the
4  blue cord, then it would have been -- then that would
5  have been an Internet connection, to my understanding.
6  Since we -- I don't know when we actually got the
7  wireless.
8      Q.  You're talking about at your office now?
9      A.  Yeah.  So I mean -- yes and no, I guess is the
10  answer.  I guess it depends on where I was.
11         Like if I'm at court, and I plug it in, I don't
12  think they had wireless.  The answer would be no, I
13  don't think I was on the Internet at that point.
14     Q.  Fair enough.  It sounds at least sometimes you
15  used it when your computer would have been connected to
16  the Internet; is that fair?
17     A.  I would think so, yeah.
18     Q.  But maybe not all the time?
19     A.  Sure.
20     Q.  It may have not be the case that every time you
21  plugged it in your computer was connected to the
22  Internet?
23     A.  I think that's fair.
24     Q.  Are you able to -- is that -- I mean, is there
25  any period of time where it would have been more likely

Page 63

1  that you connected to the Internet, or less likely you
2  connected to in the Internet?  Or throughout the period
3  of time that you had that computer, it's about the same?
4      A.  I couldn't answer the question.  I can't -- I
5  don't know.
6      Q.  How about after the crash, did you ever use the
7  device plugged into a computer that's connected to the
8  Internet?
9      A.  Again, I would say probably.  I don't recall
10  specifically.
11     Q.  Do you ever recall ever seeing on the screen
12  when you plug it in anything about an update?
13     A.  No.  Prior to the crash?
14     Q.  At any time.  Either before or after the crash?
15     A.  Not that comes to mind.
16         (Exhibit 4 marked)
17  BY MR. HENNING:
18     Q.  Mr. Waller, do you have Exhibit 4 in front of
19  you?
20     A.  Correct.
21     Q.  Exhibit 4 is a single page, double-sided
22  document, Bates number RAW 24 and 25.
23         Do you recognize this?
24     A.  Not specifically, but I recognize the
25  information on there.

Page 64

1      Q.  Okay.  I take it this is a receipt for the
2  purchase two more SimpleSave devices; is that right?
3      A.  Correct.
4      Q.  And it looks like that purchase was made
5  May 22nd, 2010; is that right?
6      A.  Correct.
7      Q.  Did you make these purchases?
8      A.  I did.
9      Q.  Were you by yourself at this time?
10     A.  Probably.
11     Q.  And it looks like -- if you look at the first
12  page of Exhibit 4, it looks like at the bottom --
13     A.  Is there a second page?
14     Q.  Double sided?
15     A.  Oh, that's okay.  The back side of Exhibit 4, I
16  recognize that.
17     Q.  Okay.  You were looking at page 25, Bates
18  Number 25?
19     A.  Yes.
20     Q.  Sorry.  Let's start at 24.
21     A.  Sure.
22     Q.  Do you recognize that side?
23     A.  Not really.
24         Oh, 24, sorry.  24, yes, that's the actual
25  physical receipt.  I recognize that.



ROBERT A. WALLER, JR.
WALLER vs. HEWLETT-PACKARD CO.

November 08, 2012
65-68

Page 65

1  Q. And two HP SimpleSaves bought on this day.
2  A. Yes.
3  Q. And "this day," I mean May 22, 2010?
4  A. That's what it shows.
5  Q. Did you buy these?
6  A. Yes.
7  Q. It looks like you paid with a check this time?
8  A. Correct.
9  Q. Were you by yourself this time?
10 A. I believe I was.
11    And now it makes me think we did actually pay
12 cash for that originally. But be that as it may, on
13 Exhibit 2.
14    Sorry. Go ahead.
15 Q. Okay. Why did you buy these two more?
16 A. Because I wanted to see and preserve the
17 representations on the packaging.
18 Q. Did you buy these to actually use them?
19 A. No.
20 Q. Did you ever actually use these two?
21 A. No.
22 Q. Do you still have the packaging for these two?
23 A. Yes.
24 Q. Why did you want to preserve the packaging?
25 A. First, because I wanted to see if the

Page 66

1  representations on the packaging were the same between
2  the two different drives, the 1 terabyte and the 320.
3  And it was close enough in time to the original purchase
4  a month or so, or two months before. I wanted to get
5  the packaging because I had disposed of the original
6  packaging.
7  Q. And this is post crash; right?
8  A. Correct.
9  Q. And when you bought those, had you already
10 learned that the device didn't automatically back up
11 your WordPerfect files?
12 A. Yes. Let me rephrase that. I believe so.
13 Q. You say you wanted to see if the packaging was
14 the same. I take it you mean between the 320 and the 1
15 terabyte?
16 A. Yeah. The representations on the packaging,
17 what it promised to do, and that kind of business. I
18 wanted to just secure those. Because I had disposed of
19 originally packaging for the 320 that I bought. And I
20 found the 320 to be the same as I recalled when I --
21 from the original purpose.
22    So I got one, a 320, left it. It's still in
23 its original purchasing. And then the 1 terabyte has
24 essentially the same representations, so I bought one of
25 those too.

Page 67

1  Q. And that's still in the packaging?
2  A. Correct. Unopened.
3  MR. BARNHORST: One second.
4  MR. HENNING: Sure. I don't have my watch on.
5  What time? It's probably time for a break anyway.
6  THE WITNESS: Yeah, we've been going a little
7  more than an hour.
8  MR. HENNING: Take five minutes break anyway.
9  THE VIDEOGRAPHER: Going off the record. The
10 time is 9:46 a.m. And this marks the end of Media
11 Number 1.
12    (Recess)
13 THE VIDEOGRAPHER: Going back on the record.
14 The time is 9:56 a.m. And this marks the beginning of
15 Media Number 2.
16 BY MR. HENNING:
17 Q. Mr. Waller, why is it that you wanted to see
18 whether the packaging for the 320 was the same as the
19 1 terabyte?
20 A. Just to see what the -- what the
21 representations were, if there was a difference between
22 what it promised to do between the 320 and the 1
23 terabyte.
24 Q. Were you buying these two with an eye towards
25 litigation?

Page 68

1  A. Maybe. I mean, I think -- yeah, I would say
2  probably, because in large part I also wanted to -- not
3  just preserve them in the packaging, but preserve them
4  in the condition without any updates and, you know, in
5  the original condition that mine was in when I purchased
6  it. And I thought they were close enough in time, a
7  couple months apart, out of the same store, that, you
8  know, if you wanted to open it today, two and a half
9  years later, you would have a representative,
10 out-of-the-box version of what I bought.
11 Q. Before this purchase, May 22nd, am I right,
12 though, you hadn't seen any updates pop up on the
13 screen?
14 A. Updates pop up on the screen when I had plugged
15 the other one in?
16 Q. Yes.
17 A. I don't recall any.
18 Q. Did you at least think that was a possibility?
19 It sounded like you were --
20 A. What?
21 Q. -- thinking about buying these so that they
22 were as is without any updates. Does that mean you at
23 least considered the possibility of updates?
24 A. I don't necessarily know that it was updates so
25 much as it was without -- you know, without data,



ROBERT A. WALLER, JR.
WALLER vs. HEWLETT-PACKARD CO.

November 08, 2012
69-72

Page 69

1  without -- I don't know how the drive works. I mean,
2  I'm -- don't know the internal workings; I don't know
3  programming; I don't know any of that stuff. So I think
4  my thought process was, I had used the one that I bought
5  in March, and I wanted to not only get packaging
6  information because that's what I relied on to buy the
7  device, I wanted to have a device that was fresh out of
8  the box, just in case whatever happened, happened.
9     Q.  But you weren't buying these two to actually
10  use them, it sounds like?
11    A.  I think that's accurate, yeah.  I mean, I
12  suppose I could.  I paid for them.  I could probably use
13  them.  I have not.  Although, the 1 terabyte one might
14  come in handy now, because my new drive is bigger than
15  320.
16    Q.  Are you suing over these two?
17    A.  Am I suing over these two?  I don't know what
18  you mean.
19    Q.  We can look at it.  The most recent complaint
20  only references the March 27, 2010 purchase, and doesn't
21  talk about these two purchases.
22    A.  I think that's accurate, in that the March 27th
23  purchase was the one that I used that did not back up
24  the files.
25    Q.  Right.  I'm sorry.

Page 70

1     A.  I also noted, I mean, just for the reference,
2  that the price went down by 10 bucks.  So I thought that
3  was -- I don't know why that is, but I guess I paid $10
4  too much for the one that didn't work.
5     MR. BARNHORST:  At least.
6  BY MR. HENNING:
7     Q.  By the time you make this purchase in May of
8  2010, right, you know that it doesn't automatically back
9  up your WordPerfect files?
10    A.  I think that's accurate, yeah.
11       So am I -- in answer to your question, Kris, am
12  I looking to get my money back for these in the May
13  purchase?  No, I'm not asking for that.
14    MR. BARNHORST:  Well, maybe as an item of cost.
15    THE WITNESS:  Well, but I do -- you know,
16  perhaps maybe the difference in the 10 bucks.  Because I
17  guess if -- you know, if it's only worth 69.99 --
18    MR. BARNHORST:  But Kris, I think we all
19  understand that you can't buy yourself a lawsuit.  So
20  once he's aware that it doesn't back up the way he
21  thought it did, then he can't buy one and claim damage
22  for it.
23    THE WITNESS:  Right.
24    MR. HENNING:  Let's go to what I think is the
25  last purchase.

