1   DAVID J. NOONAN
    KIRBY NOONAN LANCE & HOGE LLP
2   Diamond View Tower
    350 Tenth Avenue, Suite 1300
3   San Diego, CA 92101
    Telephone: 619 231-8666
4   Facsimile: 619 231-9593
5   E-Mail: dnoonan@knlh.com

6   KRISTOFOR T. HENNING (*Pro Hac Vice*)
    MORGAN, LEWIS & BOCKIUS LLP
7   1701 Market Street
    Philadelphia, PA 19103
8   Telephone: (215) 963-5000
    Facsimile: (215) 963-5001
9   E-mail: khenning@morganlewis.com

10

11  Attorneys for Defendant
    HEWLETT-PACKARD COMPANY

12

13              UNITED STATES DISTRICT COURT

14           SOUTHERN DISTRICT OF CALIFORNIA

15  ROBERT A. WALLER, JR., on behalf of        Case No. 11-cv-00454 LAB RBB
16  himself and all others similarly situated,

17              Plaintiff,                      **DECLARATION OF JOHN MICHAEL
                                                MAIN IN SUPPORT OF HEWLETT-
            v.                                  PACKARD COMPANY'S OPPOSITION TO
18  HEWLETT-PACKARD COMPANY,                    PLAINTIFF'S MOTION FOR CLASS
                                                CERTIFICATION**
19              Defendant.

20

21      I, John Michael Main, declare as follows:

22      1.      I am over the age of 18 years and am fully competent to testify to the matters

23  stated in this Declaration in Support of Hewlett-Packard Company's ("HP's") Opposition to

24  Plaintiff's Motion for Class Certification ("Declaration"). I am a Software Program Manager in

25  the Displays and Accessories Business Unit. I am authorized to make this Declaration on HP's

26  behalf. Except as otherwise stated, I have personal knowledge of the facts set forth in this

27  Declaration, and, if called to do so, would and could testify to the matters stated herein

28

1    2.    I have been an HP employee since April 1993 and have been located in Northern

2    Colorado during this entire time (both at HP's Loveland and Fort Collins facilities).

3    3.    From 2003 to October 2010, I was the technical lead for various HP brand licensed

4    products, including the HP SimpleSave product line.

5    4.    As technical lead for the SimpleSave products, I worked with HP's brand license

6    partners to finalize the design, features, and functionality of the SimpleSave products, including,

7    but not limited to, the 320 GB and 1 TB models. My role continued even after these products

8    launched to the public with regard to aftermarket support and updates provided to purchasers,

9    such as software updates.

10    5.    The 320 GB SimpleSave was launched to the public in or about July 2009.

11    6.    The 1 TB SimpleSave was launched to the public in or about August 2009.

12    7.    As factory configured, the 320 GB and 1 TB SimpleSave devices featured an

13    automatic backup registry that was set during the product's design and development phase. The

14    automatic backup registry consisted of a list of hundreds of different file extensions spanning

15    across several categories of file types—including commonly used file types like Microsoft Office

16    files (like ".doc," ".docx," ".pdf," ".ppt," and ".xls"), photo files (like ".jif" and ".jpeg"), video

17    files (like ".mpe," ".mpg," and ".mpv"), e-mail files (like ".eml" and ".pst"), and music files (like

18    ".mp3" and ".wav"), among others—which would be automatically recognized and backed up to

19    the device without any additional user input.

20    8.    The same is true for all versions of the SimpleSave released before August 2010.

21    9.    The goal of the automatic backup registry was to include the most common file

22    extension types to simplify the user's experience.

23    10.    However, understanding that some users may desire to back up less common or

24    even custom file extensions or perhaps even new file types that would emerge in the future, the

25    320 GB and 1 TB devices (and other SimpleSave models released before August of 2010) were

26    designed with a mechanism that permitted the user to add other file extension types to the

27    automatic backup registry even though such file extensions were not initially included on the

28

2    Case No. 11-cv-00454 LAB RBB

1  default list. Any file extension types added to the automatic backup registry would be
2  automatically supported and backed up moving forward.