Page 71

1     (Exhibit 5 marked)
2     THE REPORTER:  Exhibit 5.
3  BY MR. HENNING:
4     Q.  You know what, I made a mistake.
5        Do you mind referring back to Exhibit 4,
6  please?
7     A.  Yeah, no problem.  Which side?
8     Q.  25 this time.
9     A.  Got it.
10    Q.  Bates page 25.  Do you see the member number
11  there and your name?
12    A.  I do.
13    Q.  And you can compare it, if you like, to -- I
14  think it's Exhibit 2, the first one.
15    A.  Right.
16    Q.  It looks to me like those numbers are
17  different.
18    A.  I see that.
19    Q.  Maybe the answer is, talk to your wife.  Do you
20  have any explanation for why there are two different
21  numbers for you and your wife?
22    A.  I don't know specifically.  The only thing I
23  can think is -- I don't know, each person has their own
24  number.  I don't know.  However Costco does it, I do
25  not know.

Page 72

1     Q.  All right.  Sorry.  Exhibit 5, do you have that
2  in front of you?
3     A.  I do.
4     Q.  Exhibit 5 is a one-page document, Bates Number
5  RAW 31.  Do you recognize this?
6     A.  Yes.
7     Q.  What is it?
8     A.  It's a copy of a receipt from Staples.
9     Q.  This looks like this is another 320 purchase?
10    A.  Yes.
11    Q.  Did you make this purchase?
12    A.  I did.
13    Q.  By yourself again?
14    A.  I did.
15    Q.  Why did you buy this one?
16    A.  I happened to be -- I suppose for the same
17  reasons that I purchased them in May of -- from Costco
18  in May of 2010.  I guess I wanted to see who -- what
19  other retailers -- you know, wherever HP was shipping
20  this thing.
21    Q.  Did you buy this one to actually use it?
22    A.  No.  This one's still in the packaging too.
23    Q.  And when you were buying it, did you intend to
24  use it?
25    A.  I mean, I could use it at some point.  Did I



ROBERT A. WALLER, JR.
WALLER vs. HEWLETT-PACKARD CO.

November 08, 2012
73–76

Page 73

1  intend to use it, per se? No.
2  Q. Why Staples here? It looks like you did your
3  other shopping at Costco.
4  A. This Staples, if you look at the address, 222
5  North El Camino Real, is down the street from where my
6  office is at. And it's an office supply store. So I
7  swung by there one day, and thought, "I wonder if they
8  have the SimpleSave?" And they did. And it was
9  actually now $30 cheaper than what I had paid at Costco.
10  Q. Did you buy this to be able to sue Staples?
11  A. I want to say that I didn't buy it with the
12  purpose of using it to sue Staples. But I -- when I saw
13  it in the location, it was in the same packaging, and
14  they actually had a similar type of in-store display.
15  So I don't know if that answers your question.
16  Q. Do you know the Costco return policy? I guess
17  I should say --
18  A. I want to say it's fairly liberal. But I want
19  to say it also depends on whether it's an electronic
20  item or a pair of a pants.
21  I mean, I want to say I've taken stuff back in
22  the past, like a shirt that didn't fit, or whatever.
23  But I don't know about electronic stuff.
24  Q. Did you ever think about trying to take the
25  first 320 you bought back to Costco?

Page 74

1  A. No.
2  Q. Did you ever call HP to complain about the 320?
3  A. I believe we sent a letter, the CLRA letter,
4  and then we got a call from somebody in the help desk.
5  Q. Anything other -- any other contact with HP
6  about the 320 bought in March of 2010 other than the
7  CLRA letter?
8  A. Not that I recall.
9  Q. Do you remember whether you prepared the CLRA
10  letter?
11  A. I don't think I did.
12  Did we dismiss -- that claim's gone?
13  MR. BARNHORST: I think so.
14  MR. HENNING: We can go off the record.
15  (Exhibit 6 marked)
16  BY MR. HENNING:
17  Q. Exhibit 6 is a multi-page document. Bates
18  number RAW 26 through 30.
19  Mr. Waller, do you recognize Exhibit 6?
20  A. Yes.
21  Q. Tell me what these collection of pages are?
22  A. The Bates page RAW 26 is a copy of the receipt
23  for the 1335 paid to Disk Doctors.
24  The second page, RAW 27, is the -- I want to
25  say that's an e-mail, printout of an e-mail that I got

Page 75

1  about, you know, where to -- just kind of my
2  confirmation information that who I am and that Disk
3  Doctors was going to fix it. Or do what they could
4  anyway.
5  I want to say RAW 28 is another kind of
6  continuation of that, RAW 27, because it just has their
7  address on there.
8  RAW 29 is a copy of the hard drive that
9  crashed.
10  And RAW 30, I want to say that's also part of
11  the original quote from Disk Doctors that I got.
12  Q. Do you see the last page, 30?
13  A. 30, yes, sir.
14  Q. Tell me if I'm right. I take this as you
15  approving the scope of work Disk Doctors wanted to do?
16  A. That's my understanding.
17  Q. And it looks like you signed that on May 21st,
18  2010?
19  A. Okay. Looks right.
20  Q. Is that consistent with your recollection?
21  A. Yeah. I have no reason to doubt otherwise.
22  Q. That's your signature?
23  A. Yes, sir.
24  Q. Can we back into the date of the crash from
25  this? Will this help you?

Page 76

1  A. Within -- within a week.
2  Here's the receipt. Disk Doctors is June 3rd.
3  So, you know, May 21st, 2010, I don't know what day of
4  the week that is, but I would imagine it was within a
5  day or two, or within a week, anyway, of -- I want to
6  say the process of -- just kind of figuring out the
7  dates. The process was the computer crashed. I called
8  a guy that had been doing some basic computer stuff for
9  me. And said, "Hey, I got a crash. Can you retrieve my
10  data?"
11  He said, "Your hard drive is crashed. You
12  know, it's -- it's gone. I can't get anything off it."
13  And he said, "But I know of these places, you know, that
14  do whatever they do. They take the drive apart,
15  whatever they do."
16  So that all happened probably within a week.
17  Because, you know, I needed a computer and I didn't have
18  one.
19  Q. It looks like you called Disk Doctors, is it
20  fair to say, at least sometime before May 21st?
21  A. Oh, yeah.
22  Q. And do you think maybe you called them a week
23  before --
24  A. Within a week.
25  Q. -- something like that?



ROBERT A. WALLER, JR.
WALLER vs. HEWLETT-PACKARD CO.

November 08, 2012
85–88

Page 85

1   A. I did not know.
2   Q. Have you ever come to learn that?
3   A. Sure.
4   Q. When do you think you first learned that?
5   A. Probably in your folks' motion to dismiss.
6   Q. You didn't see any of that in any of the
7   Internet searching you did after the crash?
8   A. You know, there may have been some references
9   to the limited -- the limited pre-configured file
10  extensions. And there may have been some reference that
11  I saw to the complexity or difficulty in adding or
12  trying to figure out how to add additional files. I
13  guess everybody refers to them as extensions. So
14  whatever -- that there was some -- that there was some
15  mechanism to do it. I don't know that it would -- my
16  take on it wasn't the easiest thing to figure out
17  how to do, and it wasn't really all that
18  straightforward. It was a fairly -- not complicated,
19  but it was kind a tricky process to add additional file
20  types. So I -- I learned that after the crash. I
21  didn't -- that wasn't even a thought in my mind when I
22  purchased the drive.
23  Q. At any time, Mr. Waller, have you done the work
24  to add additional file types to get automatically backed
25  up?