3    11.    Each 320 GB SimpleSave and 1 TB device and others released before August
4  2010 came with both a Quick Install Guide and an electronic User Manual which is loaded on the
5  device.

6    12.    The Quick Install Guide included with the 320 GB device is attached as Exhibit 1.
7  The Quick Install Guide included with the 320 GB device as well as the 1 TB device and other
8  SimpleSave models released prior to August 2010 included the following statement: "Please see
9  the user manual located on the drive for more detailed information on the use of this product."

10    13.    The User Manual included with the 320 GB device is attached as Exhibit 2. The
11  same User Manual was loaded on the 1 TB SimpleSave and other SimpleSave models released
12  prior to August 2010.

13    14.    HP no longer manufactures or markets the 320 GB or 1 TB SimpleSave devices.
14  These devices have reached end of life and have been replaced by new products which operate
15  differently (as discussed below).

16  **The Software Update:**

17    15.    In August 2010, HP released a free software update for the 320 GB SimpleSave
18  (as well as other versions of the device released before August 2010).

19    16.    That free software update (which was version "1.0.2.31" of the SimpleSave
20  software), and subsequent versions which remain available for download today, modifies the
21  device's default configuration to make it automatically back up all file types (including ".wpd"
22  WordPerfect files) without any additional action by the user.

23    17.    Any 320 GB or 1 TB user who downloaded the software update would have had
24  every file type on his/her computer automatically backed up from that point forward (unless
25  affirmatively excluded) even if that user had not previously updated the factory configured
26  automatic backup registry. The same is true for users of other SimpleSave models manufactured
27  with the original software, which includes those released before August 2010.

28

1   18.   This software update was released by August 27, 2010, and potentially even as

2   early as August 5, 2010.

3   19.   HP began working on this software update no later than March 1, 2010.

4   20.   The SimpleSave device was configured automatically to check for software

5   updates any time the device was attached to a computer that was connected to the Internet. If a

6   software update was found, the user would be alerted and prompted to download the update as

7   follows:



21.   The software update was considered a "sticky" update because, even if the user

declined the download, he/she would be prompted again the next time an Internet connection was

available unless they disabled this feature.

22.   Each SimpleSave model released after the software update was manufactured with

the updated software and automatically backed up all file types, that were not explicitly excluded

by the user, without the need for additional work by the user.

**The Initial Backup:**

23.    A user connecting the SimpleSave to a computer for the first time is presented with a number of options before the backup begins.

24.    Upon the first launch of the SimpleSave software, the user is presented with an End User License Agreement that must be accepted before the software continues its operation.

25.    Next, as happens every time the device is run while connected to computer with Internet access (unless the user configures it otherwise), the device will run a check for any available software update.

26.    If a software update is available, the device will prompt the user to "install the software."

27.    Next, the SimpleSave backup software will launch with the following screen:



28.    From this screen, the user has three options:   (1) he/she can wait until the automatic system scan begins at the end of a 25-second countdown, (2) he/she can click "Start" to start the system scan immediately, or (3) he/she can click on the "My Options" button.

DECLARATION OF JOHN MICHAEL MAIN

**Selecting "My Options"**

29.     If the user selects "My Options," he/she will see the following screen:



30.     Clicking on "About this Software" allows the user to view the current version of the software and/or manually check for updates, among other things.

31.     As described in the User Manual, for the SimpleSave models released prior to August 2010, clicking "File Types & Locations" allows the user to peform a number of functions, such as (1) reviewing the list of file types that are automatically backed up by the device and (2) adding more file types to the automatic backup registry for backup moving forward.

DECLARATION OF JOHN MICHAEL MAIN

1      32.      The screenshot below illustrates the manner in which the file types display to the

2   user:



7

33.     The User Manual for the SimpleSave models released before August 2010 also explains that the user can click the "Add" button to add more file types to the automatic backup registry by typing the desired file type into the "File Extension" window that displays:



34.     Any file extensions added to the automatic backup registry will be automatically backed up from that point forward.

35.     As discussed above, these steps to add file types to the automatic backup registry would not be necessary for any user who downloaded the software update released in August 2010 or any subsequent software update.