Page 86

1   A. No.
2   Q. Do you know how to do that, sitting here today?
3   A. No.
4   Q. Jumping back again to Exhibit 8.
5   The last statement there in the series in the
6   English version. "Automatically supports most file
7   types." Do you recall reading that one particularly
8   before the purchase?
9   A. Probably.
10  Q. What, if anything, did you take away from that?
11  A. That everything that was on my computer would
12  be a file type that would be backed up. Because I
13  wasn't using any -- what I conceived to be unique, or
14  oddball, or customized files. Everything I bought was
15  commercial.
16  Q. Does that mean you thought -- you understood
17  that it might not back up every file type there ever
18  was, but that you considered yours to be common enough
19  that it would be backed up?
20  A. Oh, certainly.
21  Q. So you did understand that there might be some
22  files out there that this thing didn't automatically
23  back up?
24  A. Yeah. I mean, in -- I guess, in retrospect,
25  putting myself in the mind-set of the time, my thought

Page 87

1   process was everything -- all the software that I use is
2   commercially available. I mean, at big box retailers
3   and everywhere else.
4   Q. Sure.
5   A. In fact, I want to say that my -- when I
6   purchased my Dell, it actually -- you know, you can
7   custom order your Dell, so to speak, and I specifically
8   ordered the WordPerfect package. And I think I actually
9   paid more for that. Because I had been using it for so
10  long.
11  So fast forward to standing in Costco and
12  looking at this, I thought nothing -- I was thinking
13  about what was on my computer, and I thought -- I'm sure
14  was thinking, "Well, I guess I just use regular
15  software, so there's nothing quirky about this."
16  Q. Does that mean your take away from this was it
17  automatically backs up regular stuff?
18  A. Yeah, commercially available stuff that you
19  could buy at Staples, Dell.
20  Q. But you understood at the time of the purchase
21  there might be some file types that it didn't
22  automatically back up?
23  A. I -- yeah, I guess in the context of that. But
24  my thought process was it's going to be some weird,
25  customized program that has nothing to do with word

Page 88

1   processing and regular, you know, legal stuff.
2   Q. Fair enough. I get your distinction. And to
3   make sure we have it clear, the point was, you
4   understood there might be some file types that weren't
5   automatically backed up, but you didn't think any of
6   your file types fit that description?
7   A. Correct.
8   Q. So if you wouldn't mind looking at the first
9   page of the exhibit, Mr. Waller.
10  A. 8?
11  Q. Yes, Exhibit 8. RAW 3. Excuse me, 13.
12  A. No, 3.
13  Q. 3. I'm sorry.
14  A. Yeah.
15  Q. Anything on this page you considered to be a
16  false statement?
17  A. "Instant hands-free backup."
18  Q. Would that be true for folks who only had files
19  that were on the pre-configured list for the device?
20  A. I don't know.
21  Q. Haven't thought about that?
22  A. Not in context of your question.
23  Q. How about the second page, 4, Bates page 4.
24  A. Bates page 4. The question?
25  Q. Anything on this page you considered to be a



ROBERT A. WALLER, JR.
WALLER vs. HEWLETT-PACKARD CO.

November 08, 2012
93–96

Page 93

1   deceptive, and misleading.
2       And, "Yes, it's that easy."  Same.
3       Q.  And likewise -- it looks like we skipped 9.  I
4   can't tell you whether our copy did that or your
5   production did that.  So we'll leave 9 open.  Bates
6   Number 9.
7       Bates Number 10?
8       A.  Sure.  I think the representation, "Instant
9   hands-free backup" is misleading, deceptive and false.
10      Q.  And 16 and 17?
11      A.  16, flipping it upside down to read it right.
12  Top left-hand corner, "Just plug it in."  I think the
13  following representations are false, misleading and
14  deceptive:  Top left-hand corner, "Just plug it in."
15  Under the light bulb, where it says, "Yes, it's that
16  easy."  And the bullet points, "Automatic hands-free
17  backup."  Next bullet, "No software to install, no files
18  to select."  I think all of those are false, misleading
19  and deceptive.
20      The next one, "Frequent backup update of
21  changed files," I can't speak to that.
22      "Back up and restore multiple computers," I
23  can't speak to that either.
24      And then, "Automatically supports most file
25  types," I think that's deceptive and misleading.

Page 94

1       On the right-hand side, under "System
2   requirements, configuration --" what is that "requise"?
3       MR. BARNHORST:  That's French.
4       THE WITNESS:  No parlez francais.  There you
5   go.
6       Again, looking at the "What's inside?"  I don't
7   know what the icons, the two icons to the right of what
8   appears to be a USB plug are.
9       Moving down -- I think that's about it.
10  BY MR. HENNING:
11      Q.  And 17, I think is just statement we've already
12  seen.  But why don't you identify those?
13      A.  Yeah, sure.  No problem.  17, on the left-hand
14  side I think are false, misleading, and deceptive.  The
15  representation, "Just plug it in" on the left-hand side.
16  Under the light bulb again, "Yes, it's that easy."
17      The same representations down underneath that
18  horizontal line.  "Automatic, hands-free backup.  No
19  software to install, no files to select."  I think those
20  are false, deceptive, and misleading.
21      "Frequent backup updated --" excuse me.
22  "Frequent backup update of changed files."  I can't
23  speak to that.
24      Back up and restore multiple computers."  I
25  can't speak to that.

Page 95

1       "Automatically supports most file types."  I
2   think that's deceptive and misleading.
3       The rest of it's in a different language.
4       On the right-hand side, near the Windows logos,
5   I don't see -- I mean, I don't know about icons, or
6   whatever you call those again, next to the USB.  But I
7   think that's it.
8       Q.  Mr. Waller, the 1 terabyte you bought in May of
9   2010, was that in a similar packaging to the 320 that
10  you bought in March?
11      A.  No.  The terabyte came in a box as opposed to
12  that big cardboard cellophane covered one.  Excuse me.
13      Q.  When you bought the terabyte, you expected that
14  it didn't automatically back up your WordPerfect files;
15  is that fair?
16      A.  I would say probably.  I mean, given that I've
17  never used it, I can't say specifically.  But I think I
18  was purchasing the 1 terabyte more for the information
19  the representations on all the SimpleSave versions.
20      Q.  You expected that the 1 terabyte worked the
21  same way as the 320 when you bought it in May?
22      A.  I would think so.
23      (Exhibit 9 marked)
24  BY MR. HENNING:
25      Q.  Mr. Waller, do you recognize Exhibit 9?

Page 96

1       A.  Sure.  Yes.
2       Q.  Is this the second amended complaint in the
3   case?
4       A.  That's what it says.
5       Q.  Did you prepare this?
6       A.  No, I don't believe I did.
7       Q.  Are you able to tell whether you prepared any
8   part of it?
9       A.  I don't believe I did.
10      Q.  Would you mind flipping to paragraph 3, please?
11      A.  Paragraph 3?  Certainly.
12      Q.  You're free to look at as much of paragraph 3
13  as you like.  I'd like to ask you about the third
14  sentence, though.
15      A.  Which line?
16      Q.  Line 19.  Starts on line 19.
17      A.  Okay.
18      MR. BARNHORST:  "There is a button"?
19  BY MR. HENNING:
20      Q.  Yes.  There -- it's short.  I'll read it.
21      "There is a button on the screen that says, 'my
22  options' but there are no instructions or guidance given
23  to the consumer other than the system is to perform an
24  'instant hands-free backup," end quote.
25      Did you ever see that "my options" button on



Exhibit A
Page 13

ROBERT A. WALLER, JR.
WALLER vs. HEWLETT-PACKARD CO.

November 08, 2012
101--104

Page 101

1    A. No.
2       Well, and I don't be want to get technical with
3    you, but --
4    Q. They're client files?
5    A. They're client files, yes.
6    Q. Fair enough.
7       Do you mind jumping ahead to paragraph 57.
8       I'm sorry, that's not right. 58.
9    A. Okay.
10   Q. And that relies on Exhibit 7, which is the CLRA
11   letter we've talked about earlier.
12      Do you mind jumping to the exhibit, Mr. Waller,
13   the CLRA letter?
14   A. Which one is it?
15   Q. I think it's 7.
16      MR. BARNHORST: Tom's letter. About three
17   pages from the end.
18      THE WITNESS: Okay.
19   BY MR. HENNING:
20   Q. Have you seen this letter before today?
21   A. Probably.
22   Q. Do you recall seeing any response from HP to
23   the letter?
24   A. Not written. But I recall there was a call to
25   the office, to Mr. Feerick's office -- which, as

Page 102

1    everybody knows, he's in the same office suite as I am.
2    And there was a call from somebody at the help desk or
3    something from HP. That was the only response that I
4    recall.
5    Q. Mr. Waller, would you mind looking at the last
6    sentence of the letter, please?
7    A. Okay. The "Demand is hereby made"?
8    Q. Yeah, that one.
9    A. Correct.
10   Q. Do you have any understanding, what's the
11   correction or repair that you envisioned?
12   A. I --
13      MR. BARNHORST: Well, hold on. Hold on. Wait.
14      He's testified that he didn't write this
15   letter, so it's not his demand. It's his counsel's
16   demand. I understand that he's representing,
17   Mr. Feerick, at the time that he writes this. But
18   you're asking what Mr. Waller's intention was, but he
19   didn't write this letter.
20   BY MR. HENNING:
21   Q. And you understood this was written on your
22   behalf; right?
23   A. Sure.
24   Q. All right. And do you have any understanding
25   of what the correction or repair that's referenced here?