36.     The same is true for any user whose file types were all included in the factory configured automatic backup registry.

DECLARATION OF JOHN MICHAEL MAIN

**The Computer Scanning And Backup Process:**

37.     The backup process begins with a scan of the user's computer.  As factory configured, the SimpleSave devices released before August 2010 would search the local hard drive for the file types configured to the automatic backup registry (either as factory configured or as modified by the user using the steps explained above).

38.     When the scan is complete, a screen is displayed summarizing the categories of file types that were captured and designated for backup during the system scan and stating the number of files found in each category.



39.     At this point in the process, the user is given an opportunity to review the actual files to be backed up.

40.     For the pre-August 2010 SimpleSaves, the user is also given another opportunity to add more file types that were not recognized during the initial screening process to be included in the backup by clicking on the "Change File Types & Locations" icon.

9

1    41.    Once the user is satisfied that the SimpleSave will backup all of the files the user

2  would like backed up, he/she can click "Start" to begin the actual backup process.

3    42.    After the initial setup process, the SimpleSave will continuously backup the user's

4  computer files after a period of time (the default is every 5 minutes) without any additional

5  prompting or work by the user. The user is free to modify the backup settings, including the

6  automatic file backup registry, at any time.

7      I declare under penalty of perjury under the laws of the United States of America and the

8  State of California that the foregoing is true and correct to the best of my knowledge, information

9  and belief. Executed on January 18, 2013, at Fort Collins, Colorado.

10

11                                   John Michael Main

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                              10       Case No. 11-cv-00454 LAB RBB

                    DECLARATION OF JOHN MICHAEL MAIN

# EXHIBIT 1

SimpleSave®

# HP SimpleSave™ Portable

Quick Install Guide

  

Please see the user manual located on the drive for more detailed information on the use of the product.

Bitte lesen Sie die Bedienungsanleitung auf dem Laufwerk für detailliertere Informationen über die Verwendung dieses Produkts.

Merci de consulter le manuel d'utilisation situé sur le lecteur pour plus de détails sur l'utilisation de ce produit.

Consultare il manuale d'uso in dotazione all'unità per informazioni più dettagliate sull'utilizzo di questo prodotto.

Consulte el manual del usuario que se encuentra en la unidad de disco duro para obtener más información detallada sobre este producto.

For hoor, veja o manual do usuário localizado na unidade para informações mais detalhadas sobre a utilização deste produto.

Raadpleeg de gebruikershandleiding op de schijf voor nadere informatie over het gebruik van dit product.

Подробная информация об эксплуатации данного устройства приведена в руководстве пользователя на диске.

Szczegółowe informacje na temat korzystania z tego produktu zawiera instrukcja użytkownika, zainstalowana na dysku.

لم يوم مراجعة دليل المستخدم الموجود على محرك الأقراص الحصول على المزيد من المعلومات التفصيلية عن استخدام هذا المنتج.

Se venligst brugsanvisningen, der er anbragt på drevet for mere detaljeret information om brugen af dette produkt.

Løsyn lisätietoja laitteiston käytöstä lukemalla aseman laiteohjelmistoon tallennetu käyttöohje.

Se brukerhåndboken på stasjonen for å få detaljert informasjon om hvordan dette produktet brukes.

Se användarhandboken, som finns på hårddisken, för mer detaljerad information om hur de använder den här produkten.

Για περισσότερες λεπτομέρειες σχετικά με τη χρήση αυτού του προϊόντος, παρακαλούμε ανατρέξτε στο εγχειρίδιο χρήσης που βρίσκεται στη μονάδα δίσκου.

Lütfen bu ürünün kullanımı hakkında ayrıntılı bilgi için sürücü üzerinde bulunan kullanım kılavuzuna bakın.

Podrobnější informace o používání tohoto produktu naleznete v uživatelské příručce na jednotce.

Podrobnejšie informácie o používaní výrobku nájdete v príručke používateľa uloženej na disku.