Page 103

1    A. I think there's a two-part answer to that.
2       Part one is that I want to say technical
3    compliance with the CLRA requires that you make such a
4    request.
5       And secondarily, I think as a practical matter,
6    we didn't know what HP could or could not do to cure the
7    problem. So it was -- in that sense, it was sort of
8    pitching it and tossing the ball into HP's court about,
9    "Hey, what do you guys want to do? Here's the problem
10   with the drive. What are you going to do?"
11   Q. Mr. Waller, would an update that makes the 320
12   that you bought in March of 2010 automatically back up
13   all file types solve the problem here?
14   A. Not for me.
15   Q. Why is that?
16   A. Because I had already lost my data.
17   Q. Any other reason it wouldn't?
18   A. At the time? I suppose -- I suppose for people
19   that hadn't already suffered some loss, that would cure
20   the problem.
21   Q. Losses --
22   A. I can't speak to, you know, somebody who's out
23   there that doesn't know they've lost their data so -- or
24   that I should say, who doesn't know that their data has
25   not been backed up. So I can't speak necessarily to

Page 104

1    them, so.
2       But would it -- would it have the fixed the
3    problem that I experienced, I can't -- maybe. I would
4    think so. I can't say for sure, because obviously the
5    bell had rung.
6    Q. If the thing were you updated to automatically
7    back up all file types, that would comport with your
8    expectation at the time you bought it; is that right?
9    A. Yes.
10   Q. Mr. Waller, if the packaging of the 320 you
11   bought in March of '010 had said, "This doesn't
12   automatically back up WordPerfect files, there's some
13   other stuff you have to do to do that," would you still
14   have bought it?
15   A. Probably not.
16   Q. Why is that?
17   A. I want to say because it was a little bit more
18   expensive than the Seagate. So if I was going to have
19   to just operate it by clicking and dragging or, you
20   know, doing anything more than just plugging it in, I
21   probably would have bought the Seagate because it was
22   cheaper.
23   Q. Do you remember the price difference?
24   A. I want to say it was 20 bucks. No more than
25   that.



ROBERT A. WALLER, JR.
WALLER vs. HEWLETT-PACKARD CO.

November 08, 2012
109–112

Page 109

1   is that it didn't back up the WordPerfect files?
2        A. That's fair.
3        Q. Did you suffer any harm as a result of the
4   Timeslips omission? Let's assume for the moment it
5   wasn't backed up. Did that do anything to hurt you?
6        A. You know, I want to say yeah. I want to say
7   yes in the context that I -- I mean, there may be a gap
8   in terms of my -- my time and billing entries between
9   the last -- you know, the last data that I had, the last
10  backup that I had on -- on my hard drive in that time
11  frame between then and what would have been on the
12  SimpleSave had it backed up, and then by the time I got
13  the data back from Disk Doctors and was able to
14  re-import it.
15       Q. Okay.
16       A. So. But you're right, I mean, the primary
17  issue for me and the primary concern for me was the
18  WordPerfect files, for sure.
19       Q. Mr. Waller, would you have been okay with a
20  disclosure inside the packaging that said, "This thing
21  doesn't automatically back up WordPerfect files"?
22       A. If there had been some packaging and some
23  information to that effect, would I have been okay with
24  that?
25       Q. Yes.

Page 110

1        A. Well, to the --
2            MR. BARNHORST: Objection. Incomplete
3   hypothetical.
4            But go ahead.
5            THE WITNESS: To the extent that it would have
6   been inside the packaging, and I would have -- I would
7   have purchased the drive at that point, hypothetically
8   speaking, I probably would have been a little miffed
9   thinking that I had to take time to configure this thing
10  when that was the reason I purchased it, so I wouldn't
11  have to configure anything.
12           To the extent that I would have been advised,
13  you know, that I needed to do something to do it, would
14  that have allayed my miffness? I -- yeah, maybe. I
15  don't know.
16  BY MR. HENNING:
17       Q. I guess a better question is, would you have
18  sued if you opened the thing up and some notice said to
19  you, "Hey, this doesn't automatically back up
20  WordPerfect files; you have to do something else to
21  catch this"?
22           MR. BARNHORST: Same objection.
23           THE WITNESS: In your hypothetical, to the
24  extent that information was readily available to me
25  before I used the device, I still would have been

Page 111

1   miffed. I probably wouldn't have sued, because I want
2   to think that I would have been notified that that's a
3   file type that's not being backed up.
4   BY MR. HENNING:
5        Q. Would you mind jumping ahead to
6   Interrogatory 17, please?
7        A. Okay.
8        Q. That's the computer that crashed; right?
9        A. Yeah, the Dell, correct.
10       Q. The first text says -- it starts, "This is the
11  only computer."
12       A. Line 13?
13       Q. Line 13. You all out here talk in terms of
14  lines all the time, and I'm just getting used to that.
15           "This is the only computer." Take a second to
16  read that. I need some clarification. What do you mean
17  there, the distinction between the two uses?
18       A. The distinction between the two uses is the
19  Dell, when I plugged it into the Dell, I used it as the
20  package represented, as hands-free, automatically
21  backing stuff up. So I plugged it in. I didn't do
22  anything else.
23           The next, about using it "solely as an external
24  storage device," like I had commented and testified
25  earlier, I used it in a trial in April -- or excuse me,

Page 112

1   in May of last year. I used it as though it was just
2   regular backup drive, to where I would click and drag
3   video files, or store video files onto the drive itself.
4        Q. Okay.
5        A. And didn't -- did not use it as an automatic,
6   hands-free, letting it do its thing.
7        Q. Wasn't meant to back up files in that instance?
8        A. I'm sorry?
9        Q. In the second instance you're talking about,
10  your use for the trial, it wasn't meant to actually back
11  up files?
12       A. Correct. I mean, in the context -- in the
13  context of using it specifically to back up.
14           I mean, I think I might have at some point,
15  after I realized that it wasn't going to back up stuff
16  automatically, I think at one point I may have just
17  clicked on, you know, my client folder and dragged it
18  into the SimpleSave drive --
19       Q. Okay.
20       A. -- manually, you know. And then it -- then
21  it -- it backed it up in the context of copied, you
22  know, the files that I was clicking and dragging over
23  there. But I never used it and allowed it to just run
24  its course as it -- as it did.
25       Q. The device you bought in March of 2010, you've



Exhibit A
Page 15

# EXHIBIT B

1  Brian A. Barnhorst  SBN 130292
   THE LAW OFFICE OF BRIAN A. BARNHORST
2  P. O. Box 17630
   San Diego, CA  92177
3  (619) 379-7405
   babarnhorst@gmail.com
4  Attorneys for Plaintiff, ROBERT A. WALLER, JR.,
   individually and on behalf of all others similarly situated
5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

10

11  ROBERT A. WALLER, JR., an individual, for   Case No:  11CV0454 LAB RBB
    himself and all others similarly situated,
12                                              *REVISED* RESPONSE OF PLAINTIFF,
              Plaintiff,                        ROBERT A. WALLER, JR., TO
13                                              DEFENDANT'S FIRST SET OF
       vs.                                      INTERROGATORIES
14
    HEWLETT-PACKARD COMPANY, a
15  Delaware corporation; and DOES 1 through
    100, inclusive,
16
              Defendants.
17

18

19  PROPOUNDING PARTY:  Defendant HEWLETT-PACKARD COMPANY

20  RESPONDING PARTY:    Plaintiff ROBERT A. WALLER, JR.

21  SET NUMBER:              ONE (1)

22        Plaintiff objects, generally, to these interrogatories on the ground that, including

23  subparts, they exceed 25 in number in violation of FRCP 33(a)(1).  Without waiving said

24  objection, Plaintiff provides the following responses.

25  / / / / /

26  / / / / /

27  / / / / /

28  / / / / /

                    RESPONSE OF PLAINTIFF, ROBERT A. WALLER, JR.,
                 TO DEFENDANT'S INTERROGATORIES, SET ONE—PAGE 1

**Interrogatory No. 1:**

Identify the name, model number, serial number and current physical location of YOUR HP SIMPLESAVE and any other HP SIMPLESAVE YOU bought or used.

**RESPONSE TO INTERROGATORY NO. 1:**

| | | | |
|---|---|---|---|
| 1. | Name: | HP SimpleSave |
| | Model No.: | hp sd320a |
| | Serial No.: | WX60EA9FE500 |
| 2. | Name: | HP SimpleSave |
| | Model No.: | hp sd320a |
| | Serial No.: | WX60EA9JC857 |
| 3. | Name: | HP SimpleSave |
| | Model No.: | hp md1000h |
| | Serial No.: | WCAV58140035 |
| 4. | Name: | HP SimpleSave |
| | Model No.: | hp sd320a |
| | Serial No.: | WXK1A50C0210 |

All are currently in the possession of Plaintiff.

**Interrogatory No. 2:**

For YOUR HP SIMPLESAVE and any other HP SIMPLESAVE identified in response to Interrogatory No. 1, identify the name of the store, retailer, distributor, supplier, on-line website or place where it was purchased, the date of purchase, the PERSON who made such purchase, all PERSONS present for such purchase, and the purchase price.