本製品の使用に関する詳細情報については、ドライブに同梱のユーザーマニュアルを参照してください。

이 제품 사용법에 대한 자세한 내용은 드라이브에 있는 사용 설명서를 참조하십시오.

有關使用本產品的詳細資料，請參閱硬碟裡附帶的使用手冊。

有关本产品的使用，请参阅产品手册。

## Regulatory Compliance

### FCC Class B Information
This device has been tested and found to comply with the limits of a Class B digital device, pursuant to Part 15 of the FCC Rules. These limits are designed to provide reasonable protection against harmful interference in a residential installation. This unit generates, uses, and can radiate radio frequency energy and, if not installed and used in accordance with the instructions, may cause harmful interference to radio or television reception. However, there is no guarantee that interference will not occur in a particular installation. If this equipment does cause harmful interference to radio or television reception, which can be determined by turning the equipment off and on, you are encouraged to try to correct the interference by one or more of the following measures:

- Reorient or relocate the receiving antenna.
- Increase the separation between the equipment and the receiver.
- Connect the equipment into an outlet on a circuit different from that to which the receiver is connected.
- Consult the dealer or an experienced radio/television technician for help.

Any changes or modifications not expressly approved by the manufacturer could void the user's authority to operate the equipment.

### ICES-003/NMB-003 Statement
Cet appareil numérique de la classe B est conforme à la norme ICES-003 du Canada.
This device complies with Canadian ICES-003 Class B.

### Safety Information
Approved for US and Canada. CAN/CSA-C22.2 No. 60950-1, UL 60950-1: Safety of Information Technology Equipment.

Approuvé pour les États-Unis et le Canada. CAN/CSA-C22.2 No. 60950-1, UL 60950-1: Sûreté d'équipement de technologie de l'information.

### CE Compliance for Europe
Marking by the CE symbol indicates compliance of this system to the applicable Council Directive of the European Union, including the EMC Directive (2004/108/EC) and the Low Voltage Directive (2006/95/EC). A "Declaration of Conformity" in accordance with the applicable directives has been made and is on file at Western Digital Europe.

Die Markierung mit dem CE-Symbol zeigt an, dass dieses Gerät mit den anwendbaren Richtlinien der Europäischen Union übereinstimmt. Hierzu zählen auch die EMV Richtlinie (2004/108/EG) sowie die Niederspannungsrichtlinie (2006/95/EG). Eine "Konformitätserklärung" in Übereinstimmung mit den anwendbaren Richtlinien ist erstellt worden und kann bei Western Digital Europe eingesehen werden.

Le symbole CE indique que ce système est conforme aux directives du Conseil de l'Union Européenne, notamment à la Directive CEM (2004/108/CE) et la Directive Basse tension (2006/95/CE). Une « déclaration de conformité » aux directives applicables a été déposée auprès de Western Digital Europe.

I marchi con il simbolo CE denotano la conformità di questo sistema alla direttiva del Consiglio dell'Unione europea, ivi compresa la Direttiva EMC (2004/108/CE) e la Direttiva Bassa Tensione (2006/95/CE). In adempimento con le vigenti direttive è stata rilasciata una "Dichiarazione di conformità", depositata presso Western Digital Europe.

La marca con el símbolo CE indica el cumplimiento de este sistema con las correspondientes directivas del Consejo de la Unión Europea, que incluye la Directiva CEM (2004/108/CE) y la Directiva de bajo voltaje (2006/95/CE). Se ha realizado una "Declaración de conformidad" de acuerdo con las directivas correspondientes y se encuentra documentada en las instalaciones de Western Digital en Europa.

Märkning av CE-symbolen anger att detta system uppfyller kraven enligt det Europeiska Parlamentet och rådets direktiv, inklusive EMC-direktivet (2004/108/EG) och Direktivet om Lågspänning (2006/95/EG). En "Deklaration om Överensstämmelse" har gjorts enligt de gällande direktiven och har registrerats hos Western Digital Europa.

Merking med CE-symbolet indikerer dette systemets overholdelse av gjeldende direktiver for EU, inkludert EMC-direktivet (2004/108/EC) og lavspenningsdirektivet (2006/95/EC). En "samsvarserklæring" i henhold til gjeldende direktiver har blitt skrevet og finnes utført hos Western Digital Europa.