**RESPONSE TO INTERROGATORY NO. 2:**

Plaintiff objects to this interrogatory in that the phrase "the PERSON who made such purchase" is vague and ambiguous. Without waiving this objection, Plaintiff responds as follows:

/ / / / /

1    1.    Costco Wholesale, 951 Palomar Airport Road, Carlsbad, California 92009;

2  3/27/2010. The decision to purchase the SimpleSave was made by Plaintiff; the Costco

3  membership is a family membership with Plaintiff's name as the primary member and that of

4  Plaintiff's wife, Karen, as the "family member"; Karen paid for the SimpleSave with her

5  AmericanExpress credit card.  The purchase price was $79.99, plus sales tax.

6    2.    Costco Wholesale, 951 Palomar Airport Road, Carlsbad, California 92009;

7  5/22/2010.  Purchase was made by Plaintiff; purchase price was $69.97, plus sales tax.

8    3.    Costco Wholesale, 951 Palomar Airport Road, Carlsbad, California 92009;

9  5/22/2010.  Purchase was made by Plaintiff; purchase price was $99.99, plus sales tax.

10    4.    Staples, 222 N. El Camino Real, Encinitas, California 92024; 9/21/2010.

11  Purchase was made by Plaintiff; purchase price was $49.99, plus sales tax.

12

13  **Interrogatory No. 3:**

14    Identify any modification, addition, deletion, repair or change, whether to the hardware

15  or software, YOU or anyone acting on YOUR behalf made to YOUR HP SIMPLESAVE.

16  **RESPONSE TO INTERROGATORY NO. 3:**

17    None.

18

19  **Interrogatory No. 4:**

20    Please identify every PERSON with knowledge regarding YOUR purchase or use of

21  YOUR HP SIMPLESAVE and, for each such PERSON, describe his/her knowledge.

22  **RESPONSE TO INTERROGATORY NO. 4:**

23    Plaintiff objects to this interrogatory on the ground that it is impermissibly vague and

24  ambiguous, and overly broad as phrased.  Plaintiff further objects that this interrogatory calls

25  for Plaintiff to speculate as to what knowledge is possessed by another person, and seeks to

26  invade the protections afforded by the marital privilege, the attorney-client privilege, and the

27  work-product doctrine.  Without waiving these objections, Plaintiff responds as follows: Karen

28  M. Waller is believed to have personal knowledge regarding the purchase of the HP

1   **Interrogatory No. 22:**

2       If YOU contend that HP failed to disclose any information, then identify (1) the specific

3   information YOU contend HP failed to disclose; (2) the precise disclosure that YOU contend

4   HP should have made, and (3) when, where and in what manner HP should have made any

5   such disclosure(s).

6   ***REVISED*** **RESPONSE TO INTERROGATORY NO. 22:**

7       HP failed to disclose, among other things, that the SimpleSave device is pre-configured

8   with only a certain, limited list of file "extensions" that are automatically backed up, and that, if

9   the consumer or user wants file extensions backed up that are not part of the pre-configured

10  list of file extensions, he or she cannot operate the device "hands free" nor simply "just plug it

11  in" and receive "instant hands free back up." HP further failed to disclose that the consumer is

12  required to modify the SimpleSave device and program it to back up file extensions that have

13  not been pre-configured by HP, or to hand-select the particular files to be backed up and thus

14  the consumer does not receive the benefits of the representation that there are "no files to

15  select." Moreover, nothing on the SimpleSave packaging alerts the consumer to the particular

16  type, program, or kind of file "extensions" that are pre-configured by Defendants to be

17  automatically backed up, hands free, after the consumer just plugs it, and there are no

18  package inserts or instructions or user manual that would disclose such information. In

19  particular, HP failed to disclose that the SimpleSave device was not pre-configured to back up

20  WordPerfect files, among others. HP should have disclosed the particular file types that would

21  be automatically backed up and those that would not be automatically backed up; as to the

22  latter, HP should also have disclosed what steps the user would need to take in order to back

23  them up. Given the widespread usage of Corel WordPerfect, a specific reference to the fact

24  that WordPerfect files would not automatically be backed up would not have been

25  unreasonable.

26      What HP failed to disclose, and what it should have disclosed, are, to a significant

27  degree, dependent upon what HP knew or should have known. Since plaintiff does not know

28  what HP knew or should have known, it is not possible for him to respond more fully to this

1  interrogatory; since plaintiff does not know what HP knew, he cannot say what HP knew and

2  failed to disclose, or what it should have disclosed.  As to the manner of disclosure, it is not

3  plaintiff's place or obligation to tell HP what the relevant law is or, for that matter, how to

4  operate its business.  HP should have made the appropriate disclosures in a manner

5  reasonably calculated to convey such information to all purchasers and users of the device;

6  such disclosures, at a minimum, should have been made either on the package or in enclosed

7  written materials, or both.  Plaintiff is not aware of any other media (such as advertisements or

8  its website) via which HP sought to convey information regarding the SimpleSave; if it actually

9  employed other media, then HP should have made similar disclosures there as well.

10  Date: October 31, 2012                    The Law Office of Brian A. Barnhorst

11                                            /S/ *Brian A. Barnhorst*
                                             Attorneys for Plaintiff, ROBERT A. WALLER,
12                                            JR., individually and on behalf of all others
13                                            similarly situated

14

15

16                              **VERIFICATION**

17  I, Robert A. Waller, Jr., declare:

18       I am the Plaintiff herein.  I have read the foregoing RESPONSE OF PLAINTIFF,

19  ROBERT A. WALLER, JR., TO DEFENDANT'S FIRST SET OF INTERROGATORIES and

20  know the contents thereof; the same are true of my own personal knowledge, except as to

21  those matters which are alleged on information and belief, and, as to those matters, I believe

22  them to be true.

23       I declare under the penalty of perjury under the laws of the State of California that the

24  foregoing is true and correct, and that this Verification was executed on July _____, 2012, at

25  _____, _____ County, California.

26                                            _____

27                                            ROBERT A. WALLER, JR.

28

1
UNITED STATES DISTRICT COURT

2
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

3

4
ROBERT A. WALLER, JR., et al., Plaintiffs vs. HEWLETT-PACKARD COMPANY, et al., Defendant(s).

5
CASE NO.  11-CV-0454 LAB (RBB)

6
VERIFICATION

7
[XX]    I, ROBERT A. WALLER, JR., am the plaintiff in the above captioned action.  I certify and

8
declare under penalty of perjury that **PLAINTIFF ROBERT A. WALLER, JR.'S**

9
**SUPPLEMENTAL RESPONSES AND OBJECTIONS TO DEFENDANT HEWLETT-**

10
**PACKARD'S SPECIAL INTERROGATORIES SET ONE** are true of my own knowledge and

11
belief except as to those matters stated on information and belief, and as to those matters I

12
believe them to be true.  I declare under penalty of perjury under the laws of the State of

13
California that the foregoing is true and correct.

14
Executed this date November 7, 2012, at Encinitas, California.

15

16

17
DECLARANT

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT C



Join Prime

Your Amazon.com   Today's Deals   Gift Cards   Help

Shop by Department    Search  Electronics                    Go    Hello. Sign in    Join    0    Wish
                                                                  Your Account   Prime   Cart   List

All Electronics   Brands   Best Sellers   Audio & Home Theater   Camera & Photo   Car Electronics & GPS   Cell Phones & Accessories   Computers   MP3 Players   TV & Video   Deals

Trade-in

### HP SimpleSave 320 GB USB 2.0 Portable External Hard Drive HPBAAC3200ABK-NHSN (Gloss Black)
by HP

(46 customer reviews) |        (2)

**Currently unavailable.**
We don't know when or if this item will be back in stock.

**Sell Us Your Item**
For up to a $0.50 Gift Card
Trade in
Learn more

Have one to sell?

Share

Click for larger image and other views

Share your own related images

## Customers Viewing This Page May Be Interested in These Sponsored Links  (what's this?)

**HP Accessories at HSN**  -  For $159.90 Backup your Computer w/ an **HP SimpleSave Hard Drive** at HSN.   www.hsn.com/

**USB Drive - Quill**  -  Store Files with a Flash **Drive**. Many Sizes, Colors & Features!   www.quill.com/Flash-**Drives**

**DesignCon, Jan 28-31**  -  Get Hands On Engineering Experience Meet Hundreds Of Fellow Engineers   www.designcon.com/santaciara/

See a problem with these advertisements? Let us know

## Product Features
- Compact, stylish design fits neatly into into your pocket or purse
- The fast and easy way to add high-speed storage to your PC
- Premium HP quality and reliability
- Easy to use HP SimpleSave automatic backup software
- NTFS file system optimized for PC

## Customers Who Viewed This Item Also Viewed                              Page 1 of 6





Toshiba 320GB Toshiba Canvio Basics 3.0 Portable Hard Drive in Black (HDTB103XK3AA)
(344)
$49.99

HP SimpleSave 500 GB USB 2.0 Portable External Hard Drive HPBAAC5000ABK-NHSN ...
(46)

HP Desktop 1 TB USB 3.0/2.0 External Hard Drive
(36)

HP Desktop 2 TB USB 3.0/2.0 External Hard Drive
(36)

HP external USB DVD/Drive DVDRW DVD-ROM VV627AA#ABB
(3)
$83.99

## Technical Details

**Brand Name:** HP
**Model:** HPBAAC3200ABK-NHSN
**Hard Disk Size:** 320 GB
**Warranty:** 2 year limited warranty
**Hardware Platform:** Pc

## Product Details

**Product Dimensions:** 0.6 x 3.2 x 4.9 inches ; 8 ounces
**Shipping Weight:** 15.2 ounces
**Shipping:** This item is also available for shipping to select countries outside the U.S.
**ASIN:** B002AKAPC6
**Item model number:** HPBAAC3200ABK-NHSN
**Average Customer Review:** (46 customer reviews)
**Date first available at Amazon.com:** July 15, 2009

Did we miss any relevant features for this product? **Tell us what we missed.**

Would you like to **update product info, give feedback on images,** or **tell us about a lower price**?