CE-merkintä osoittaa tämän järjestelmän yhdenmukaisuuden soveltuvissa olevan Euroopan unionin neuvoston direktiiviin kanssa, mukaan lukien EMC-direktiivi (2004/108/EY), sekä alijännitedirektiivi (2006/95/EY). "Yhdenmukaisuusvakuutus" soveltuvissa olevien direktiivien kanssa on tehty ja se on rekisteröitynä Western Digital Euroopassa.

Маркировка символом CE свидетельствует о соответствии системы применимым директивам Европейского Совета, в том числе Директиве об электромагнитной совместимости (2004/108/EC) и Директиве о низковольтном оборудовании (2006/95/EC). Заявление о соответствии применимым директивам, называемое "Декларацией о соответствии" Western Digital, находится в архиве европейского подразделения.

يشير الرمز CE إلى توافق هذا النظام مع توجيه المجلس القابل للتطبيق التابع للاتحاد الأوروبي، بما في ذلك توجيه التوافق الكهرومغناطيسي (EMC) (2004/108/EC) وتوجيه الجهد المنخفض (2006/95/EC) وتم وضع "إعلان المطابقة" وفقاً للتوجيهات القابلة للتطبيق وهو موجود في ملف لدى Western Digital Europe.

### KCC Notice (Republic of Korea only)

| 기종별 | 사용자 안내문 |
|---|---|
| B급 기기 (가정용 정보통신기기) | 이 기기는 가정용으로 전자파적합등록을 한 기기로서 주거지역에서는 물론 모든 지역에서 사용할 수 있습니다. |

Class B Device 1. Please note that this device has been approved for non-business purposes and may be used in any environment, including residential areas.



## Warranty Information

### Obtaining Service
Hewlett-Packard (HP) values your business and always attempts to provide you the very best of service. If this HP Branded Product requires maintenance, either contact the dealer from whom you originally purchased the HP Branded Product or visit our product support Web site at www.hp.com/support for information on how to obtain service or a Return Material Authorization (RMA). If it is determined that the HP Branded Product may be defective, you will be given an RMA number and instructions for product return. An unauthorized return (i.e., one for which an RMA number has not been issued) will be returned to you at your expense. Authorized returns must be shipped in an approved shipping container, prepaid and insured, to the address provided on your return paperwork. Your original box and packaging materials should be kept for storing or shipping your HP Branded Product. To conclusively establish the period of warranty, check the warranty expiration by serial number (via date of manufacture) at our product support Web site. HP shall not be liable for any data lost regardless of the cause, recovery of lost data, or data contained in any product placed in its possession.

### Limited Warranty
The manufacturer warrants that the HP Branded Product, in the course of its normal use, will for the term defined below, be free from defects in material and workmanship and will conform to the manufacturer's specification therefor. The term of your limited warranty depends on the country in which your HP Branded Product was purchased. The term of your limited warranty is for 2 years in the North, South and Central America region, 2 years in the Europe, the Middle East and Africa region, and 2 years in the Asia Pacific region, unless otherwise required by law. The term of your limited warranty period shall commence on the purchase date appearing on your purchase receipt. HP and the manufacturer shall have no liability for any HP Branded Product returned if the manufacturer determines that the product was stolen from HP or the manufacturer or that the asserted defect a) is not present, b) cannot reasonably be rectified because of damage occurring before the manufacturer receives the HP Branded Product, or c) is attributable to misuse, improper installation, alteration (including removing or obliterating labels and opening or removing external enclosures, unless the product is on the list of limited user-serviceable products and the specific alteration is within the scope of the applicable instructions, as found at www.hp.com/support), accident or mishandling while in the possession of someone other than the manufacturer. Subject to the limitations specified above, your sole and exclusive warranty shall be, during the period of warranty specified above and at the manufacturer's option, the repair or replacement of the HP Branded Product. The foregoing warranty of the manufacturer shall extend to repaired or replaced HP Branded Products for the balance of the applicable period of the original warranty or ninety (90) days from the date of shipment of a repaired or replaced product, whichever is longer.