## Product Description

From the Manufacturer

HP's SimpleSave portable hard drive fits stylishly in your pocket or purse, is perfect for plug-and-play extra storage and makes data backup so simple anyone can do it. The included backup software runs right off the drive. The minute you plug it in to a USB port, it begins backing up your data. There's no need to install and learn software; it's practically hands-free. Users will love this backup solution because the software finds all your valuable data, no matter where it is on your computer and, after the first backup, it frequently checks for file changes so your backup is always up to date.

**HP SimpleSave™ Portable Hard Drives Highlights**

**Hands-free backup**

-- Automatic, hands-free backup – Begins backing up the minute you plug it in.

-- Backup so simple, anyone can use it – No software to install, no files to select.

-- Finds all your important files – Even the most disorganized computer user will love this backup solution because the software finds all your valuable data, no matter where it is on your computer. It supports a wide variety of file types automatically and you can enter additional file types if you need to.

-- Keeps your backup current – Checks for file changes and backs them up every time your computer is idle.

-- Easily back up multiple computers – Back up and restore all the computers in your home.

**Plug-and-play extra storage**
Connect it to your USB port and it's ready to use.

**USB powered**
No need to carry around a bulky power adapter, the drive is powered through the USB cable.1 (USB cable included)

**System Compatibility:** an available USB port, one of the following operating systems: Microsoft Windows® XP, Windows Vista®, Windows® 7.
Note: Compatibility may vary, depending on user's hardware configuration and operating system. HP SimpleSave drives and software only support Windows.

**Package Contents:** SimpleSave portable hard drive, USB cable.

| Features at a glance |
| --- |
| • Easy to use HP SimpleSave automatic backup software |
| • Glossy black finish and attractive compact design |
| • USB 2.0 |
| • NTFS file system optimized for PC |
| • 2-year limited warranty |



 

HP SimpleSave backup screens

HP's SimpleSave portable hard drive fits stylishly in your pocket or purse, is perfect for plug-and-play extra storage and makes data backup so simple anyone can do it.



**Product Description**

320Gb HP Simplesave Portable Hard Drive - Usb2.0 - 2.5 External HD - 2 Year Warranty

## What Other Items Do Customers Buy After Viewing This Item?

Toshiba 320GB Toshiba Canvio Basics 3.0 Portable Hard Drive in Black (HDTB103XK3AA)  by Toshiba
(344)
$49.99

Seagate Expansion 500 GB USB 3.0 Portable External Hard Drive STBX500100  by Seagate
(488)
$66.99

Toshiba Canvio 500 GB USB 3.0 Basics Portable Hard Drive - HDTB105XK3AA (Black)  by Toshiba
(344)
$58.24

BUFFALO MiniStation Stealth 500 GB USB 2.0 Portable Hard Drive - HD-PCT500U2/B
(225)
$65.24

> **Explore similar items**

**Product Ads from External Websites** (What's this?)                    Sponsored Content







HP External USB DVD
Drive 602041-001
VV827AA
$99.95
+ $10.00 Est. shipping
Notebookparts

Wdbacg0020hch
Western Digital
External Storage Nas
2 Tb
(648)
$179.00
+ Free Shipping
Server Supply

Wdbacw0010hbk
Western Digital
External Storage Usb -
3.0 1 Tb
(837)
$108.00
+ Free Shipping
Server Supply

2.0TB Seagate
Barracuda 3.5 inch,
SATA 6.0Gb/s,
7200RPM Internal...
(759)
$119.99
+ Free Shipping
Other World
Computing
accepts amazonpayments*

Stba1000104 Seagate
External Storage
Thunderbolt 1 Tb
(37)
$236.00
+ Free Shipping
Server Supply

See a problem with these advertisements? Let us know                    Advertise here

## Customer Reviews

(46)

4.0 out of 5 stars

| | |
|---|---|
| 5 star | 28 |
| 4 star | 7 |
| 3 star | 3 |
| 2 star | 1 |
| 1 star | 7 |

See all 46 customer reviews

" *This product is of great quality, easy to install and of very good it marks.* "

armendoroa | 12 reviewers made a similar statement

*I am using this drive for what it was intended: as a BACKUP drive for music, photos, emails, Office documents,* " *etc.* "

Sandman | 5 reviewers made a similar statement

*Why didn't HP just put the software in the root drive of the data partition?* "

"

Ken Blurrock | 5 reviewers made a similar statement

## Most Helpful Customer Reviews

25 of 25 people found the following review helpful
**Good, simple, backup storage drive** January 18, 2010

By D. MM
Size Name: 500 GB

If you're looking for a simple way to automatically back up your data this drive will do quite well. However, as several other reviews have pointed out, don't be misled into thinking this will function as an ordinary external hard drive.

HP has basically installed their own backup utility software into the drive. The first time you plug it in, it will run the software, scan your computer for files and back them up. If this is what you're looking for, it functions quite well and is very easy to use, particularly if you are not the most computer savvy person out there.

However, if you're a most advanced user looking to dictate what gets backed up where and how all the space on the drive is utilized, it may not be the best option.

1 Comment | Was this review helpful to you?   [Yes]  [No]

44 of 50 people found the following review helpful
**Nice backup software - unless you don't want to use it.** September 24, 2009
By Ken Sturrock
Size Name: 500 GB

The software, Windows only, works pretty simply. If you are after a decent, small, slick backup drive with specific software this may do you well.

However, if you want to use the Simplesave as a plain external hard disk you're in for a rude surprise. The backup software is installed on a "Virtual CD-ROM" partition that is installed on the drive in some very low level manner so that you can't get rid of the 500M of wasted "virtual CD-ROM" partition. Why didn't HP just put the software in the root drive of the data partition? Unfortunately, it's another typical "cram the software down your throat" HP product.

2 Comments | Was this review helpful to you?   [Yes]  [No]

21 of 22 people found the following review helpful
**Great backup drive** January 30, 2010
By Sandman
Size Name: 320 GB

I am using this drive with a new HP PC with Windows 7. I am thoroughly delighted with the SimpleSave drive. Everything about it, from price to ease of use to reliability to its speed, is superb. It has performed flawlessly for me and hasn't missed backing up any of my new or modified files. I am using this drive for what it was intended: as a BACKUP drive for music, photos, emails, Office documents, etc. In that regard I recommend this drive without reservation. Plug it in, let it do its work, and you're done. Perfect. Also, browsing the backed up files on the drive is a snap, as is doing restores. It couldn't be easier. If you're looking for a real BACKUP drive for your important files, (not one to necessarily create a mirror image of your entire PC hard drive), get this one.

Comment | Was this review helpful to you?   [Yes]  [No]

› See all 46 customer reviews (newest first)

[Write a customer review]

Advertisement

**Most Recent Customer Reviews**

**Review**
This works great. It is simple and works itself, plug and play which works great for me, no need to mess around with it.
Published 11 days ago by Gregg Harlow

**back up is great**
So far, this drive appears to be providing back up for many pictures on computer.
Not sure how long it will last nor how great it will be in a few years.
Published 21 days ago by gordo

**Perfect**
Perfect. This product was exactly what I was looking for at agreat price. It was described correctly and arrived on time.
Published 28 days ago by Maury Fisher

**SimpleSave is a perfect name**
The simple save is a perfect name for this external hard drive .It is a breeze to use, plug it in and follow the very simple instructions sit back and let it do it's thing. Read more
Published 1 month ago by Al

**Very simple to use**
Just plug it in and it almost runs itself. I feel secure knowing that I have this to backup my laptop. Read more
Published 1 month ago by Steph

**Easy to use**
I've been doing a lot of writing lately, so I would not want to lose my files. You hear all the time about the importance of backing things up, but I never got around to ordering... Read more
Published 1 month ago by S. Foster

**Awesome!!!**
HP makes the best hard drives! Fast sleek and well designed. Simple to work. Roomy, spacious yet small. I don't know how they do it! I lo e this product! Thank you!
Published 1 month ago by Robert Coame

**Excellent product at an excellent price!**
I could not believe the very reasonable price on this portable hard drive. I have used it for 3 computers and have been
very pleased with the product and pleased with the... Read more
Published 5 months ago by Virginia B Owens