The foregoing limited warranty is the manufacturer's sole warranty and is applicable only to products sold as new. The remedies provided herein are in lieu of a) any and all other remedies and warranties, whether expressed, implied or statutory, including but not limited to, any implied warranty of merchantability or fitness for a particular purpose, and b) any and all obligations and liabilities of the manufacturer for damages including, but not limited to accidental, consequential, or special damages, or any financial loss, lost profits or expenses, or lost data arising out of or in connection with the purchase, use, or performance of the HP Branded Product, even if HP or the manufacturer has been advised of the possibility of such damages. In the United States, some states do not allow exclusion or limitations of incidental or consequential damages, so the limitations above may not apply to you. This warranty gives you specific legal rights, and you may also have other rights which vary from state to state. Western Digital is the manufacturer of the HP Branded Product on behalf of HP.

## Garantieinformationen / Garantie
(Bitte beachten Sie die mehrsprachigen Garantie- und Serviceinformationen in den Landessprachen.)

[Garantieinformationen und Serviceinformationen in mehreren Sprachen / multilingual warranty and service information blocks]

Exhibit 1

Page 1



Exhibit 1

Page 2

# EXHIBIT 2

# HP SimpleSave™
### Backup Software
### User Manual

Software Manual

## BACKUP SOFTWARE



SimpleSave™

Exhibit 2

Page 3

## Getting Help

For additional help with your drive, its installation, and the software, contact one of the following:

### HP Customer Care Web Support

For the latest updates and information, go to: *http://www.hp.com/support*

### E-mail Support

*http://www.hp.com/support*

### Toll-free Telephone Support

North America      866.444.7407
International       +800.636.66666

Exhibit 2

Page 4

# Table of Contents

**1   About HP SimpleSave Backup Software** . . . . . . . . .1

HP SimpleSave Backup Software Features . . . . . . . . . . . . . . . . . . . . . . 1
Supported Operating Systems . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

**2   Getting Started** . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2

**3   How to Back Up Your Files** . . . . . . . . . . . . . . . . . . .3

Backup Notes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
Backing up Multiple Computers. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
About the HP SimpleSave Monitor . . . . . . . . . . . . . . . . . . . . . . . . . . 5

**4   How To Restore Files** . . . . . . . . . . . . . . . . . . . . . . . .6

**5   My Options** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .9

File Types & Locations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
About This Software . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
HP SimpleSave User Manual . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
Language Preferences . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Exhibit 2

Page 5



# About HP SimpleSave Backup Software

Welcome to HP SimpleSave Backup Software, a utility you can use with your HP SimpleSave Desktop or Portable Hard Drive that makes it easy to protect the valuable information on your computer.

## HP SimpleSave Backup Software Features

- Easily back up all of your digital music, photo, video, recorded TV, gaming, or other data files.
- Easily restore any or all of your backed up files.
- Automatically backs up changes whenever the computer is idle for 5 minutes.
- Can be used to back up multiple computers.

*Note:* HP SimpleSave does NOT back up your operating system or applications.

## Supported Operating Systems

- Windows* 7
- Windows Vista*
- Windows XP

*Note:* Compatibility may vary depending on user's hardware configuration and operating system. HP SimpleSave software only supports Windows.

---

**Important:** For highest performance and reliability, it is recommended that you install the latest updates and service pack (SP). Go to the **Start** menu and select **Windows Update**.

---

Exhibit 2
Page 6



# Getting Started

HP SimpleSave Backup Software runs directly from your HP SimpleSave drive and does not need to be installed on your computer.

You may have to wait up to a full minute for your computer to configure your HP SimpleSave drive the first time it's connected to your computer. You may see several installation messages appear on the screen as your computer sets up your HP SimpleSave drive for the first time. You will not see these installation messages the next time you plug in your HP SimpleSave drive.

The HP SimpleSave Backup Software automatically starts each time you plug in your HP SimpleSave drive. To turn off this feature, go to *www.hp.com/support* and navigate to the HP SimpleSave knowledgebase.