**Good product**
I really like these drives. They seem pretty sturdy and they do a good job backing up my files. I have two of them that mirror each other just in case one of them stops working.
Published 8 months ago by Matthew Maguire

**Basic Files Do Not Restore**
We purchased the HP Simplesave 320 two years ago and installed it on a home computer. The home computer crashed. Read more
Published 8 months ago by LAX2012

**Search Customer Reviews**
[            ]  [Go]

☑ Only search this product's reviews

## Customer Questions & Answers

### eGift This Item (What's this?)

**Instant Delivery:** E-mail a gift card suggesting this item

**Flexible Gifting Choices:** They can choose this, or pick from millions of other items.

Get Started ⓑ



*Thought you might like this...*

## Look for Similar Items by Category

Electronics > Computers & Accessories > External Data Storage > External Hard Drives

---

### Feedback

▸ If you need help or have a question for Customer Service, **contact us**.
▸ Would you like to **update product info**, **give feedback on images**, or **tell us about a lower price**?
▸ Is there any other feedback you would like to provide? **Click here**

---

### Your Recent History (What's this?)



Loading

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community

**Make Money with Us**
Sell on Amazon
Become an Affiliate
Advertise Your Products
Independently Publish with Us
› See all

**Let Us Help You**
Your Account
Shipping Rates & Policies
Amazon Prime
Returns Are Easy
Manage Your Kindle
Help

## amazon.com

Brazil   Canada   China   France   Germany   Italy   Japan   Spain   United Kingdom

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AbeBooks<br>Rare Books<br>& Textbooks | AfterSchool.com<br>Kids' Sports, Footwear,<br>Dance & Cleats | AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonLocal<br>Great Local Deals<br>In Your City | AmazonSupply<br>Business, Industrial<br>& Scientific Supplies | AmazonWebServices<br>Scalable<br>Cloud Services | AmazonWireless<br>Cellphones &<br>Wireless Plans | Askville<br>Community<br>Answers | Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered |
| Book Depository<br>Books With Free<br>Delivery Worldwide | Bookworm.com<br>Books For Children<br>Of All Ages | Casa.com<br>Kitchen, Storage<br>& Everything Home | CreateSpace<br>Indie Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | Fabric<br>Sewing, Quilting<br>& Knitting | IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | MYHABIT<br>Private Fashion<br>Designer Sales |
| | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | Vine.com<br>Everything<br>to Live Life Green | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot<br>Never Gonna<br>Give You Up | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2013, Amazon.com, Inc. or its affiliates

# EXHIBIT D

HP® SimpleSave Portable Hard Drive hard drive - 320 GB - Hi-Speed USB

LOGIN | My Account | RSI Rewards | Easy Reorder | Track My Order

1-800-680-0859 | Live Chat

# ReStockIt.com

If your business needs it, we stock it for less.

for everything your business needs

SEARCH

$0.00 Checkout

**FREE SHIPPING** on thousands of items every day

RSI REWARDS™ | Start Earning Points Now | IT'S FREE to join! ▶ LEARN MORE

Ends Sunday: **Buy 1, Get 1 at 15% OFF** | Valid on Cleaning Supplies. USE CODE: CLEAN1FREE

Technology > Computer Components > Drives and Storage > External Hard Drives >

**Recommended for You...**

## HP® SimpleSave Portable Hard Drive hard drive - 320 GB - Hi-Speed USB (96934M)

Sold As: Each



**Our Price $84.49**
List Price: $138.11
You Save 38%

Write a Review

Delivery in 3-6 business days.
Inventory In Stock: 0

See All Western Digital Corporation

Like   Sign Up to see what your friends like.

Product Currently Out Of Stock.
Click here for similar products

LaCie D2 Quadra USB
3.0 - Hard Drive - 3 TB
- FireWire 800 /
SuperSpeed USB 3.0...
**Our Price: $302.64 /
Each**
☑ Free Shipping

🛒 Add To Cart

**Earn 168 points** 🏆      Share | 🔵 🟢 🔵

With your purchase, you will receive a 3-in-1 Guarantee, for free. [learn more]
♥ ID theft protection ✔ Purchase Guarantee ⊕ Lowest price guarantee

- Details
- Specs
- Rate and Review
- Shipping/Returns Policy
- Large Order Quote

ADD TO SHOPPING LIST
LIVE CHAT | PRINT

HP's SimpleSave portable hard drive fits stylishly in your pocket or purse, is perfect for plug-and-play extra storage and makes data backup so simple anyone can do it.

**Type:** Hard drive - external
**Dimensions (WxDxH):** 3.1 in x 5 in x 0.6 in
**Weight:** 7.1 oz
**Enclosure Color:** Glossy black
**Localization:** Canada, Latin America, United States
**Capacity:** 320 GB
**Interface Type:** Hi-Speed USB
**OS Required:** Microsoft Windows 7, Microsoft Windows Vista / XP
**Microsoft Certification:** Compatible with Windows 7
**Environmental Standards:** ENERGY STAR Qualified
**Manufacturer Warranty:** 2 years warranty

**UPC:** 718037752228



**MANUFACTURER NAME:** Western Digital Corporation

**BRAND NAME:** HP®
**ITEM #:** 96934M

**Product Type:** External Hard Drives

**Review Snapshot®** by PowerReviews Express

Be the first to review this product. Write a Review

**Your Delivery Time Frame For This Product: Delivery in 3-6 business days.**

Click here to view Return Policy

**FREE SHIPPING**
We offer FREE shipping on thousands of top selling items. Orders must ship within the contiguous United States.
We reserve the right to choose the best method of shipment on all orders that qualify for Free Shipping.

**STANDARD DELIVERY AND PROCESSING CHARGES**
Delivery charges are based on the product total of your order before any coupons or discounts are applied, less
any items that are marked as Free Shipping.

**Standard Shipping Charges**

| Product Total Before Discounts | Total Charges |
|---|---|
| Under $75.00 | $8.95 |
| $75.01 - $100.00 | $12.95 |
| $100.01 - $150.00 | $15.95 |
| $150.01 & over | 10% of Item Subtotal |

* Shipping charges are based on the product
total of your order before any coupons or
discounts are applied, less any items that are
marked as Free Shipping.

Oversized and heavy products that require freight delivery are subject to a delivery surcharge.

**DELIVERY SURCHARGES**
Some orders may require additional shipping charges (surcharges) based on size or delivery area. Items with
delivery surcharges are noted on the product page and in the shopping cart. This charge is listed in parentheses
($) after the item price in the shopping cart and is in addition to regular delivery and processing charges. Please
note, if you are interested in purchasing multiple quantities of an item with a surcharge, please contact our
customer service department, we will try to adjust the charges on multiple quantity orders.

Orders placed using Google Checkout will see delivery surcharges listed under the line item of "Shipping and
Handling." Your order will still qualify for free shipping if applicable, but any charge listed for "Shipping and
Handling" refers to the delivery surcharge on your products.

**SHIPPING LOCATIONS**
Orders ship from the closest of 57 nationwide warehouses. Should the closest warehouse not have the item or
items you ordered in stock, we will ship from the next closest warehouse. This may result in you receiving your
order at different times if you ordered more than 1 item. Please note that we are not set-up for in-warehouse pick
-ups.

| | | |
|---|---|---|
| **Arizona**<br>Phoenix | **Kansas**<br>Kansas City | **Ohio**<br>Cleveland |
| **California**<br>Los Angeles<br>San Francisco | **Louisiana**<br>New Orleans | **Pennsylvania**<br>Philadelphia<br>Pittsburgh |
| **Colorado**<br>Denver | **Maryland**<br>Baltimore | **Tennessee**<br>Nashville |
| **Florida**<br>Miami<br>Orlando<br>Tampa | **Massachusetts**<br>Boston | **Texas**<br>Dallas/Ft. Worth<br>Houston<br>San Antonio |
| | **Michigan**<br>Detroit | |
| **Georgia**<br>Atlanta | **Minnesota**<br>Minneapolis | **Washington**<br>Seattle |
| **Illinois**<br>Chicago | **Missouri**<br>St. Louis | |
| **Indiana**<br>Indianapolis | **North Carolina**<br>Charlotte<br>Raleigh | |

**SHIPPING METHOD OPTIONS**
In order to offer the most economical shipping rates and most reliable service, we ship all orders via a traceable
method. Depending upon the size of your order we will ship via UPS, FedEx, the USPS or a common carrier freight

line.

**Recommended for You...**

| Ground Service | |
|---|---|
| **Delivery Times** | 1-5 business days within 48 contiguous states |
| **Service Days** | Monday - Friday. |
| **Delivery Area** | The Continental U.S. Only |
| **Exceptions** | We ship to addresses located within the 48 contiguous United States. The following are a list of places we **do not** ship to: |

- Alaska, Hawaii
- Post Office Boxes
- Private mail boxing locations
- APO/FPO addresses

**🛒 Add To Cart**

Micronet Fantom
Drives Gforce/3 -
Hard Drive - 500 GB -
SuperSpeed USB
List Price: $259.61
Sale Price: $107.64 /
Each

Add

Micronet F
Drives Gfo
Hard Drive
SuperSpee
List Price: $
Sale Price:
Each

**FREIGHT LINE SHIPPING**
*Oversized/Heavy Items:* Some of our larger and heavier items are delivered via Oversized Delivery or Standard Truck Delivery. Additional shipping charges will apply based on the weight/size of the item. These charges are applied in addition to standard shipping and handling charges for each item.