If HP SimpleSave software does not automatically start:

1. Click **Computer** in Windows Vista or **My Computer** in Windows XP to navigate to your HP SimpleSave drive.
2. Double-click the HP SimpleSave application icon.

Agree to the End User License Agreement (EULA) the first time you use HP SimpleSave by clicking the **Accept** button. Each time you start HP SimpleSave it automatically checks for a software update. To turn off this feature, see "Turning Off Automatic Updates" on page 10.

Exhibit 2

Page 7



# How to Back Up Your Files

After you open HP SimpleSave, it automatically begins backing up the most common file types on your computer's primary hard drive.

To change backup options including file types and locations, see "My Options" on page 9.

Click **Start** or wait for the automatic timer to finish counting down (25 seconds) to start the backup process.



## Backup Notes

- It can take several hours (or more) to back up your computer for the first time. You should consider performing your first backup at a time when your computer is idle.
- It is highly recommended to close any other programs to ensure files being backed up are not in use.

HP SimpleSave prepares your backup by first scanning your computer. This may take a few minutes depending on the amount of content on your computer.

You will be presented with a summary of the files found on your computer grouped into different content categories. All the most common file types on your primary drive are backed up by default. If you need to add a custom file extension, see "My Options" on page 9.

The name of the backup is automatically created based on your computer's name. The backup name will appear below the summary of the files found on your computer.

Exhibit 2
Page 8

If you want to make any changes to the file types, folders, or locations to be backed up, click on **Change File Types and Locations** on the bottom of the screen. For more information about changing file types and locations, see "My Options" on page 9.



Click **Start** to begin the backup process or wait for the automatic timer to finish counting down (15 seconds).

Your backup progress displays during the backup. You can see how many files are planned for backup and how many have completed. The first time you back up your computer it can take up to several hours (or more).

Click **Pause** to temporarily halt the backup process if you need to use your computer for other tasks.  Click **Resume** to restart the backup process. If you need to permanently stop the backup process, click Cancel.

The following screen displays when the backup process is complete.



Exhibit 2
Page 9

Sometimes a file cannot be backed up. If this occurs you will be notified to click the **View Report** button. The report outlines which files could not be backed up. If you need help, go to the HP support website at *http://www.hp.com/support.*

You can unplug your HP SimpleSave drive after your initial backup, however it is recommended to leave it plugged in so you always have a backup of your computer. As long as your HP SimpleSave drive remains plugged into your computer and the HP SimpleSave Monitor is running, your computer will be backed up automatically each time your computer remains idle (not used) for five minutes.

If you unplug your HP SimpleSave drive, just plug it back in and run HP SimpleSave by clicking the HP SimpleSave application icon. The software automatically backs up any modified files and all new files since your last backup from your computer to your HP SimpleSave drive.

## Backing up Multiple Computers

If you want to back up another computer, simply unplug your HP SimpleSave drive and plug it into the other computer. Follow the same steps as detailed in "How to Back Up Your Files" on page 3.

## About the HP SimpleSave Monitor

The HP SimpleSave Monitor appears in your system tray after the initial backup is performed. The HP SimpleSave Monitor continuously watches your computer for any new or changed files and automatically backs up those files after your computer is idle (not used) for five minutes. Your HP SimpleSave drive must be left plugged into your computer for the HP SimpleSave monitor to work.



Before disconnecting your HP SimpleSave drive, exit HP SimpleSave by right-clicking the HP SimpleSave Monitor, then click **Exit**.

*Note:* If you exit the HP SimpleSave Monitor, any new or changed files will NOT be backed up.

Exhibit 2
Page 10



# How To Restore Files

Use HP SimpleSave to restore files you have backed up on your HP SimpleSave drive.

Plug the HP SimpleSave drive into the computer onto which you want to restore your files.  Double-click the HP SimpleSave icon in your system tray to start the HP SimpleSave application.

When the "Welcome to HP SimpleSave" screen appears, click the **Restore** button at the bottom of the screen. **Restore** only appears if there is a backup file on the drive.