Heavier orders or items that cannot ship via Ground due to their weight and/or size ship via a Freight Line Service. (Examples of such items are: Arrow Sheds and Duramax Sheds). Please allow 1 to 2 weeks for delivery based on the availability of the carriers. Please note that delivery on Arrow and Duramax sheds may take up to 3 to 4 weeks.

If an order will be delivered via freight line, you will be contacted to arrange a window of time for delivery. Orders shipped via freight line to a residential address are strictly delivered curbside. The freight company will typically assess additional fees for any delivery beyond normal curbside delivery and will contact you directly with any additional charges. Our fees do not include any delivery service beyond curbside - customers are responsible for any extra charges incurred for any extra services. In addition, customers are responsible for additional charges incurred due to missed delivery appointments or re-deliveries.

*Hazardous and Other Items:* Hazmat items may also incur delivery surcharges because of the additional handling and processing time to ship these items. Due to federal and state shipping regulations, some items cannot be shipped via plane. These items can only be shipped using the standard Ground delivery service.

**MINIMUM ORDER**
There is no minimum order at ReStockIt.com.

**ORDER TRACKING**
We offer three convenient ways in which to track your order. If you used Guest Checkout use option 1 or 3:

1. Click on the Track My Order option in the upper right hand corner on any page. Enter your Email address and Order Number and click the 'Lookup Order Status' Button.

2. Click on the My Account tab on the home page of our website. After logging in, scroll down to the Order/Billing History section. Here you will be able to view all information, including tracking numbers on all orders.

3. Contact Customer Service.

**Ordering Large Quantities of This Item? Call Customer Service for Special Pricing Today, toll free 1-800-680-0859.**
*Fields marked with an ( * ) asterisk are required*

* Name:

* Your Email:

* Confirm Your E-Mail:

* Your Phone Number:

* Subject:     Custom Quote

Please enter the full product name and / or sku in the Item field so that we may research your request.

* Item(s):     HP SimpleSave Portable Hard Drive hard drive - 320 GB - Hi-Spee

Needs item(s) by:

Quantity:

* Location to ship to:

Comments:

   

**HP® SimpleSave Portable Hard Drive hard drive - 320 GB - Hi-Speed USB (96934M) On Sale**



| Looking For Something? | Customer Service | Shipping, Returns & Policies | Company Info | Payment Methods | Email Deals |
|---|---|---|---|---|---|
| Home | Contact Us | Shipping Policy | About Us | We Accept: | GET COUPONS |
| Site Map | Live Chat | Return Policy | Employment | | SIGN UP FOR |
| My Cart | FAQs | ReStocker Terms & | Affiliate Program | | EXCLUSIVE OFFERS |
| My Account | Advice Center | Conditions | Press Releases | | AND DISCOUNTS |
| Rebate Center | Order Status | Policies & Procedures | Reviews / | | |
| Shopping List | Easy Reorder | | Testimonials | | Sign Me Up |
| Blog | Email Preferences | | ReStocker | | |
| RSS | | | RSI Rewards | | Privacy Policy |

1-800-680-0859 | Copyright © 2004-2013 ReStockIt, LLC | Terms of Use | Advice Center | Search by Brand

Category Details | Offices & Small Business | Source: 0



# EXHIBIT E

+You  Search  Images  Maps  Play  YouTube  News  Gmail  Drive  Calendar  More ˅

HP SimpleSave hard drive review                                        Sign in ˅

Web    Images    Maps    Shopping    More ˅    Search tools

About 29,500 results (0.29 seconds)

Ad related to **HP SimpleSave hard drive review**

**HP® Windows 8 Pro PCs - Elite PCs: The Best of Our Best.**
www.hp.com/go/elite
Built with Intel® Core™ Processors!
325,987 people +1'd or follow HP
Elite Design - Elite Performance - Elite Support - Elite Experience

**Amazon.com: HP SimpleSave 2 TB USB 2.0 Desktop External Hard ...**
www.amazon.com › ... › External Data Storage › External Hard Drives
**HP SimpleSave** 500 GB USB 2.0 Portable External **Hard Drive** .... I was looking over
my old **reviews** and saw this one where I gave the Simple Save a bad rep.

**HP SimpleSave - Desktop External Hard Drive Review ...**
desktop-external-hard-drive-review.toptenreviews.com/hp-simplesav...
Although this external hd does have an automatic backup feature, HP seems lax on
the security side of their **hard drive's** design. The **HP SimpleSave** doesn't ...

**HP SimpleSave Portable 320GB | Hard drives | PCWorld**
www.pcworld.com/product/.../320-gb-external-hard-drive-retail.html
What's Hot; Reviews; How-To ... HP's **SimpleSave** portable **hard drive** fits stylishly in
your pocket or purse, is perfect for plug-and-play extra storage and makes ...

**HP Portable Hard Drive WDBACZ0010BBK Review - CNET Reviews**
reviews.cnet.com/...hard-drives/hp...hard-drive/4505-3190_7-34190...
       Rating: 3.5 - Review by Dong Ngo
Oct 26, 2011 – The HP Portable **Hard Drive** is an upgrade to the **HP SimpleSave**
**drive** ... fast with USB 3.0, was slow compared with others we've **reviewed**.
       by Dong Ngo - in 1,827 Google+ circles - More by Dong Ngo

**HP - HP SimpleSave 1TB Desktop Hard Drive customer reviews ...**
reviews.shopping.hp.com › Reviews Home › Accessories Reviews
HP product **reviews** and customer ratings for **HP SimpleSave** 1TB Desktop **Hard**
**Drive**. Read and compare experiences customers have had with hp products.

**HP - HP SimpleSave 500GB Portable Hard Drive customer reviews ...**
reviews.shopping.hp.com › Reviews Home › Accessories Reviews
HP product **reviews** and customer ratings for **HP SimpleSave** 500GB Portable **Hard**
**Drive**. Read and compare experiences customers have had with hp ...

**HP - HP SimpleSave 2TB Desktop Hard Drive customer reviews ...**
reviews.shopping.hp.com › Reviews Home › Accessories Reviews
HP product **reviews** and customer ratings for **HP SimpleSave** 2TB Desktop **Hard**
**Drive**. Read and compare experiences customers have had with hp products.



**HP SimpleSave Hard Drive Review**
www.chipchick.com/2009/09/hp_simplesave.html
       by Tiffani Buteau - More by Tiffani Buteau
       Sep 14, 2009 – Anybody who has ever had their computer crash on them and
       lost precious irreplaceable files knows just how important it is to back your ...

**HP SimpleSave 320GB hard drive review - Pocket-lint**
www.pocket-lint.com/review/4380/hp-simplesave-320gb-drive-review
26 October 2009 16:00 GMT / By Stuart Miles · Tweet. We've said it a thousand times,
but we'll say it again; backing up your **hard drive** is boring, it is dull, and ...

**HP - SimpleSave 500GB External USB 2.0 Portable Hard Drive**
reviews.bestbuy.com › ... › Portable External Hard Drives Reviews
Best Buy product **reviews** and customer ratings for **HP - SimpleSave** 500GB External
USB 2.0 Portable **Hard Drive** - Black. Read and compare experiences ...

Searches related to **HP SimpleSave hard drive review**
hp 2tb simplesave external hard drive review

Ads

**Buy Computers at Amazon**
www.amazon.com/computers
1,473 seller reviews
Save on PCs, Laptops & More
Free 2-Day Shipping w/Amazon Prime!

**Hard Drives at Walmart**
www.walmart.com/Hard_Drives
141 reviews for walmart.com
Save on High Quality **Hard** Drives
with Walmart's Everyday Low Prices!

**Hp Simple Save Hard Drive**
www.hsn.com/
Tomorrow's Technology, Today, with
HP **Hard Drive** & Accessories at HSN.

**New: Hp Simplesave**
www.hp-simplesave.buycheapr.com/
BuyCheapr™ -- Want To Save Big?
Find Hp Simplesave External Now...

**Hp SimpleSave Review**
www.nextag.com/Hard-Drives
46 reviews for nextag.com
We Have 5,400+ **Hard** Drives.
Hp **SimpleSave** Review on Sale!
2,959 people +1'd or follow Nextag

See your ad here »

hp simplesave hard drive review        hp simplesave notebook hard drive
hp simplesave 320gb hard drive         hp simplesave 320gb hard drive

1  2  3  4  5  6  7  8  9  10          Next

Advanced search   Search Help   Give us feedback

Google Home   Advertising Programs   Business Solutions   Privacy & Terms   About Google