Select the backup file you want to restore files from, then click **Open.**



Next, select what you want to restore. **Restore Everything** is selected by default. Choose this option if you want to restore everything that was backed up.

Exhibit 2
Page 11

Click **Restore Only These Files** to choose specific files or folders you want to restore. Make your selections by clicking the check boxes next to the folders. You can select individual files by selecting the files on the right and clicking the checkbox on the top left of the file. Double-click any of the files if you want to preview the file before restoring. Click **OK** when finished making your selections.



Next, select where you want to save your restored files.

Clicking **Restore to original path** restores your files to their original location on your primary drive. If your original files still exist in the original location, HP SimpleSave prompts you to decide if you want to **Replace, Keep Both,** or **Skip** for each duplicate file found.

It is recommended you restore your files to one new folder by clicking **Restore to one folder.** By default, your files are saved to a new folder found at 'C:\Restore Files.' Click **Change Folder** to specify a different location. Click **OK** to continue. Your files will be restored in the same folder structure as when they were originally backed up.



*Note:* It may take several minutes to several hours to restore your files depending on the amount of files you are restoring.

HOW TO RESTORE FILES – 7

Exhibit 2
Page 12

The following screen appears when the restore process is complete.



Sometimes a file cannot be restored. Click **View Report** if this occurs. The report outlines which files could not be restored. If you need help, go to the HP support website at *http://www.hp.com/support.*

Exhibit 2

Page 13



# My Options

HP SimpleSave has several options for backup plan customization. To access the options page, click **My Options** in the HP SimpleSave welcome screen.



## File Types & Locations

HP SimpleSave automatically backs up the most common file types on your computer's primary hard drive by default. You can use the **File Types & Locations** option to modify these settings.

Click **Search only these locations** to specify specific drives or folders you want HP SimpleSave to back up. If you only wanted to back up the "My Documents" folder, you can back up only that folder and no others.

If you want to specify only certain file types to be backed up, use the "+" to navigate to the type of file you want to back up and check the blue box to select the file type. For example, you may want to back up all of your content except videos, in which case you would deselect the Video Files box.



*Note:* These settings will remain saved even if you unplug your HP SimpleSave drive.

Exhibit 2

Page 14

### Adding a New File Type Extension

HP SimpleSave backs up a defined set of file types. If you have special programs that use an uncommon file type, you may need to add a new extension to the list of file types to be backed up. If you need to add a custom file type extension, click on the green "+" located in the bottom right of the screen.  Type in the extension and click **Save**.



Click **OK** to save your preferences.

## About This Software

In the "About this Software" window you can easily check on the HP SimpleSave version information, manually check for a software update, and review the End User License Agreement.



### Turning Off Automatic Updates

If you do not want HP SimpleSave to check for updates each time the program starts, click **Check for Update**, then click **In the future do not check for updates**. Click **OK**.

## HP SimpleSave User Manual

If you ever need to reference this user guide, you can easily access it by clicking on the HP SimpleSave user guide link or you can check the HP support site at at *http://www.hp.com/support.*

## Language Preferences

HP SimpleSave matches the language of your operating system by default. To change the language, select a different language from the list, click **OK**, then restart HP SimpleSave for the change to take effect.

Exhibit 2
Page 15

**Hewlett-Packard Company**
P.O. Box 4010
Cupertino, CA 95015-4010 U.S.A.

The only warranties for HP-branded products and services are set forth in the express warranty statements accompanying such products and services. Nothing herein should be construed as constituting an additional warranty. Neither HP nor the manufacturer shall be liable for technical or editorial errors or omissions contained herein.

Neither HP nor the manufacturer assume any responsibility for the use or reliability of its software on equipment that is not furnished by HP or the manufacturer.

No part of this document may be photocopied, reproduced, or translated to another language without the prior written consent of the manufacturer.

© 2009 Hewlett-Packard Development Company, L.P.

HP supports lawful use of technology and does not endorse or encourage the use of our products for purposes other than those permitted by copyright law.

The information in this document is subject to change without notice.

4779-705028-A01   May 2009

Exhibit 2
Page 16