## EXPERT REPORT OF DR. ITAMAR SIMONSON

1.      I am the Sebastian S. Kresge Professor of Marketing at the Graduate School of Business, Stanford University.  A copy of my curriculum vitae, which includes a complete list of my publications, is attached as Exhibit A.

2.      I hold a Ph.D. in Marketing from Duke University, Fuqua School of Business, a Master's degree in business administration (MBA) from the UCLA Graduate School of Management, and a Bachelor's degree from The Hebrew University with majors in Economics and Political Science.

3.      My field of expertise is consumer behavior, marketing management, trademark infringement from the consumer's perspective, survey methods, and human judgment and decision making.  Most of my research has focused on buyers' purchasing behavior, the effect of product characteristics (such as brand name, price, and features), the competitive context, and marketing activities (such as promotions, advertising) on buying decisions, and trademark infringement from the customer's perspective.

4.      I have received several awards, including (a) the award for the Best Article published in the *Journal of Consumer Research* (the major journal on consumer behavior) between 1987 and 1989; (b) The Ferber Award from the Association for Consumer Research, which is the largest association of consumer researchers in the world; (c) the 1997 O'Dell Award, given for the *Journal of Marketing Research* (the major journal on marketing research issues) article that has had the greatest impact on the marketing field in the previous five years; (d) the 2001 O'Dell award (and a finalist for the O'Dell Award in 1995, 2002, 2004, 2005, 2007, and 2008); (e) the award for the Best Article published in the *Journal of Public Policy & Marketing* (the major journal on public policy and legal aspects of marketing) between 1993 and 1995; (f) the 2007 Society for Consumer Psychology Distinguished Scientific Achievement Award; (g) the 2002 American Marketing Association award for the Best Article in the area of services marketing; (h) the 2012 elected Fellow of the Association for Consumer Research, and

(i) winner in a competition dealing with research on the effectiveness of direct marketing programs, which was organized by the Direct Marketing Association and the Marketing Science Institute. In addition to these awards, my research has been widely cited by other researchers in the marketing, consumer behavior, and other fields, and my publication record has been ranked as one of the most prolific and influential.[1]

5.      At Stanford University I have taught MBA and executive courses on Marketing Management, covering such topics as buyer behavior, developing marketing strategies, building brand equity, advertising, sales promotions, and retailing. I also taught an MBA course on Marketing to Businesses and a course on High Technology Marketing. In addition to teaching MBA courses, I have guided and supervised numerous MBA student teams in their work on company and industry projects dealing with a variety of markets.

6.      I have taught several doctoral courses. One doctoral course examines methods for conducting consumer research. It focuses on the various stages involved in a research project, including defining the problem to be investigated, selecting and developing the research approach, data collection and analysis, and deriving conclusions. A second doctoral course that I have taught deals with buyer behavior, covering such topics as buyer decision making processes, influences on purchase decisions, and persuasion. A third doctoral course that I have taught deals with buyer decision making. Prior to joining Stanford University, during the six years that I was on the faculty of the University of California at Berkeley, I taught an MBA Marketing Management course, a Ph.D. course on buyer behavior, and a Ph.D. course on buyer decision making. I also taught in various executive education programs, including a program for marketing managers in high technology companies.

7.      After completing my MBA studies and before starting the Ph.D. program, I worked for five years in a marketing capacity in a subsidiary of Motorola Inc., serving in the last

---

[1] See, e.g., S. Seggie and D. Griffith (2009), "What does it take to get promoted in marketing academia? Understanding exceptional publication productivity in the leading marketing journals," Journal of Marketing, 73, 122-132.

two years as the product marketing manager for two-way communications products. My work included (a) defining new products and designing marketing plans for new product introductions, (b) customer and competitor analysis, and (c) sales forecasting.

8. I have conducted, supervised, or evaluated well over 1,000 marketing research surveys, including many related to consumer behavior and information processing, trademark, branding, marketing strategies, and advertising-related issues. I serve on eight editorial boards, including leading journals such as the Journal of Consumer Research, Journal of Marketing Research, and the Journal of Consumer Psychology. I am also a frequent reviewer of articles submitted to journals in other fields, such as psychology, decision making, and economics. I received (twice) the Outstanding Reviewer Award from the Journal of Consumer Research. As a reviewer, I am asked to evaluate the research of scholars wishing to publish their articles in leading scholarly journals. I have also worked as a consultant for companies and organizations on a variety of marketing and buyer behavior topics. And I have served as an expert in prior litigations involving various marketing and buyer behavior issues, trademark-related matters involving confusion and dilution surveys, false advertising, branding, and other areas. A list of cases in which I provided sworn testimony during the past four years is included in Exhibit B. I am being compensated at my standard rate of $700 an hour.

9. I was asked by counsel for Hewlett-Packard Company ("HP") to conduct a consumer survey to assess (a) the materiality to prospective purchasers of HP external hard drives of disclosures that additional action is required in order to back-up certain file types, including Corel WordPerfect files, and (b) the factors and information sources purchasers consider before purchasing an external hard drive. In connection with the survey, I reviewed the documents listed in Exhibit C.

## SUMMARY OF CONCLUSIONS

10.     Following well-established survey standards, I conducted in January 2013 an online survey to assess (a) the materiality to prospective purchasers of HP external hard drives of disclosures that additional action is required in order to back-up certain file types, including Corel WordPerfect files, and (b) the factors and information sources purchasers consider before purchasing an external hard drive.  Survey participants included close to 600 California residents who indicated that they had bought during the previous 12 months or would consider buying during the subsequent 12 months an external hard drive for their computer.

11.     In the first section of the survey, respondents evaluated (the front and back of) one of four HP external hard drive product packages: (a) an original package of the HP 320 GB drive, (b) an original package of the HP 1 TB drive, (c) a revised HP 320 GB package that explicitly mentioned that additional action is needed by the user to back-up Corel WordPerfect files, and (d) a revised HP 1 TB package that explicitly mentioned that additional action is needed by the user to back-up Corel WordPerfect files. After examining the product, respondents were asked about their intention to buy it (using a standard intention-to-buy measure) and to explain their answer. This experimental design allowed us to test whether explicitly stating on the package that WordPerfect files are not automatically backed-up (until the user takes additional action) affects purchase decisions of the HP external hard drives at issue and the variability of any such effect among purchasers.

12.     Additional questions asked respondents about (a) what they liked most and least about the product, (b) the factors they consider important when purchasing an external hard drive, (c) the word processing software they use and any other word processing file types stored on their computer, (d) when buying an external hard drive, the information sources, if any, they consult, and (e) how careful they are when deciding about a new external hard drive.

13.    The survey findings lead to the following conclusions:[2]

a.  An analysis of the intention-to-buy survey results shows unambiguously that including on the package an explicit mention that user action is needed to back up Corel WordPerfect files has no impact whatsoever on the likelihood of buying the HP external hard drive. Specifically, in the group that was asked about the original 320 GB product, 63.1% said that they would either "definitely" or "probably" buy it (assuming they were looking to buy an external hard drive). By contrast, among those shown the same product with the added information regarding the need for additional user action to back up WordPerfect files, 62.8% said that they would definitely or probably buy the product. Similarly, in the group that was asked about the original 1 TB product, 64.9% said that they would either "definitely" or "probably" buy it (assuming they were looking to buy an external hard drive). By contrast, among those shown the same product with the added information regarding the need for additional user action to back up WordPerfect files, 67.8% said that they would definitely or probably buy the product.

b.  Over 90% of the respondents indicated that, before purchasing an external hard drive, they would seek information about their product options. Consulted information sources include, for example, information available through retailers' Internet sites (e.g., Amazon.com, Newegg) and search engines, consumer reviews, friends, and magazines.

c.  The survey results also show that many external hard drive purchasers are very careful when buying an external hard drive. On average, they rated their degree of care as 8.32 on a 1-10 scale. We can thus conclude based on the survey results that many external

---

[2] My assessment of the intention-to-by survey data is complete for all approximately 600 respondents. The data above involving verbal responses (i.e., to open-ended questions), however, are based on a portion of the entire sample – 356 respondents, which is a sufficient sample size for purposes of this report. Additional data from responses to the open-ended questions will be provided as necessary to supplement this report.

hard drive purchasers very carefully evaluate their options, and before buying they seek information from a variety of sources.

d. The survey results show wide variability among prospective external hard drive purchasers on key dimensions of buyer behavior, including: (a) intention to buy and the reasons for buying, (b) the level of information search and the specific sources of information that prospective purchasers consult before deciding which specific product to buy, and (c) the degree of care when making a purchase (though the average degree of care is very high).

## SURVEY METHODOLOGY

A.   Overview

14.   As indicated, my survey was designed to address the following issues:

a. Whether an explicit statement on the packages of the HP external hard drives that additional action by the user was necessary to back up Corel WordPerfect files would affect the likelihood of purchasing these external hard drives.

b. The important considerations and information sources used by external hard drive purchasers; survey respondents also indicated their degree of care when buying a product such as an external hard drive.

c. The degree of variability among prospective external hard drive purchasers with respect to purchase criteria, information search, and software used.

15.   The survey was administered via the Internet during January 2013. Survey participants were all California residents who indicated that they either purchased during the previous 12 months or would consider purchasing during the subsequent 12 months an external hard drive for their computer.

16.   The survey respondents as well as the online research firm engaged to assist me in the survey were "blind" to the purpose of the survey and the identity of its sponsor.

Similarly, those who coded the respondents' answers were "blind" to the purpose of the study and the identity of its sponsor. In addition, while many online surveys do not follow the standard of survey validation (using an independent research firm to recontact the survey respondents), the present study did include such validation. More details regarding respondent screening, the questions that were asked, the survey procedure, and the results are presented next.

17.     The entire survey questionnaire is included in Exhibit D. Screenshots of the entire questionnaire are presented in Exhibit E. The four versions of the packages shown in the first part of the survey are included in Exhibit F.


B.     Screening Criteria and Survey Universe

17.     To qualify for participation in the study, respondents had to meet the following screening criteria:

(a) They had bought during the previous 12 months or would consider buying during the subsequent 12 months an external hard drive for their computer.

(b) They do not work for market research, advertising, PR, or computer accessory companies.

(c) They are California residents.


C.     Main Questionnaire

20.     All respondents were asked the exact same questions; the only difference among the four respondent groups was the product package they were shown (in all cases, the font + 2 side panels were presented first followed by the back side): (a) 320 GB, original package, (b) 1 TB, original package, (c) 320 GB, revised text ("control"), and (d) 1 TB, revised text ("control").

21.     For the 320 GB and 1 TB packages, the following changes were made on the revised/control versions:

a.     Foreign language text was removed.

b. On the front side of the 320 GB package, the following language was added: "Supports hundreds of file types. Others such as Corel WordPerfect can be added."

c. On the back side, the following phrase was added: "Other file types such as Corel WordPerfect can be added by the user."

d. On the front side of the 1 TB package, the following language was added: "Supports hundreds of file types. Others such as Corel WordPerfect can be added."

e. On the back side of the 1 TB package, the phrasing of the first bullet point was changed to the following: "Automatic hands-free backup of hundreds of file types." And the last bullet point was changed to the following: "Automatically supports hundreds of file types – Easily add additional file types such as Corel WordPerfect files."

22. After reviewing the package, respondents were asked: "Did you carefully review all the information on the front and back of this package?" If they said "No," they were shown the package again and asked to review it. Once they indicated that they did review carefully all the package information, they were asked about their intention to buy the product. The question was the standard intention-to-buy measure:

"Assuming you were buying an external hard drive and the price of this particular product you just looked at is comparable to the price of other external hard drives available on the market, how likely would you be to buy this product? Would you say that you would *Definitely* buy it, you would *Probably* buy it, you *May* or *May Not* buy it, you would *Probably Not* buy it or you would *Definitely Not* buy it?"

After entering their answer, they were asked to explain it (followed by a probe).

23. The questions addressed the following:

a. What they liked and what they disliked about the external hard drive they saw.

b. The factors that were important to them when buying an external hard drive.

c. The word processing file types that they used.

d. Other word processing file formats stored on their computer.

e.  The word processing file formats for which they would buy an external hard drive.

f.  Whether, before buying a new computer accessory such as an external hard drive, they would try to find information about external hard drives available on the market; if so, what specific information sources they would consult.

g.  How they would rate themselves in terms of how carefully they evaluate each external hard drive product and features.

E.    Analysis and Validation

24.    Data collection was managed and supervised by Target Research Group, a highly experienced survey research firm. A validation survey was conducted by an independent research firm, Field Solutions (located in Florida). Of the 607 completed questionnaires, 522 respondents were reached (86%), a validation rate that far exceeds industry and litigation survey standards. As a result of the validation survey, 15 questionnaires were pulled from the final tally. In addition, one pulled was deleted in the editing phase, which left a net sample size of 591 respondents.

<center>SUMMARY OF KEY FINDINGS</center>

25.    The complete survey results are presented in Exhibit G. The data in Exhibit G with respect to the key question regarding the intention-to-buy the presented external hard drive includes 591 respondents. As indicated, verbal (open-ended) responses to the questions regarding the reasons behind the stated intention-to-buy and the question about consulted information sources as well as other open-ended questions are still being processed. At this point, Exhibit G includes the coded reasons for intention-to-buy and the information sources for 356 respondents. I reserve the right to supplement this report once all data analyses are

complete, though the currently available data are sufficient for supporting the stated conclusions.

26. As described in detail above, respondents were shown one of four product packages: (a) 320 GB, original package, (b) 1 TB, original package, (c) 320 GB, revised text ("control"), and (d) 1 TB, revised text ("control"). Accordingly, a comparison of the intention-to-buy means in groups (a) vs. (c) and in group (b) vs. (d) allows us to determine if the information added on the revised packages ((c) and (d)) affects the decision whether to buy the HP external hard drive; and as detailed below, it also allows us to assess the degree of variability of any such influences across purchasers of external hard drives.

27. As can be seen in Table 4 of Exhibit G, the information presented on the revised packages (explicitly mentioning the need for the user to take action in order to back-up WordPerfect files) has no impact on the decision to buy the external hard drive. In other words, this information is not material to the consumers' purchase decisions. To the extent that the added information affected some consumers (despite the lack of any overall effect), they represent a small minority of all external hard drive purchasers. Accordingly, to identify those relatively few consumers who might have been affected by the omission of explicit information regarding WordPerfect files, one would need to examine the individual circumstances of each purchaser. Tables 5 and 6 in Exhibit G present the reasons provided by respondents (so far, 356 of all respondents) regarding the reasons that led to their stated intention-to-buy. For example, respondents mentioned brand name (e.g., "HP is a good brand"), appearance of the product, and its capacity as factors that influenced their intention to buy.

28. Table 8 in Exhibit G shows that 92.6% of all respondents would seek information before deciding which external hard drive to buy. Table 9 shows the variety of information sources they rely on, such as: (a) Retailers' websites, (b) Product reviews, (c) Search engines, (d) Personal information sources (e.g., friends), (e) Consumer reviews, and (f) Magazines.

10

29.     Table 10 shows that many external hard drive purchasers are very careful when buying an external hard drive. On average, they rated their degree of care as 8.31 on a 1-10 scale. We can thus conclude based on the survey results that many consumers very carefully evaluate their options, and before buying they seek information from a variety of information sources.

<u>THE VARIABILITY IN PURCHASE CONSIDERATIONS AND BEHAVIOR AMONG EXTERNAL HARD</u>
<u>DRIVE PURCHASERS</u>

30.     The survey results show wide variability among prospective purchasers on key dimensions of buyer behavior that are directly relevant to the issues in the present case:

a. As shown in Tables 4-6 of Exhibit G, even among respondents who stated the same intention to buy the product they evaluated, the reasoning and considered factors varied widely. It is noteworthy, however, that respondents did not mention the need to take action in order to back-up WordPerfect files as a consideration. Evidently, even those who might have such files do not regard that to be a significant decision factor. We can thus conclude that external hard drive purchasers vary greatly in terms of purchase criteria, though one factor they do not regard as significant is the need to take action to backup WordPerfect files.

b. As shown in Tables 8 and 9 of Exhibit G, there is also wide variability with respect to the level of information search and the specific sources of information that prospective purchasers consult before deciding which specific external hard drive to buy.

c. As shown in Table 10, consistent with the variety of information sources relied upon by external hard drive purchasers, they also vary in their degree of care when making a purchase (though the average degree of care is very high).

Overall, it is clear from the survey data that purchasers vary greatly in terms of factors and characteristics that are directly relevant to the potential implications, if any, of the

information regarding the need to take additional action in order to back-up WordPerfect files.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed on January 18, 2013, at Burlingame, California.

Date: 1/18/2013

*I. Simonson*

Itamar Simonson, Ph.D.

# Exhibit A

Itamar Simonson

**ADDRESSES**                                                    December 2012

Home:                                                 Office:
1561 Newlands Ave.                          Graduate School of Business
Burlingame, CA 94010                             Stanford University
(650) 343-3320                              Stanford, CA 94305-5015
Cell: (650) 387-7677                              (650) 725-8981
itamar.simonson@gmail.com

**EDUCATION**

Ph.D.                     Duke University, Fuqua School of Business
                          Major: Marketing;  May 1987

M.B.A.                    UCLA,  Graduate School of Management
                          Major: Marketing;  March 1978

B.A.                      Hebrew University, Jerusalem, Israel
                          Major: Economics, Political Science;  August 1976


**ACADEMIC POSITIONS**

July 1987 - June 1993     University of California, Berkeley
                          Haas School of Business
                          Assistant Professor

July 1993 – Aug. 1996     Stanford Graduate School of Business
                          Associate Professor of Marketing

Sept. 1996 – Aug. 1999    Stanford Graduate School of Business
                          Professor of Marketing

Sept. 1999 –   Present    Stanford Graduate School of Business
                          Sebastian S. Kresge Professor of Marketing

1994 – 2000               Stanford Graduate School of Business
                          Marketing Group Head

2000, 2004, 2012          Visiting Professor of Marketing: MIT; NYU; Columbia

**AWARDS**

- Best Article in the *Journal of Consumer Research* during the period 1987-1989.
- The 1997 O'Dell Award (for the *Journal of Marketing Research* article that has had the greatest impact on the marketing field in the previous five years).
- The 2001 O'Dell Award.
- Best Article in the *Journal of Public Policy & Marketing* during the period 1993-1995.
- The 2007 Society for Consumer Psychology Distinguished Scientific Achievement Award.
- The 2002 American Marketing Association Award for the Best Article in the area of Services Marketing.
- The Association for Consumer Research 1990 "Ferber Award."
- Elected Fellow of the Association for Consumer Research.
- Runner-up/Finalist for the O'Dell Award: 1995; 2002; 2004; 2005; 2007; 2008; 2012.
- Finalist for the 2003 Paul Green Award (for the *Journal of Marketing Research* article with the greatest potential to contribute to the practice of marketing research).
- Runner-up for the 2005 *Journal of Consumer Research* Best Article Award.
- Winner in the Marketing Science Institute and Direct Marketing Association competition on "Understanding and Measuring the Effect of Direct Marketing."
- Runner-up for the 1993 *California Management Review* Best Article Award.
- National Science Foundation Grant (for 1996-8).
- Outstanding Reviewer Award, *Journal of Consumer Research*, 2005, 2009.
- Honorable Mention for the Sloan Executive Program Teaching Award (Fall 1995).
- Five years in the Berkeley School of Business "6-Point Club" (instructors with teaching ratings of 6 or more on a 7-point scale).

**TEACHING EXPERIENCE**

Stanford University:

      Marketing Management  (for MBAs and the Sloan Executive Program)
      Marketing to Businesses (for MBAs);  Technology Marketing  (for MBAs)
      Critical Analytical Thinking (for MBAs)
      Research Methods for Studying Buyer Behavior  (a Ph.D. Course)
      Decision Making  (a Ph.D. Course)
      Buyer Behavior (a Ph.D. course)

University Of California, Berkeley:

      Marketing Management (for MBAs - day and evening programs)
      Consumer Behavior and Decision Making (a Ph.D. Course)
      Various Marketing Executive Education Programs.

**BUSINESS EXPERIENCE**

October 1978-August 1983    Motorola, Inc.
Worked in an international subsidiary; responsibilities included marketing research and customer analysis, definition of new products, pricing, analysis of sales force performance, competitive intelligence, and forecasting.  Conducted studies of markets for various communications products.  Last two years served as Product Marketing Manager for communications products.

**Consulting**:

Consulted for clients from a wide range of industries such as technology, communications, services, and manufacturing sectors.
Expert witness assignments: trademark infringement, deceptive advertising, surveys, consumer behavior, marketing management, brand equity, retailing, distribution, assessment of demand drivers and feature value, and other marketing issues.

**PUBLICATIONS**

Itamar Simonson, James Bettman, Thomas Kramer, and John Payne (2013), "Comparison Selection: An Approach to the Study of Consumer Judgment and Choice," *Journal of Consumer Psychology*, 23(1), 137-149.

Itamar Simonson, James Bettman, Thomas Kramer, and John Payne (2013), "Directions for Judgment and Decision Making Research Based on Comparison Selection:  Reply to Arkes, Johnson, and Kardes," *Journal of Consumer Psychology*, 23(1), 161-3.

Itamar Simonson and Ran Kivetz (2012), "Demand Effects in Likelihood of Confusion Surveys: The Importance of Marketplace Conditions," Ch. 11 in *Trademark and False Advertising Surveys*, Edited by Shari Diamond and Jerre Swann, American Bar Association.

Thomas Kramer, Michal Maimaran, and Itamar Simonson (2012), "Asymmetric Option Effects on Ease of Choice Criticism and Defense," *OBHDP*, 117, 179-91.

Michal Maimaran and Itamar Simonson (2011), "Multiple Routes to Self Versus Other-Expression in Consumer Choice," *Journal of Marketing Research*, August, 755-66.

Itamar Simonson and Aner Sela (2011), "On the Heritability of Consumer Decision Making:  An Exploratory Approach for Studying Genetic Effects on Judgment and Choice," *Journal of Consumer Research*, 37, 951-66.

Stephen Nowlis, Ravi Dhar, and Itamar Simonson (2010), "The Effect of Decision Order on Purchase Quantity Decisions," *Journal of Marketing Research*, 40 (4), 725-737.

Chezy Ofir, Itamar Simonson, and Song-Oh Yoon (2009), "The Robustness of the Effects of Consumers' Participation in Market Research: The Case of Service Quality Evaluations," *Journal of Marketing*, 73 (November), 105-14.

Aimee Drolet, Mary Frances Luce, and Itamar Simonson (2009)," When Does Choice Reveal Preference? Moderators of Heuristic vs. Goal Based Choice," *Journal of Consumer Research*, 36 (1).

Itamar Simonson (2008), "Regarding Inherent Preferences," *Journal of Consumer Psychology*, 18, 191-196.

Itamar Simonson (2008), "Will I Like a 'Medium' Pillow? Another Look at Constructed and Inherent Preferences," *Journal of Consumer Psychology*, 18, 155-169.

Song-Oh Yoon and Itamar Simonson (2008), "The Context of Construction as a Determinant of the Strength and Stability of Consumer Preferences," *Journal of Consumer Research*, 35, September, 324-336.

Itamar Simonson (2007), "Decision Making," *Encyclopedia of Social Psychology*; Sage.

Jonah Berger, Michaela Draganska, and Itamar Simonson (2007), "The Influence of Product Variety on Brand Perceptions, Choice, and Experience," *Marketing Science*, 26, July-August, 460-72.

Nathan Novemsky, Ravi Dhar, Norbert Schwarz, and Itamar Simonson (2007), "Preference Fluency in Choice," *Journal of Marketing Research*, XLIV, 347-356.

Chezy Ofir and Itamar Simonson (2007), "The Effect of Stating Expectations on Customer Satisfaction and Shopping Experience," *Journal of Marketing Research*, February, 164-174.

Ray Fisman, Sheena Iyengar, Emir Kamenica, and Itamar Simonson (2007), "Racial Preferences in Dating," *Review of Economic Studies*, 75, 1, 117-132.

Raymond Fisman, Sheena Iyengar, Emir Kamenica, and Itamar Simonson (2006), "Gender Differences in Mate Selection: Evidence from a Speed Dating Experiment," *Quarterly Journal of Economics*, 121 (2), 673-697.

Itamar Simonson (2005), "Determinants of Customers' Responses to Customized Offers: Conceptual Framework and Research Propositions," *Journal of Marketing*, 69 (January), 32-45.

Itamar Simonson (2005), "In Defense of Consciousness: The Role of Conscious and Unconscious Inputs in Consumer Choice," *Journal of Consumer Psychology*,15(3), 211-217.

Donnel Briley, Michael Morris, and Itamar Simonson (2005), "Cultural Chameleons: Biculturals, Conformity Motives, and Decision Making," *Journal of Consumer Psychology*, 15 (4), 351-362.

Uptal Dholakia and Itamar Simonson (2005), "The Effect of Explicit Reference Points on Consumer Choice and Online Bidding Behavior," *Marketing Science*, 24, 206-17.

Itamar Simonson, Thomas Kramer, and Maia Young (2004), "Effect Propensity," *Organizational Behavior and Human Decision Processes*, 95 (November), 156-74.

Itamar Simonson and Aimee Drolet (2004), "Anchoring Effects on Consumers' Willingness-to-Pay and Willingness-to-Accept," *Journal of Consumer Research*, 31 (December), 681-90.

Ran Kivetz and Itamar Simonson (2003) "The Idiosyncratic Fit Heuristic: The Role of Effort Advantage in Consumer Response to Loyalty Programs," *Journal of Marketing Research*, 40 (November), 454-67.

Dan Ariely and Itamar Simonson (2003), "Buying, Bidding, Playing, or Competing? Value Assessment and Decision Dynamics in Online Auctions," *Journal of Consumer Psychology*, 13(1&2), 113–123.

Ravi Dhar and Itamar Simonson (2003), "The Effect of Forced Choice on Choice," *Journal of Marketing Research*, 40 (May), 146-60.

Ran Kivetz and Itamar Simonson (2002), "Self Control for the Righteous: Toward a Theory of Luxury Pre-Commitment," *Journal of Consumer Research*, 29 (September), 199-217.

Ran Kivetz and Itamar Simonson (2002), "Earning the Right to Indulge: Effort as a Determinant of Customer Preferences Toward Frequency Program Rewards," *Journal of Marketing Research*, 39 (May), 155-70.

Chezy Ofir and Itamar Simonson (2001), "In Search of Negative Customer Feedback: The Effect of Expecting to Evaluate on Satisfaction Evaluations," *Journal of Marketing Research*, 38 (May), 170-82.

Itamar Simonson, Ziv Carmon, Ravi Dhar, Aimee Drolet, and Stephen Nowlis (2001), "Consumer Research: In Search of Identity," *Annual Review of Psychology*, 52, 249-275.

Donnel Briley, Michael Morris, and Itamar Simonson (2000), "Reasons as Carriers of Culture: Dynamic Vs. Dispositional Models of Cultural Influence on Decision Making," *Journal of Consumer Research*, 27 (September), 157-178.

Aimee Drolet, Itamar Simonson, and Amos Tversky (2000), "Indifference Curves that Travel with the Choice Set," *Marketing Letters*, 11(3), 199-209.

Stephen Nowlis and Itamar Simonson (2000), "Sales promotions and the Choice Context as Competing Influences on Consumer Decision Making," *Journal of Consumer Psychology*, 9(1), 1-17.

Ran Kivetz and Itamar Simonson (2000), "The Effect of Incomplete Information on Consumer Choice," *Journal of Marketing Research*, 37(4), 427-48.

Itamar Simonson and Stephen Nowlis (2000), "The Effect of Explaining and Need for Uniqueness on Consumer Decision Making:  Unconventional Consumer Choices Based on Reasons," *Journal of Consumer Research*, 27 (June), 49-68.

Itamar Simonson (1999), "The Effect of Product Assortment on Consumer Preferences," *Journal of Retailing*, 75(3), 347-70.

Ravi Dhar and Itamar Simonson (1999), "Making Complementary Choices in Consumption Episodes:  Highlighting Versus Balancing" *Journal of Marketing Research*, 36 (February), 29-44.

Houghton, David, ..., and Itamar Simonson (1999), "Correction Processes in Consumer Choice," *Marketing Letters*, 10(2),107-112.

Ziv Carmon and Itamar Simonson (1998), "Price-Quality Tradeoffs in Choice Versus Matching: New Insights into the Prominence Effect," *Journal of Consumer Psychology*, 7(4), 323-343.

Stephen Nowlis and Itamar Simonson (1997), "Attribute–Task Compatibility as a Determinant of Consumer Preference Reversals," *Journal of Marketing Research*, 34 (May), 205-218.

Joel Huber, ..., and Itamar Simonson (1997), "Thinking About Values in Prospect and Retrospect: Maximizing Experienced Utility," *Marketing Letters*, 7, 324-334.

Stephen Nowlis and Itamar Simonson (1996), "The Impact of New Product Features on Brand Choice," *Journal of Marketing Research*, 33 (February), 36-46.

Itamar Simonson (1994), "Trademark Infringement from the Buyer Perspective: Conceptual Analysis and Measurement Implications," *Journal of Public Policy and Marketing*, 13(2), 181-199.

Itamar Simonson (1994), "An Empirical Investigation of the Meaning and Measurement of Genericness," *Trademark Reporter*, 84 (2), 199-223.

Itamar Simonson, Ziv Carmon, and Suzanne O'Curry (1994), "Experimental Evidence on the Negative Effect of Product Features and Sales Promotions on Brand Choice," *Marketing Science*, 13 (1), 23-40.

Itamar Simonson (1993), "Get Closer to Your Customers by Understanding How They Make Choices," *California Management Review*, 35 (4), 68-84.

Itamar Simonson (1993), "The Effect of Survey Method on Likelihood of Confusion Estimates: Conceptual Analysis and Empirical Test," *Trademark Reporter*, 83 (3), 364-393.

Itamar Simonson, Stephen Nowlis, and Katherine Lemon (1993), "The Effect of Local Consideration Sets on Global Choice Between Lower Price and Higher Quality," *Marketing Science*, 12 (4), 357-377.

Itamar Simonson, Stephen Nowlis, and Yael Simonson (1993), "The Effect of Irrelevant Preference Arguments on Consumer Choice," Journal of Consumer Psychology, 2 (3), 287-306.

Eldar Shafir, Itamar Simonson, and Amos Tversky (1993), "Reasons-Based Choice," *Cognition*, 49, 11-36.

Amos Tversky and Itamar Simonson (1993), "Context-Dependent Preferences," *Management Science*, 39 (10), 1179-1189.

Itamar Simonson (1992), "Influences of Anticipating Regret and Responsibility on Purchase Decisions," *Journal of Consumer Research*, 19 (June), 105-118.

Itamar Simonson and Peter Nye (1992), "The Effect of Accountability on Susceptibility to Decision Errors", *Organizational Behavior and Human Decision Processes*, 51 (3), 416-446.

Itamar Simonson and Amos Tversky (1992), "Choice in Context: Tradeoff Contrast and Extremeness Aversion," *Journal of Marketing Research*, 29 (August), 281-295.

Itamar Simonson and Barry Staw (1992), "De-Escalation Strategies: A Comparison of Techniques for Reducing Commitment to Losing Courses of Action," *Journal of Applied Psychology*, 77 (4), 419-426.

Itamar Simonson and Russell S. Winer (1992), "The Influence of Purchase Quantity and Display Format on Consumer Preference for Variety", *Journal of Consumer Research*, 19 (June), 133-138.

Ravi Dhar and Itamar Simonson (1992), "The Effect of the Focus of Comparison on Consumer Preferences," *Journal of Marketing Research*, 29 (November), 430-440.

William T. Ross and Itamar Simonson (1991), "Evaluations of Pairs of Experiences: A Preference for Happy Endings," *Journal of Behavioral Decision Making*, 4(4), 273-282.

Itamar Simonson (1991), "The Effect of Buying Decisions on Consumers' Assessments of Their Tastes", *Marketing Letters*, 2, 1, 5-14.

Itamar Simonson (1990), "The Effect of Purchase Quantity and Timing on Variety Seeking Behavior," *Journal of Marketing Research*, 27 (May), 150-162.

Itamar Simonson (1989), "Choice Based on Reasons: The Case of Attraction and Compromise Effects," *Journal of Consumer Research*, 16 (September), 158-174.

Itamar Simonson, Joel Huber, and John Payne (1988), "The Relationship Between Prior Brand Knowledge and Information Acquisition Order", *Journal of Consumer Research*, (March), 14,4, 566-78.

## ARTICLES UNDER REVIEW

Itamar Simonson and Emanuel Rosen, "Consumer Decision Making in an Information-Rich Socially-Intensive Environment."

Leilei Gao, Yanliu Gao, and Itamar Simonson, "Tipping Points in Consumer Choice:  More than Two Is Where Collections Start."

Leilei Gao and Itamar Simonson, "Buying First and Choosing First: The Impact of Decision-Making Order on Consumer Choice"

Leilei Gao and Itamar Simonson, " The Role of Decision Order and Product Assortment in Consumer Purchase Likelihood."

Aner Sela, Itamar Simonson, and Ran Kivetz, "Beating the Market: The Allure of Unintended Value."

Aner Sela and Itamar Simonson, "Perceptions of Value: The Effect of Context, Mindset, and Deliberation."

C. Ofir, I. Simonson, O. Grossman, A. Hasdia, and M. Rachamim, "The Impact of Ethnic Minority Solidarity on Service Evaluations."

**Doctoral Dissertations Chaired:**

Ravi Dhar (Chaired Professor, Yale U.)
Aimee Drolet (Chaired Professor, UCLA)
Stephen Nowlis (Chaired Professor, Washington U., St. Louis)
Ziv Carmon (Professor, INSEAD)
Ran Kivetz (Chaired Professor, Columbia U.)
Donnel Briley (Professor, U.O. Sydney)
Thomas Kramer (Tenured Associate Professor, U.O. South Carolina)
Wendy Liu (Assistant Professor, U.O. Calif., San Diego)
Sanjay Sood (Tenured Associate Professor, UCLA)
Song-Oh Yoon (Assistant Professor, Korea U.)
Michal Maimaran (Visiting Assistant Professor, Kellogg School).
Leilei Gao (Assistant Professor, Chinese University, Hong Kong).
Aner Sela (Assistant Professor, U. O. Florida)
Jonah Berger (Assistant Professor, Wharton School, U.O. Penn.)

**EDITORIAL ACTIVITIES**

Editorial Boards: *Journal of Marketing Research, Journal of Consumer Psychology, Journal of Marketing, Journal of Consumer Research, Journal of Behavioral Decision Making, International Journal of Research in Marketing, Journal of Marketing in Emerging Economies, Marketing Letters, Journal of Academy of Marketing Science,Review o f Marketing Research.*

Reviewer for *Marketing Science, Journal of Economic Behavior and Organization, Science, Management Science, Journal of Retailing and Consumer Services, Journal of Marketing, Journal of Retailing, Organizational Behavior and Human Decision Processes, Journal of Experimental Psychology, Psychological Review, Psychological Bulletin, Journal of Personality and Social Psychology, Psychological Science, California Management Review, Journal of Economic Psychology, European Journal of Social Psychology, Journal of Judgment and Decision Making, Medical Decision Making,* and National Science Foundation.

**PROFESSIONAL AFFILIATIONS**

Association for Consumer Research
Judgment and Decision Making Society
American Psychological Society

**PERSONAL DATA**

Birth Date:          December 25, 1951
Marital Status:    Married, 2 children

# Exhibit B

EXHIBIT B

## Cases in which Dr. Itamar Simonson Testified as an Expert at Trial (including written expert reports submitted to the court) or by Deposition in the Past Four Years

1. Ann Castello et al. v. Allianz Life Insurance Company of North America and LifeUSA Insurance Co. (State of Minnesota, Country of Hennepin; MC 03-20405) (settled before trial).

2. Tokyo Broadcasting System v. ABC, Inc. and Endemol USA (Cent. Dist. of CA; CV 08-06550-MAN) (deposition).

3. Environmental World Watch, Inc. v. Procter & Gamble Distributing Co. et al. (also referred to as, State of California v. Frito Lay et al.) (Superior Court of the State of California for the County of Los Angeles; Case No.: 337618) (deposition).

4. Tamares Las Vegas Properties v. The El-Ad Group (Dist. Court, Clark County, Nevada; case # A546046) (trial).

5. The Sugar Association v. McNeil Nutritionals (Central Dist. of Calif., West. Div., CV 04-10077 DSF) (deposition).

6. Champagne Louis Roederer v. J. Garcia Carrion, S.A. and CIV USA (US Dist. of Minnesota; 06-CV-213 JNE/SRN) (trial).

7. Johnson & Johnson v. The American Red Cross et al. (S.D.N.Y. 07 CV 7061) (deposition)

8. BDO Remit v. Stichting BDO (Cent. Dist. CA West. Div., 1104054 MMM) (trial).

9. Hardy Life LLC v. Nervous Tattoo, Inc. et al. (USDC, Cent. Dist. of CA; CV08-03524-PA).

10. High Voltage Beverages v. The Coca-Cola Company (West. Dist. of NC; 3:08-CV-367) (deposition).

11. Hansen Beverage Company v. CytoSport, Inc. (Cent. Dist. of CA.; CV-09-0031 VBF) (deposition)

12. THOIP v. The Walt Disney Company et al. (S.D.N.Y., 08 Civ. 6823 (SAS) (deposition)

13. In the Matter of the Motor Fuel Temperature Litigation (Dist. of Kansas; 07-MD-1840-KHV) (deposition).

14. The Hershey Company v. Promotion in Motion (Dist. of NJ; 07-CV-1601) (trial)

15. Hansen Beverage Company v. Vital Pharmaceutical (South. Dist. of CA; 08CV-1545 IEG) (deposition)

16. Keurig, Incorporated v. Sturm Foods, inc. (Dist. of Del.; 10-cv-008411490) (deposition)

17. People's United Bank v. PeoplesBank (US Dist. of CT; 08-cv-01858). (trial)

- 1 -

18.     Veronica Gutierrez et al. v. Wells Fargo Bank (N. Dist. of CA; c 07-05923 WHA) (trial).

19.     Quia Corp. v. Mattel, Inc. (North. Dist. of CA; C 10-1092 JF) (deposition).

20.     Sharp Corp. v. Dell, Inc. (Dist. of NJ; 08-CV-05088) (deposition).

21.     National Franchisee Association v. Burger King Corp. (S.D. of Florida; 09-23435-CIV-Moore/Simonton) (deposition).

22.     Cindy Maxwell et al. v. Toys "R" Us (CA Superior Court, County of Los Angeles; No. BC 401425) (trial).

23.     Prophet Capital Management Ltd. v. Prophet Equity LLC (West. Dist. of Texas, Austin Div.; 09-CA-316LY) (deposition).

24.     Fresh Del Monte Produce v. Del Monte Corp. (S.D. N.Y.; 08- Civ-8718(SHS)) (trial).

25.     WiLan v. Acer et al. (East. Dist. of Texas, Marshall Div.; 07cv474).

26.     Dongguk University v. Yale University (Dist.  of CT; 3:08-CV-00441). (deposition)

27.     Sara Lee Corp. v. Kraft Foods, Inc. (North. Dist. of IL; 09 C 3039). (trial)

28.     Aurora World, Inc. v. Ty, Inc. (Cent. Dist. of CA; 09-08463 MMM). (depositions)

29.     Gucci America, Inc. v. Guess?, Inc. (S.D.N.Y.; 09-cv-4373).

30.     Millenium Laboratories, Inc. v. Ameritox, LTD. (US Dist. of Maryland, North. Div.; 10-cv-3327) (deposition)

31.     Ashley Furniture Industries v. American Signature, Inc. (So. Dist. Ohio, E. Div.; 1-427) (deposition)

32.     Gerber Scientific International v. Roland DGA Corp. (Dist. of CT; 3:06-cv- 02024-CFD) (deposition)

33.     Playtex Products, LLC v. Munchkin, Inc. (Cent. Dist. CA; CASE NO. CV 11-0503 AHM (RZX) (trial)

34.     Tria Beauty, Inc. v. Radiancy, Inc. (No. Dist. of CA, SF Div.; C 10-5030 RS).

35.     (on behalf of Sound Exchange) In the Matter of Determination of Rates and Terms for Preexisting Subscription Services and Satellite Digital Audio Radio Services (United States Copyright Judges, Washington, D.C., trial).

36.     Timelines, Inc. v. Facebook, Inc. (No. Dist. of IL., 11 CV 6867) (deposition)

Exhibit B
Page 10

# Exhibit C

EXHIBIT C

DOCUMENTS REVIEWED BY DR. SIMONSON

1. Plaintiff's Second Amended Complaint

2. The Court's 12/16/11 Order Denying HP's Motion to Dismiss

3. Plaintiff's Responses to HP's Interrogatories

4. Plaintiff's Motion for Class Certification, the Declaration of Robert Waller in Support, the Declaration of Brian Barnhorst in Support, the Memorandum of Law in Support, and the Exhibits filed with these papers

5. Transcript from the Deposition of Robert A. Waller, Jr.

6. Transcript from the Deposition of Karen Waller

7. SimpleSave box art

Exhibit C

Page 11

# Exhibit D

FINAL 1-3-13

### #13005 HARD DRIVE STUDY

### - SCREENER -

**(QUESTION 10)**
Today we are interviewing people about computer accessories. Please take a few moments to complete our questions; we are sure you will find it interesting.

*{PROGRAMMER: GENDER QUOTA: PER CELL: 50% MALES AND 50% FEMALES}*
**(QUESTION 20)**
What is your gender? **(Select one response)**

1: Male
2: Female

*{PROGRAMMER: PER CELL: AGE QUOTAS:WITHIN GENDER: ½ 18-44 AND ½ 45+}*
*{Programming Note: IF Response 1 ('Under 18'), terminate.}*
**(QUESTION 30)**
Which of the following groups listed below includes your age? **(Select one response)**

01: Under 18
02: 18 - 34 ⎤
03:3 5 - 44 ⎦ [ 1/2 ]
04:4 5 - 59 ⎤
05:6 0 or older ⎦ [ 1/2 ]

*{PROGRAMMER: MUST LIVE IN CALIFORNIA; IF NOT, TERMINATE}*
**(QUESTION 35)**
In which of the following states do you live? **(Select one response)**
*{PROGRAMMER: SHOW DROP DOWN STATE LIST}*

**(QUESTION 40)**
*{Programming Note: Response 4 ('None of these'), must be selected to continue. Otherwise, terminate.}*
Do you, or does any member of your household currently work for any of the following? **(Select all that apply)**

1: An advertising, public relations or marketing agency or advertising department of a company
2: A market research firm or a marketing research department of a company
3: A company that makes or distributes computer accessories
4: None of these

*{PROGRAMMER:  MUST be Response 3 to qualify and continue; All others, terminate}*
**(QUESTION 50)**
First, which, if any, of the following products and services did you buy during the past 12 months or would consider buying for yourself or your household in the next 12 months? **(SELECT ALL THAT APPLY)**
1: A new tablet
2: Satellite TV service
3: An external hard drive for your computer
4: None of these

© TARGET RESEARCH GROUP INC., 2013

13005 Questionnaire.doc

Exhibit D
Page 12

**(QUESTION 60)**
Thank you, you qualify for this study.
Now, we need you to provide us with your name and phone number so we can call you to verify that you participated in this survey.

Your name and phone number and your responses to this survey will be kept completely confidential. We will <u>not</u> be calling to sell you anything; we will <u>only</u> call to <u>verify</u> your participation.

When we verify your participation, you will receive your _____.

Please record your name and phone number below:

Name_____
Phone Number: (__ __ __)  __ __ __-__ __ __ __


*{PROGRAMMER: IF NAME AND/OR PHONE NUMBER ARE LEFT BLANK IN Q60, ASK Q65}*
**(QUESTION 65)**
*{<u>Programming Note</u>: Need to keep track of qualifying terminates at this question}*
Are you sure that you do not want to enter your name and phone number and continue with the survey?
01 Yes, want to continue—*Programmer-repeat screen at Q60 and then continue with Q65.*
02 No , do not want to continue survey—*Programmer, terminate interview and count as qualifying terminate*


**(QUESTION 70)**
If you wear eyeglasses or contacts while using the computer, can you please put them on now.

©  TARGET RESEARCH GROUP INC., 2013

13005 Questionnaire.doc

MAIN QUESTIONNAIRE

(QUESTION 80)
You will now see the package of an external hard drive.  After you carefully review the information on the package, we will ask you questions about it.

For each question, if you don't know or don't have an answer, please don't guess, just indicate that you "don't know" or "don't have an answer" by <u>typing in the words "don't know"</u> and it will go on to the next question.  Also, you should complete this survey without stopping in the middle, and please make sure <u>not</u> to consult anyone and <u>not</u> open another browser while working on this survey.

(QUESTION 90)
Suppose that you want to buy an external hard drive for your computer.  The store you go to carries the product you will see next.  You will see the package of the product and the information describing the external hard drive.

(QUESTION 100)
You will see the package in two parts: First, you will see the FRONT of the package.  Please click on the ">>" below and review the information on the front of the package.  After you are done reviewing the front of the package, click on the word "continue" and you will then see the BACK of the package.

(QUESTION 105)
*{PROGRAMMER: INSERT...*
*PACKAGE FRONT "A-1" FOR CELL 1 <u>OR</u>*
*PACKAGE FRONT "B-1" FOR CELL 2 <u>OR</u>*
*PACKAGE FRONT "C-1" FOR CELL 3 <u>OR</u>*
*PACKAGE FRONT "D-1" FOR CELL 4}*
*{PROGRAMMER—HAVE A "CONTINUE WHEN READY" OPTION AT BOTTOM OF PACKAGE A-1, B-1, C-1, D-1}*

(QUESTION 108)
*{PROGRAMMER: INSERT...*
*PACKAGE BACK "A-2" FOR CELL 1 <u>OR</u>*
*PACKAGE BACK "B-2" FOR CELL 2 <u>OR</u>*
*PACKAGE BACK "C-2" FOR CELL 3 <u>OR</u>*
*PACKAGE BACK "D-2" FOR CELL 4}*
*{PROGRAMMER—HAVE A "CONTINUE WHEN READY" OPTION AT BOTTOM OF PACKAGE A-2, B-2, C-2, D-2}*

*{PROGRAMMER: IF RESPONSE 1, ASK Q1 20; OTHERWISE, SKIP T O Q115}*
(QUESTION 110)
Did you carefully review all the information on the front and back of this package?  **(Select one response)**

1: Yes
2: No
3: Don't know

(QUESTION 115)
Please take your time to review all the information on this package.

*{PROGRAMMER: INSERT APPROPRIATE PACKAGE FRONT AND BACK <u>AGAIN</u> AND THEN REPEAT Q110}*

©  TARGET RESEARCH GROUP INC., 2013

Exhibit D
Page 14

4

**(QUESTION 120)**
Assuming you were buying an external hard drive and the price of this particular product you just looked at is comparable to the price of other external hard drives available on the market, how likely would you be to buy this product?  Would you say that you would *Definitely* buy it, you would *Probably* buy it, you *May* or *May Not* buy it, you would *Probably Not* buy it or you would *Definitely Not* buy it? **(Select one response)**

1: Definitely buy it
2: Probably buy it
3: May or May not buy it
4: Probably not buy it
5: Definitely not buy it

*{Programmer: INSERT ANSWER FROM Q120}*
**(QUESTION 125)**
What makes you say that you would **(INSERT ANSWER FROM Q120)**?  Please type your answer below.  Please be specific and include details.

```
```

*{Programmer: INSERT ANSWER FROM Q120; Q128 CAN BE BLANK, IF SO, SKIP TO Q130}*
**(QUESTION 128)**
What else, if anything, makes you say that you would **(INSERT ANSWER FROM Q120)**?  Please type your answer below.  Please be specific and include details.

```
```

**(QUESTION 130)**
What do you like most about the external hard drive you just saw?  Please type your answer below. Please be specific and include details.

```
```

*{Programmer: Q132 CAN BE BLANK, IF SO, SKIP TO Q140}*
**(QUESTION 132)**
What else, if anything, do you like about the external hard drive you just saw?  Please type your answer below.  Please be specific and include details.

```
```

**(QUESTION 140)**
What do you like least about the external hard drive you just saw?  Please type your answer below. Please be specific and include details.

```
```

© TARGET RESEARCH GROUP INC., 2013

13005 Questionnaire.doc

5

**(QUESTION 142)**
What else, if anything, do you dislike about the external hard drive you just saw?  Please type your answer below.  Please be specific and include details.

> [blank box]

*{PROGRAMMER: IF ALL 4 FACTORS/CONSIDERATIONS FILLED IN AT Q150, ASK Q155; OTHERWISE, SKIP TO Q160; IF "NONE" OR "DON'T KNOW" TYPED IN, SKIP TO Q160}*
**(QUESTION 150)**
What factors or considerations are important to you when buying an external hard drive?
Please type EACH factor/consideration on a separate line below, and be as specific as possible.

First factor/consideration:_____

Second factor/consideration:_____

Third factor/consideration:_____

Fourth factor/consideration:_____

*{Programmer: Q155 CAN BE LEFT BLANK; IF SO, CONTINUE WITH Q160}*
**(QUESTION 155)**
Any other factors you would consider if you were buying an external hard drive?
Please type EACH factor/consideration on a separate line below, and be as specific as possible.

Fifth factor/consideration:_____

Sixth factor/consideration:_____

Seventh factor/consideration:_____

Eighth factor/consideration:_____

*{PROGRAMMER: IF "DON'T KNOW" IN Q160, SKIP TO Q180}*
**(QUESTION 160)**
What word processing software have you used; that is, what is the name of the word processing software that you have used?
Please type your answer below.  Please be specific.

> [blank box]

*{Programmer: Q165 CAN BE LEFT BLANK; IF SO, CONTINUE WITH Q170}*
**(QUESTION 165)**
Any other word processing software that you have used?
Please type your answer below.  Please be specific.

> [blank box]

© TARGET RESEARCH GROUP INC., 2013

6

*{PROGRAMMER: IF "1" IN Q170, ASK Q173; OTHERWISE, SKIP TO Q180}*
(QUESTION 170)
Aside from **(INSERT ANSWER FROM Q.160 AND 165)**, are there or aren't there other word processing file formats or types that are stored on your computer for which you would buy an external hard drive? **(Select <u>one</u> response)**
1: Yes, there are
2: No, there aren't
3: Don't know


(QUESTION 173)
For which word processing file formats or types that are stored on your computer, would you buy an external hard drive?
Please type your answer below.  Please be specific.

```



```

*{PROGRAMMER: IF "1" IN Q180, ASK Q183; OTHERWISE, SKIP TO Q190}*
(QUESTION 180)
Before buying a new computer accessory such as an external hard drive, would you or wouldn't you try to find information about external hard drives available on the market?  **(Select <u>one</u> response)**
1: Yes, Iw ould
2: No, I wouldn't
3: Don't know


(QUESTION 183)
Where or from which information sources would you look for information about external hard drives?
Please type your answer below.  Please be specific and include details.

```



```

*{Programmer: Q185 CAN BE LEFT BLANK; IF SO, CONTINUE WITH Q190}*
(QUESTION 185)
Any other information sources you would consult before deciding which external hard drive to buy?
Please type your answer below.  Please be specific and include details.

```



```

(QUESTION 190)
When buying a product like an external hard drive, using a scale from 1 to 10 where 1=Not careful at all and 10=Very careful, how would you rate yourself in terms of how carefully you evaluate each product option and its features? **(SELECT <u>ONE</u> RESPONSE)**

| Not Careful At <u>All</u> 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | Very <u>Careful</u> 10 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |


(QUESTION 200)
Thank you for completing this survey.

© TARGET RESEARCH GROUP INC., 2013

13005 Questionnaire.doc

# Exhibit E









Do you, or does any member of your household currently work for any of the following?

Please select all that apply.

☐ An advertising, public relations or marketing agency or advertising department of a company
☐ A market research firm or a marketing research department of a company
☐ A company that makes or distributes computer accessories
○ None of these

**carbon**view

©2013 Carbonview Research, Inc.

First, which, if any, of the following products and services did you buy during the past 12 months or would consider buying for yourself or your household in the next 12 months?

Please select all that apply.

- A new tablet
- Satellite TV service
- An external hard drive for your computer
- None of these

carbonview

©2009 Carbonview Research, Inc.













carbonview.com
Search
Share
More »
Sign In
questions | comments | need help
SimpleSave
PORTABLE HARD DRIVE
DISQUE DUR PORTABLE
• Automatic, hands-free backup
• No software to install, no files to select
• Frequent backup update of changed files
• Back up and restore multiple computers
• Automatically supports most file types
• Sauvegarde instantanée sans mains
• Aucun logiciel à installer, aucun fichier à sélectionner
• Sauvegarde fréquente des fichiers modifiés
• Sauvegarde et restauration de plusieurs ordinateurs
• Prise en charge automatique de la plupart des types de fichiers
• Copia de seguridad automática sin usar las manos
• Sin software que instalar ni archivos que seleccionar
• Actualización frecuente de la copia de seguridad de los archivos modificados
• Copia de seguridad y restauración de múltiples sistemas
• Admite automáticamente la mayoría de tipos de archivos
• Cópia de segurança automática e de mãos livres
• Não é necessário instalar qualquer software, nem seleccionar qualquer ficheiro
• Actualizações frequentes das cópias de segurança dos ficheiros alterados
• Efectua a cópia de segurança e restaura vários computadores
• Suporta automaticamente a maioria dos tipos de ficheiro
10:34 AM





Assuming you were buying an external hard drive and the price of this particular product you just looked at is comparable to the price of other external hard drives available on the market, how likely would you be to buy this product? Would you say that you would *Definitely buy* it, you would *Probably buy* it, you *May or May Not buy* it, you would *Probably Not buy* it or you would *Definitely Not buy it*?

Please select an answer.

- ○ Definitely buy it
- ○ Probably buy it
- ○ May or May not buy it
- ○ Probably not buy it
- ○ Definitely not buy it

**carbonview**

©2010 Carbonview Research, Inc.





















Aside from **Microsoft Word and WordPerfect**, are there or aren't there other word processing file formats or types that are stored on your computer (or which you would buy an external hard drive?

Please select an answer.

○ Yes, there are
○ No, there aren't
○ Don't know

carbonview

©2011 Carbonview Research, Inc.

questions | comments | need help



Before buying a new computer accessory such as an external hard drive, would you or wouldn't you try to find information about external hard drives available on the market?

Please select an answer.

- ◯ Yes, I would
- ◯ No, I wouldn't
- ◯ Don't know

questions | consents | next | help

carbonview
©2003 Carbonview Research, Inc.







# Exhibit F





**HP**

SimpleSave
PORTABLE HARD DRIVE
DISQUE DUR PORTABLE

- Automatic, hands-free backup
- No software to install, no files to select
- Frequent backup update of changed files
- Back up and restore multiple computers
- Automatically supports most file types

- Sauvegarde instantanée sans mains
- Aucun logiciel à installer, aucun fichier à sélectionner
- Sauvegarde fréquente des fichiers modifiés
- Sauvegarde et restauration de plusieurs ordinateurs
- Prise en charge automatique de la plupart des types de fichiers

- Copia de seguridad automática sin usar las manos
- Sin software que instalar ni archivos que seleccionar
- Actualización frecuente de la copia de seguridad de los archivos modificados
- Copia de seguridad y restauración de múltiples sistemas
- Admite automáticamente la mayoría de tipos de archivos

- Cópia de segurança automática e de mãos livres
- Não é necessário instalar qualquer software, nem seleccionar qualquer ficheiro
- Actualizações frequentes das cópias de segurança dos ficheiros alterados
- Efectue a cópia de segurança e restaura vários computadores
- Suporta automaticamente a maioria dos tipos de ficheiro









- Automatic, hands-free backup
- No software to install, no files to select
- Frequent backup update of changed files
- Back up and restore multiple computers
- Automatically supports most file types. Other file types such as Corel WordPerfect can be added by the user.





# Exhibit G

8 January 2013

Page 1

TARGET RESEARCH GROUP INC.
HARD DRIVE STUDY (#103-13005)

| Page | Table | Title |
|------|-------|-------|
| 1 | 1 | Q.20/30 GENDER/AGE |
| 3 | 2 | Q.35 STATE OF RESIDENCE |
| 4 | 3 | Q.50 WHICH, IF ANY, OF THE FOLLOWING PRODUCTS AND SERVICES DID YOU BUY DURING THE PAST 12 MONTHS OR WOULD CONSIDER BUYING FOR YOURSELF OR YOUR HOUSEHOLD IN THE NEXT 12 MONTHS? |
| 5 | 4 | Q.120 ASSUMING YOU WERE BUYING AN EXTERNAL HARD DRIVE AND THE PRICE OF THIS PARTICULAR PRODUCT YOU JUST LOOKED AT IS COMPARABLE TO THE PRICE OF OTHER EXTERNAL HARD DRIVES AVAILABLE ON THE MARKET, HOW LIKELY WOULD YOU BE TO BUY THIS PRODUCT? |
| 6 | 5 | Q.125/128-1 WHAT MAKES YOU SAY THAT YOU WOULD BUY IT? WHAT ELSE? - POSITIVE PURCHASE INTEREST - |
| 14 | 6 | Q.125/128-2 WHAT MAKES YOU SAY THAT YOU WOULD NOT BUY IT? WHAT ELSE? - NEUTRAL/NEGATIVE PURCHASE INTEREST - |
| 21 | 7 | Q.170 ASIDE FROM THE WORD PROCESSING SOFTWARE(S) PREVIOUSLY MENTIONED, ARE THERE OR AREN'T THERE ANY OTHER WORD PROCESSING FILE FORMATS OR TYPES THAT ARE STORED ON YOUR COMPUTER FOR WHICH YOU WOULD BUY AN EXTERNAL HARD DRIVE? |
| 22 | 8 | Q.180 BEFORE BUYING A NEW COMPUTER ACCESSORY SUCH AS AN EXTERNAL HARD DRIVE, WOULD YOU OR WOULDN'T YOU TRY TO FIND INFORMATION ABOUT EXTERNAL HARD DRIVES AVAILABLE ON THE MARKET? |
| 23 | 9 | Q.183/185 WHERE OR FROM WHICH INFORMATION SOURCES WOULD YOU LOOK FOR INFORMATION ABOUT EXTERNAL HARD DRIVES? ANY OTHER INFORMATION SOURCES YOU WOULD CONSULT BEFORE DECIDING WHICH EXTERNAL HARD DRIVE TO BUY? |
| 28 | 10 | Q.190 WHEN BUYING A PRODUCT LIKE AN EXTERNAL HARD DRIVE, USING A SCALE FROM 1 TO 10 WHERE 1=NOT CAREFUL AT ALL AND 10=VERY CAREFUL, HOW WOULD YOU RATE YOURSELF IN TERMS OF HOW CAREFULLY YOU EVALUATE EACH PRODUCT OPTION AND ITS FEATURES? |

TARGET RESEARCH GROUP INC.
HARD DRIVE STUDY (#103-13005)

Q.20/30 GENDER/AGE

| | TOTAL | HP 320GB PCKGE | HP 1 TB PCKGE | HP 320GB PACKGE WORD CHANGE | HP 1 TB PACKGE WORD CHANGE |
|---|---|---|---|---|---|
| TOTAL RESPONDENTS | 591 | 149 | 148 | 148 | 146 |
| MALES (NET) | 291 49.2 | 73 49.0 | 72 48.6 | 74 50.0 | 72 49.3 |
| 18 - 44 (SUBNET) | 157 26.6 | 39 26.2 | 38 25.7 | 39 26.4 | 41 28.1 |
| 18 - 34 | 103 17.4 | 24 16.1 | 22 14.9 | 28 18.9 | 29 19.9 |
| 35 - 44 | 54 9.1 | 15 10.1 | 16 10.8 | 11 7.4 | 12 8.2 |
| 45 OR OLDER (SUBNET) | 134 22.7 | 34 22.8 | 34 23.0 | 35 23.6 | 31 21.2 |
| 45 - 59 | 86 14.6 | 26 17.4 | 17 11.5 | 23 15.5 | 20 13.7 |
| 60 OR OLDER | 48 8.1 | 8 5.4 | 17 11.5 | 12 8.1 | 11 7.5 |
| FEMALES (NET) | 300 50.8 | 76 51.0 | 76 51.4 | 74 50.0 | 74 50.7 |
| 18 - 44 (SUBNET) | 159 26.9 | 40 26.8 | 40 27.0 | 39 26.4 | 40 27.4 |
| 18 - 34 | 117 19.8 | 35 23.5 | 29 19.6 | 29 19.6 | 24 16.4 |
| 35 - 44 | 42 7.1 | 5 3.4 | 11 7.4 | 10 6.8 | 16 11.0 |
| 45 OR OLDER (SUBNET) | 141 23.9 | 36 24.2 | 36 24.3 | 35 23.6 | 34 23.3 |
| 45 - 59 | 99 16.8 | 25 16.8 | 24 16.2 | 23 15.5 | 27 18.5 |
| 60 OR OLDER | 42 7.1 | 11 7.4 | 12 8.1 | 12 8.1 | 7 4.8 |

Page 2

Table 1

TARGET RESEARCH GROUP INC.
HARD DRIVE STUDY (#103-13005)

Q.20/30 GENDER/AGE

| | TOTAL | HP 320GB PCKGE | HP 1 TB PCKGE | HP 320GB PACKGE WORD CHANGE | HP 1 TB PACKAGE WORD CHANGE |
|---|---|---|---|---|---|
| TOTAL RESPONDENTS | 591 | 149 | 148 | 148 | 146 |
| | | | | | |
| TOTAL | | | | | |
| 18 - 44 (NET) | 316 53.5 | 79 53.0 | 78 52.7 | 78 52.7 | 81 55.5 |
| 18 - 34 | 220 37.2 | 59 39.6 | 51 34.5 | 57 38.5 | 53 36.3 |
| 35 - 44 | 96 16.2 | 20 13.4 | 27 18.2 | 21 14.2 | 28 19.2 |
| 45 OR OLDER (NET) | 275 46.5 | 70 47.0 | 70 47.3 | 70 47.3 | 65 44.5 |
| 45 - 59 | 185 31.3 | 51 34.2 | 41 27.7 | 46 31.1 | 47 32.2 |
| 60 OR OLDER | 90 15.2 | 19 12.8 | 29 19.6 | 24 16.2 | 18 12.3 |

Page 3

Table 2

TARGET RESEARCH GROUP INC.
HARD DRIVE STUDY (#103-13005)

Q.35 STATE OF RESIDENCE

| | TOTAL | HP 320GB PCKGE | HP 1 TB PCKGE | HP 320GB PACKGE WORD CHANGE | HP 1 TB PACKGE WORD CHANGE |
|---|---|---|---|---|---|
| TOTAL RESPONDENTS | 591 | 149 | 148 | 148 | 146 |
| CALIFORNIA | 591 100.0 | 149 100.0 | 148 100.0 | 148 100.0 | 146 100.0 |

Page 4

Table 3

TARGET RESEARCH GROUP INC.
HARD DRIVE STUDY (#103-13005)

Q.50 WHICH, IF ANY, OF THE FOLLOWING PRODUCTS AND SERVICES DID YOU
BUY DURING THE PAST 12 MONTHS OR WOULD CONSIDER BUYING FOR YOURSELF OR
YOUR HOUSEHOLD IN THE NEXT 12 MONTHS?

| | TOTAL | HP 320GB PCKGE | HP 1 TB PCKGE | HP 320GB PACKGE WORD CHANGE | HP 1 TB PACKGE WORD CHANGE |
|---|---|---|---|---|---|
| TOTAL RESPONDENTS | 591 | 149 | 148 | 148 | 146 |
| A NEW TABLET | 385 | 99 | 90 | 99 | 97 |
| | 65.1 | 66.4 | 60.8 | 66.9 | 66.4 |
| SATELLITE TV SERVICE | 144 | 36 | 31 | 33 | 44 |
| | 24.4 | 24.2 | 20.9 | 22.3 | 30.1 |
| AN EXTERNAL HARD DRIVE FOR YOUR COMPUTER | 591 | 149 | 148 | 148 | 146 |
| | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |

TARGET RESEARCH GROUP INC.
HARD DRIVE STUDY (#103-13005)

Page 5

Table 4

Q.120 ASSUMING YOU WERE BUYING AN EXTERNAL HARD DRIVE AND THE PRICE OF THIS
PARTICULAR PRODUCT YOU JUST LOOKED AT IS COMPARABLE TO THE PRICE OF OTHER EXTERNAL
HARD DRIVES AVAILABLE ON THE MARKET, HOW LIKELY WOULD YOU BE TO BUY THIS PRODUCT?

|  | TOTAL | HP 320GB PCKGE | HP 1 TB PCKGE | HP 320GB PCKGE WORD CHANGE | HP 320GB PCKGE WORD | HP 1 TB PCKGE WORD CHANGE |
|---|---|---|---|---|---|---|
| TOTAL RESPONDENTS | 591 | 149 | 148 | 148 | 146 |  |
| BUY IT (NET) | 382 64.6 | 94 63.1 | 96 64.9 | 93 62.8 | 99 67.8 |  |
| DEFINITELY BUY IT | 129 21.8 | 37 24.8 | 41 27.7 | 23 15.5 | 28 19.2 |  |
| PROBABLY BUY IT | 253 42.8 | 57 38.3 | 55 37.2 | 70 47.3 | 71 48.6 |  |
| MAY OR MAY NOT BUY IT | 139 23.5 | 39 26.2 | 31 20.9 | 35 23.6 | 34 23.3 |  |
| NOT BUY IT (NET) | 70 11.8 | 16 10.7 | 21 14.2 | 20 13.5 | 13 8.9 |  |
| PROBABLY NOT BUY IT | 40 6.8 | 9 6.0 | 12 8.1 | 12 8.1 | 7 4.8 |  |
| DEFINITELY NOT BUY IT | 30 5.1 | 7 4.7 | 9 6.1 | 8 5.4 | 6 4.1 |  |

TARGET RESEARCH GROUP INC.
HARD DRIVE STUDY (#103-13005)

Q.125/128-1 WHAT MAKES YOU SAY THAT YOU WOULD BUY IT? WHAT ELSE?
  - POSITIVE PURCHASE INTEREST -

| | TOTAL | HP 320GB PCKGE | HP 1 TB PCKGE | HP 320GB PACKAGE WORD CHANGE | HP 1 TB PACKAGE WORD CHANGE |
|---|---|---|---|---|---|
| TOTAL RESPONDENTS | 356 | 88 | 87 | 89 | 92 |
| POSITIVE PURCHASE INTEREST | 240 / 67.4 | 59 / 67.0 | 54 / 62.1 | 60 / 67.4 | 67 / 72.8 |
| POSITIVE (GRAND NET) | 230 / 64.6 | 57 / 64.8 | 53 / 60.9 | 56 / 62.9 | 64 / 69.6 |
| EASE/CONVENIENCE (NET) | 76 / 21.3 | 23 / 26.1 | 15 / 17.2 | 20 / 22.5 | 18 / 19.6 |
| INITIAL SET UP (SUBNET) | 27 / 7.6 | 11 / 12.5 | 8 / 9.2 | 4 / 4.5 | 4 / 4.3 |
| EASY TO SET UP | 3 / 0.8 | 2 / 2.3 | 1 / 1.1 | 0 / 0 | 0 / 0 |
| NO INSTALLATION/SOFTWARE INSTALLATION REQUIRED/IT'S PLUG AND PLAY | 26 / 7.3 | 10 / 11.4 | 8 / 9.2 | 4 / 4.5 | 4 / 4.3 |
| MISCELLANEOUS EASE/CONVENIENCE | | | | | |
| EASY/SIMPLE/EASY TO USE | 45 / 12.6 | 11 / 12.5 | 7 / 8.0 | 13 / 14.6 | 14 / 15.2 |
| MAKES IT EASY TO BACKUP YOUR FILES/DATA | 8 / 2.2 | 2 / 2.3 | 2 / 2.3 | 1 / 1.1 | 3 / 3.3 |
| PORTABLE/GOOD FOR TRAVEL/TAKING WITH YOU | 14 / 3.9 | 6 / 6.8 | 2 / 2.3 | 6 / 6.7 | 0 / 0 |
| OTHER MISCELLANEOUS EASE/ CONVENIENCE MENTIONS | 5 / 1.4 | 1 / 1.1 | 1 / 1.1 | 1 / 1.1 | 2 / 2.2 |
| BRAND RELATED (NET) | 81 / 22.8 | 14 / 15.9 | 19 / 21.8 | 24 / 27.0 | 24 / 26.1 |
| GOOD BRAND/MADE BY HP/HEWLETT PACKARD/HP IS A GOOD BRAND (UNSPEC) | 30 / 8.4 | 5 / 5.7 | 5 / 5.7 | 13 / 14.6 | 7 / 7.6 |
| LIKE HP PRODUCTS/HP MAKES GOOD/ QUALITY PRODUCTS | 8 / 2.2 | 1 / 1.1 | 2 / 2.3 | 1 / 1.1 | 4 / 4.3 |

Page 7

Table 5

TARGET RESEARCH GROUP INC.
HARD DRIVE STUDY (#103-13005)

Q.125/128-1 WHAT MAKES YOU SAY THAT YOU WOULD BUY IT? WHAT ELSE?
- POSITIVE PURCHASE INTEREST -

| | TOTAL | HP 320GB PCKGE | HP 1 TB PCKGE | HP 320GB PACKGE WORD CHANGE | HP 1 TB PACKGE WORD CHANGE |
|---|---|---|---|---|---|
| TOTAL RESPONDENTS | 356 | 88 | 87 | 89 | 92 |
| USE/HAVE USED THEIR PRODUCTS BEFORE (AND LIKED THEM) | 13 3.7 | 2 2.3 | 3 3.4 | 2 2.2 | 6 6.5 |
| RELIABLE/DEPENDABLE/REPUTABLE BRAND/TRUST HP | 33 9.3 | 8 9.1 | 11 12.6 | 6 6.7 | 8 8.7 |
| FAMILIAR/WELL KNOWN/NAME BRAND | 7 2.0 | 2 2.3 | 1 1.1 | 3 3.4 | 1 1.1 |
| OTHER BRAND RELATED MENTIONS | 2 0.6 | 0 0 | 0 0 | 2 2.2 | 0 0 |
| BACKUP (NET) | 70 19.7 | 17 19.3 | 25 28.7 | 14 15.7 | 14 15.2 |
| AUTOMATIC/HANDS-FREE BACKUP (SUBNET) | 39 11.0 | 10 11.4 | 12 13.8 | 9 10.1 | 8 8.7 |
| AUTOMATIC BACKUP/STORAGE/WORKS AUTOMATICALLY/NO MANUAL BACKUP | 18 5.1 | 3 3.4 | 7 8.0 | 4 4.5 | 4 4.3 |
| HANDS-FREE/GIVES HANDS-FREE BACKUP/NO-TOUCH TRANSFER | 20 5.6 | 8 9.1 | 5 5.7 | 4 4.5 | 3 3.3 |
| BACKS UP AFTER 5 MINUTES/5 MINUTES OF IDLE TIME | 4 1.1 | 0 0 | 2 2.3 | 0 0 | 2 2.2 |
| OTHER AUTOMATIC/HANDS-FREE BACKUP MENTIONS | 3 0.8 | 0 0 | 1 1.1 | 1 1.1 | 1 1.1 |
| MISCELLANEOUS BACKUP | | | | | |
| MAKES IT EASY TO BACKUP YOUR FILES/DATA | 8 2.2 | 2 2.3 | 2 2.3 | 1 1.1 | 3 3.3 |
| BACKUP CAPABILITY/LETS YOU BACK UP/SAVE YOUR FILES/INFORMATION (UNSPEC) | 8 2.2 | 2 2.3 | 3 3.4 | 1 1.1 | 2 2.2 |
| CAN BACKUP/SAVE ALL YOUR FILES | 6 1.7 | 2 2.3 | 3 3.4 | 0 0 | 1 1.1 |

Exhibit G
Page 65

TARGET RESEARCH GROUP INC.
HARD DRIVE STUDY (#103-13005)

Q.125/126-1 WHAT MAKES YOU SAY THAT YOU WOULD BUY IT? WHAT ELSE?
— POSITIVE PURCHASE INTEREST —

| | TOTAL | HP 320GB PCKGE | HP 1 TB PCKGE | HP 320GB PACKGE WORD CHANGE | HP 1 TB PACKGE WORD CHANGE |
|---|---|---|---|---|---|
| TOTAL RESPONDENTS | 356 | 88 | 87 | 89 | 92 |
| HIGH-SPEED/HIGH SPEED BACKUP | 4<br>1.1 | 0<br>0 | 3<br>3.4 | 1<br>1.1 | 0<br>0 |
| INSTANT BACKUP | 2<br>0.6 | 1<br>1.1 | 0<br>0 | 1<br>1.1 | 0<br>0 |
| GIVES YOU PROTECTION/PROTECTS YOUR FILES/YOU DON'T HAVE TO WORRY ABOUT LOSING YOUR FILES/ INFORMATION | 4<br>1.1 | 1<br>1.1 | 3<br>3.4 | 0<br>0 | 0<br>0 |
| CAN BACKUP/RESTORE MULTIPLE COMPUTERS/DEVICES | 8<br>2.2 | 2<br>2.3 | 4<br>4.6 | 1<br>1.1 | 1<br>1.1 |
| OTHER MISCELLANEOUS BACKUP MENTIONS | 3<br>0.8 | 1<br>1.1 | 0<br>0 | 1<br>1.1 | 1<br>1.1 |
| CAPACITY (NET) | 48<br>13.5 | 11<br>12.5 | 12<br>13.8 | 13<br>14.6 | 12<br>13.0 |
| GOOD MEMORY/STORAGE CAPACITY (UNSPEC) | 21<br>5.9 | 4<br>4.5 | 4<br>4.6 | 7<br>7.9 | 6<br>6.5 |
| LARGE STORAGE CAPACITY/HAS A LOT OF SPACE/CAN SAVE/BACKUP A LOT OF FILES | 13<br>3.7 | 7<br>8.0 | 1<br>1.1 | 3<br>3.4 | 2<br>2.2 |
| 1TB SIZE/STORAGE CAPACITY | 10<br>2.8 | 0<br>0 | 6<br>6.9 | 0<br>0 | 4<br>4.3 |
| OTHER CAPACITY MENTIONS | 5<br>1.4 | 0<br>0 | 1<br>1.1 | 3<br>3.4 | 1<br>1.1 |
| CONNECTIONS (NET) | 5<br>1.4 | 0<br>0 | 3<br>3.4 | 2<br>2.2 | 0<br>0 |
| CONNECTS THROUGH USB | 4<br>1.1 | 0<br>0 | 3<br>3.4 | 1<br>1.1 | 0<br>0 |
| OTHER CONNECTIONS | 1<br>0.3 | 0<br>0 | 0<br>0 | 1<br>1.1 | 0<br>0 |

TARGET RESEARCH GROUP INC.
HARD DRIVE STUDY (#103-13005)

Q.125/128-1 WHAT MAKES YOU SAY THAT YOU WOULD BUY IT? WHAT ELSE?
- POSITIVE PURCHASE INTEREST -

| | TOTAL | HP 320GB PCKGE | HP 1 TB PCKGE | HP 320GB PACKGE WORD CHANGE | HP 320GB PACKGE WORD CHANGE | HP 1 TB PACKGE WORD CHANGE |
|---|---|---|---|---|---|---|
| | | 88 | 87 | 89 | | 92 |
| TOTAL RESPONDENTS | 356 | 88 | 87 | 89 | | 92 |
| APPEARANCE (NET) | 44 / 12.4 | 12 / 13.6 | 7 / 8.0 | 13 / 14.6 | | 12 / 13.0 |
| THE APPEARANCE/STYLE/DESIGN/LOOKS ATTRACTIVE | 17 / 4.8 | 6 / 6.8 | 3 / 3.4 | 4 / 4.5 | | 4 / 4.3 |
| THE COLOR/COLORS (ALL MENTIONS) | 8 / 2.2 | 2 / 2.3 | 1 / 1.1 | 3 / 3.4 | | 2 / 2.2 |
| SLEEK APPEARANCE/STREAMLINED LOOK/DESIGN | 12 / 3.4 | 1 / 1.1 | 4 / 4.6 | 5 / 5.6 | | 2 / 2.2 |
| MODERN/HIGH TECH APPEARANCE | 7 / 2.0 | 2 / 2.3 | 0 / 0 | 1 / 1.1 | | 4 / 4.3 |
| OTHER APPEARANCE MENTIONS | 3 / 0.8 | 2 / 2.3 | 0 / 0 | 0 / 0 | | 1 / 1.1 |
| SIZE/SHAPE (NET) | 13 / 3.7 | 6 / 6.8 | 0 / 0 | 5 / 5.6 | | 2 / 2.2 |
| SMALL/COMPACT SIZE/DOESN'T TAKE A LOT OF SPACE | 6 / 1.7 | 1 / 1.1 | 0 / 0 | 4 / 4.5 | | 1 / 1.1 |
| SLIM/THIN | 6 / 1.7 | 4 / 4.5 | 0 / 0 | 1 / 1.1 | | 1 / 1.1 |
| OTHER SIZE/SHAPE MENTIONS | 3 / 0.8 | 2 / 2.3 | 0 / 0 | 0 / 0 | | 1 / 1.1 |
| GENERAL QUALITY (NET) | 18 / 5.1 | 4 / 4.5 | 4 / 4.6 | 5 / 5.6 | | 5 / 5.4 |
| GOOD/HIGH QUALITY | 8 / 2.2 | 4 / 4.5 | 1 / 1.1 | 2 / 2.2 | | 4 / 4.3 |
| RELIABLE/DEPENDABLE | 8 / 2.2 | 3 / 3.4 | 2 / 2.3 | 2 / 2.2 | | 1 / 1.1 |
| OTHER GENERAL QUALITY MENTIONS | 2 / 0.6 | 0 / 0 | 1 / 1.1 | 1 / 1.1 | | 0 / 0 |

Page 10

Table 5

TARGET RESEARCH GROUP INC.
HARD DRIVE STUDY (#103-13005)

Q.125/128-1 WHAT MAKES YOU SAY THAT YOU WOULD BUY IT? WHAT ELSE?
- POSITIVE PURCHASE INTEREST -

| | TOTAL | HP 320GB PCKGE | HP 1 TB PCKGE | HP 320GB PACKGE WORD CHANGE | HP 1 TB PACKGE WORD CHANGE |
|---|---|---|---|---|---|
| TOTAL RESPONDENTS | 356 | 88 | 87 | 89 | 92 |
| PACKAGING (NET) | 21 5.9 | 6 6.8 | 5 5.7 | 5 5.6 | 5 5.4 |
| LIKE THE PACKAGE APPEARANCE/ DESIGN/PACKAGE LOOKS GOOD/ APPEALING (ALL MENTIONS) | 12 3.4 | 3 3.4 | 2 2.3 | 5 5.6 | 2 2.2 |
| LIKE THE PRODUCT INFORMATION/ DESCRIPTION (ON THE PACKAGE): THE DETAILS, SPECS THEY GIVE | 8 2.2 | 3 3.4 | 2 2.3 | 1 1.1 | 2 2.2 |
| OTHER PACKAGING MENTIONS | 6 1.7 | 0 0 | 4 4.6 | 0 0 | 2 2.2 |
| USEFUL/NEEDED PRODUCT (NET) | 45 12.6 | 11 12.5 | 11 12.6 | 11 12.4 | 12 13.0 |
| USEFUL/HELPFUL (UNSPEC) | 8 2.2 | 1 1.1 | 1 1.1 | 3 3.4 | 3 3.3 |
| SOMETHING I NEED/THE KIND OF PRODUCT I'VE BEEN LOOKING FOR | 19 5.3 | 4 4.5 | 5 5.7 | 3 3.4 | 7 7.6 |
| MEETS MY NEEDS/GIVES ME EVERYTHING I NEED | 11 3.1 | 4 4.5 | 2 2.3 | 3 3.4 | 2 2.2 |
| I USE EXTERNAL DRIVES | 3 0.8 | 1 1.1 | 1 1.1 | 1 1.1 | 0 0 |
| OTHER USEFUL/NEEDED PRODUCT MENTIONS | 4 1.1 | 1 1.1 | 2 2.3 | 1 1.1 | 0 0 |
| MISCELLANEOUS POSITIVE | | | | | |
| LOOKS/SOUNDS GOOD/INTERESTING/A GOOD PRODUCT/HARD DRIVE/I'D LIKE IT (UNSPEC) | 28 7.9 | 9 10.2 | 3 3.4 | 6 6.7 | 10 10.9 |
| LIKE THE SIZE/GOOD SIZE (UNSPEC) | 5 1.4 | 1 1.1 | 2 2.3 | 2 2.2 | 0 0 |
| LIKE THE FEATURES (UNSPEC) | 5 1.4 | 0 0 | 0 0 | 0 0 | 5 5.4 |

Page 11

Table 5

TARGET RESEARCH GROUP INC.
HARD DRIVE STUDY (#103-13005)

Q.125/128-1 WHAT MAKES YOU SAY THAT YOU WOULD BUY IT? WHAT ELSE?
- POSITIVE PURCHASE INTEREST -

| | TOTAL | HP 320GB PCKGE | HP 1 TB PCKGE | HP 320GB PACKGE WORD CHANGE | HP 1 TB PACKGE WORD CHANGE |
|---|---|---|---|---|---|
| TOTAL RESPONDENTS | 356 | 88 | 87 | 89 | 92 |
| COMPATIBLE WITH MY COMPUTER/ PRESENT OS | 10 2.8 | 4 4.5 | 3 3.4 | 0 0 | 3 3.3 |
| NEW/DIFFERENT | 7 2.0 | 2 2.3 | 2 2.3 | 1 1.1 | 2 2.2 |
| MODERN/TECHNOLOGICALLY ADVANCED/ INNOVATIVE/CUTTING EDGE PRODUCT | 9 2.5 | 3 3.4 | 1 1.1 | 1 1.1 | 4 4.3 |
| GOOD/REASONABLE PRICE/GOOD VALUE | 6 1.7 | 2 2.3 | 1 1.1 | 1 1.1 | 2 2.2 |
| OTHER MISCELLANEOUS POSITIVE MENTIONS | 15 4.2 | 6 6.8 | 2 2.3 | 4 4.5 | 3 3.3 |
| NEGATIVE (GRAND NET) | 14 3.9 | 4 4.5 | 3 3.4 | 3 3.4 | 4 4.3 |
| BRAND RELATED (NET) | 3 0.8 | 0 0 | 0 0 | 2 2.2 | 1 1.1 |
| DISLIKE HP PRODUCTS/HP MAKES POOR QUALITY PRODUCTS: NOT DURABLE, RELIABLE | 1 0.3 | 0 0 | 0 0 | 1 1.1 | 0 0 |
| HAVE HAD BAD EXPERIENCES WITH THEIR PRODUCTS | 1 0.3 | 0 0 | 0 0 | 1 1.1 | 0 0 |
| PREFER OTHER HARD DRIVES/OTHER BRANDS | 1 0.3 | 0 0 | 0 0 | 0 0 | 1 1.1 |
| OTHER BRAND RELATED MENTIONS | 2 0.6 | 0 0 | 0 0 | 2 2.2 | 0 0 |
| CAPACITY (NET) | 5 1.4 | 2 2.3 | 0 0 | 1 1.1 | 2 2.2 |
| SMALL STORAGE CAPACITY/WANT A LARGER CAPACITY DRIVE (UNSPEC) | 4 1.1 | 1 1.1 | 0 0 | 1 1.1 | 2 2.2 |
| 320 GB IS SMALL/TOO SMALL | 1 0.3 | 1 1.1 | 0 0 | 0 0 | 0 0 |

TARGET RESEARCH GROUP INC.
HARD DRIVE STUDY (#103-13005)

Q.125/128-1 WHAT MAKES YOU SAY THAT YOU WOULD BUY IT? WHAT ELSE?
 - POSITIVE PURCHASE INTEREST -

|  | TOTAL | HP 320GB PCKGE | HP 1TB PCKGE | HP 320GB WORD CHANGE | HP 1TB WORD CHANGE |
|---|---|---|---|---|---|
| TOTAL RESPONDENTS | 356 | 88 | 87 | 89 | 92 |
| STORAGE CAPACITY IS SMALLER THAN OTHERS ON THE MARKET/WHAT I HAVE NOW | 1 0.3 | 1 1.1 | 0 0 | 0 0 | 0 0 |
| MISCELLANEOUS COMPATIBILITY | | | | | |
| SIZE/SHAPE (NET) | 1 0.3 | 0 0 | 1 1.1 | 0 0 | 0 0 |
| TOO BIG/BULKY/TAKES UP TOO MUCH SPACE | 1 0.3 | 0 0 | 1 1.1 | 0 0 | 0 0 |
| LACK OF NEED (NET) | 3 0.8 | 1 1.1 | 2 2.3 | 0 0 | 0 0 |
| ALREADY HAVE AN EXTERNAL DRIVE | 1 0.3 | 0 0 | 1 1.1 | 0 0 | 0 0 |
| OTHER LACK OF NEED MENTIONS | 2 0.6 | 1 1.1 | 1 1.1 | 0 0 | 0 0 |
| PACKAGING (NET) | 1 0.3 | 0 0 | 0 0 | 0 0 | 1 1.1 |
| LACK OF PRODUCT INFORMATION (ON THE PACKAGE) | 1 0.3 | 0 0 | 0 0 | 0 0 | 1 1.1 |
| MISCELLANEOUS NEGATIVE | | | | | |
| ALL NEGATIVE PRICE MENTIONS: TOO EXPENSIVE, COSTS MORE THAN OTHERS, CAN'T AFFORD IT | 1 0.3 | 1 1.1 | 0 0 | 0 0 | 0 0 |
| NEUTRAL (GRAND NET) | 30 8.4 | 9 10.2 | 9 10.3 | 6 6.7 | 6 6.5 |
| COST CONCERNS (NET) | 19 5.3 | 8 9.1 | 4 4.6 | 1 1.1 | 6 6.5 |
| DEPENDS ON PRICE/NEED TO KNOW THE PRICE (UNSPEC) | 8 2.2 | 4 4.5 | 2 2.3 | 0 0 | 2 2.2 |

TARGET RESEARCH GROUP INC.
HARD DRIVE STUDY (#103-13005)

Q.125/128-1 WHAT MAKES YOU SAY THAT YOU WOULD BUY IT? WHAT ELSE?
- POSITIVE PURCHASE INTEREST -

| | TOTAL | HP 320GB PCKGE | HP 1 TB PCKGE | HP 320GB PCKGE WORD CHANGE | HP 1 TB PCKGE WORD CHANGE |
|---|---|---|---|---|---|
| TOTAL RESPONDENTS | 356 | 88 | 87 | 89 | 92 |
| DEPENDS ON PRICE COMPARISON TO OTHERS | 7 / 2.0 | 4 / 4.5 | 0 / 0 | 0 / 0 | 3 / 3.3 |
| IF IT'S AFFORDABLE/IF I HAVE THE MONEY/CAN AFFORD IT | 2 / 0.6 | 0 / 0 | 0 / 0 | 1 / 1.1 | 1 / 1.1 |
| OTHER COST CONCERNS MENTIONS | 3 / 0.8 | 1 / 1.1 | 2 / 2.3 | 0 / 0 | 0 / 0 |
| NEED MORE INFORMATION (NET) | 11 / 3.1 | 2 / 2.3 | 5 / 5.7 | 3 / 3.4 | 1 / 1.1 |
| NEED TO DO RESEARCH/READ REVIEWS/ GET MORE INFORMATION | 4 / 1.1 | 2 / 2.3 | 1 / 1.1 | 1 / 1.1 | 0 / 0 |
| NEED TO COMPARE WITH OTHERS/SEE WHAT ELSE IS AVAILABLE | 6 / 1.7 | 1 / 1.1 | 3 / 3.4 | 1 / 1.1 | 1 / 1.1 |
| OTHER NEED MORE INFORMATION MENTIONS | 3 / 0.8 | 1 / 1.1 | 1 / 1.1 | 1 / 1.1 | 0 / 0 |
| MISCELLANEOUS NEUTRAL | | | | | |
| DEPENDS ON THE MEMORY/STORAGE CAPACITY | 1 / 0.3 | 0 / 0 | 0 / 0 | 0 / 0 | 1 / 1.1 |
| IF COMPATIBLE WITH MY COMPUTER/ DEVICES/SOFTWARE I USE | 1 / 0.3 | 1 / 1.1 | 0 / 0 | 0 / 0 | 0 / 0 |
| DEPENDS ON THE QUALITY/IF GOOD QUALITY/RELIABLE/DURABLE | 2 / 0.6 | 1 / 1.1 | 0 / 0 | 1 / 1.1 | 0 / 0 |
| HP PRODUCTS ARE OK/NOT GREAT | 1 / 0.3 | 0 / 0 | 0 / 0 | 1 / 1.1 | 0 / 0 |
| OTHER MISCELLANEOUS NEUTRAL MENTIONS | 5 / 1.4 | 0 / 0 | 1 / 1.1 | 3 / 3.4 | 1 / 1.1 |
| DON'T KNOW/NOTHING/NO ANSWER | 1 / 0.3 | 0 / 0 | 0 / 0 | 1 / 1.1 | 0 / 0 |
| NEUTRAL/NEGATIVE PURCHASE INTEREST | 116 / 32.6 | 29 / 33.0 | 33 / 37.9 | 29 / 32.6 | 25 / 27.2 |

Page 14

Table 6

TARGET RESEARCH GROUP INC.
HARD DRIVE STUDY (#103-13005)

Q.125/128-2 WHAT MAKES YOU SAY THAT YOU WOULD NOT BUY IT? WHAT ELSE?
          - NEUTRAL/NEGATIVE PURCHASE INTEREST -

| | TOTAL | HP 320GB PCKGE | HP 1 TB PCKGE | HP 320GB PACKGE WORD CHANGE | HP 1 TB PACKGE WORD CHANGE |
|---|---|---|---|---|---|
| TOTAL RESPONDENTS | 356 | 88 | 87 | 89 | 92 |
| NEUTRAL/NEGATIVE PURCHASE INTEREST | 116 32.6 | 29 33.0 | 33 37.9 | 29 32.6 | 25 27.2 |
| POSITIVE (GRAND NET) | 17 4.8 | 4 4.5 | 4 4.6 | 5 5.6 | 4 4.3 |
| EASE/CONVENIENCE (NET) | 3 0.8 | 1 1.1 | 0 0 | 1 1.1 | 1 1.1 |
| INITIAL SET UP (SUBNET) | 1 0.3 | 0 0 | 0 0 | 0 0 | 1 1.1 |
| NO INSTALLATION/SOFTWARE INSTALLATION REQUIRED/IT'S PLUG AND PLAY | 1 0.3 | 0 0 | 0 0 | 0 0 | 1 1.1 |
| MISCELLANEOUS EASE/CONVENIENCE | | | | | |
| EASY/SIMPLE/EASY TO USE | 1 0.3 | 1 1.1 | 0 0 | 0 0 | 0 0 |
| PORTABLE/GOOD FOR TRAVEL/TAKING WITH YOU | 1 0.3 | 0 0 | 0 0 | 1 1.1 | 0 0 |
| BRAND RELATED (NET) | 4 1.1 | 2 2.3 | 0 0 | 1 1.1 | 1 1.1 |
| GOOD BRAND/MADE BY HP/HEWLITT PACKARD/HP IS A GOOD BRAND (UNSPEC) | 3 0.8 | 1 1.1 | 0 0 | 1 1.1 | 1 1.1 |
| RELIABLE/DEPENDABLE/REPUTABLE BRAND/TRUST HP | 1 0.3 | 1 1.1 | 0 0 | 0 0 | 0 0 |
| OTHER BRAND RELATED MENTIONS | 1 0.3 | 1 1.1 | 0 0 | 0 0 | 0 0 |
| BACKUP (NET) | 5 1.4 | 1 1.1 | 0 0 | 3 3.4 | 1 1.1 |
| AUTOMATIC/HANDS-FREE BACKUP (SUBNET) | 5 1.4 | 1 1.1 | 0 0 | 3 3.4 | 1 1.1 |

Page 15

Table 6

TARGET RESEARCH GROUP INC.
HARD DRIVE STUDY (#101-13005)

Q.125/128-2 WHAT MAKES YOU SAY THAT YOU WOULD NOT BUY IT? WHAT ELSE?
- NEUTRAL/NEGATIVE PURCHASE INTEREST -

| | TOTAL | HP 320GB PCKGE | HP 1 TB PCKGE | HP 320GB PCKGE WORD CHANGE | HP 1 TB PCKGE WORD CHANGE |
|---|---|---|---|---|---|
| TOTAL RESPONDENTS | 356 | 88 | 87 | 89 | 92 |
| AUTOMATIC BACKUP/STORAGE/WORKS AUTOMATICALLY/NO MANUAL BACKUP | 2 0.6 | 0 0 | 0 0 | 2 2.2 | 0 0 |
| HANDS-FREE/GIVES HANDS-FREE BACKUP/NO-TOUCH TRANSFER | 3 0.8 | 1 1.1 | 0 0 | 1 1.1 | 1 1.1 |
| MISCELLANEOUS BACKUP | | | | | |
| INSTANT BACKUP | 1 0.3 | 0 0 | 0 0 | 0 0 | 1 1.1 |
| CAN BACKUP/RESTORE MULTIPLE COMPUTERS/DEVICES | 1 0.3 | 1 1.1 | 0 0 | 0 0 | 0 0 |
| CAPACITY (NET) | 1 0.3 | 0 0 | 1 1.1 | 0 0 | 0 0 |
| 1TB SIZE/STORAGE CAPACITY | 1 0.3 | 0 0 | 1 1.1 | 0 0 | 0 0 |
| APPEARANCE (NET) | 2 0.6 | 1 1.1 | 0 0 | 0 0 | 1 1.1 |
| THE APPEARANCE/STYLE/DESIGN/LOOKS ATTRACTIVE | 1 0.3 | 1 1.1 | 0 0 | 0 0 | 0 0 |
| SLEEK APPEARANCE/STREAMLINED LOOK/DESIGN | 1 0.3 | 0 0 | 0 0 | 0 0 | 1 1.1 |
| SIZE/SHAPE (NET) | 1 0.3 | 0 0 | 1 1.1 | 0 0 | 0 0 |
| OTHER SIZE/SHAPE MENTIONS | 1 0.3 | 0 0 | 1 1.1 | 0 0 | 0 0 |
| USEFUL/NEEDED PRODUCT (NET) | 1 0.3 | 0 0 | 1 1.1 | 0 0 | 0 0 |
| OTHER USEFUL/NEEDED PRODUCT MENTIONS | 1 0.3 | 0 0 | 1 1.1 | 0 0 | 0 0 |

Page 16

Table 6

TARGET RESEARCH GROUP INC.
HARD DRIVE STUDY (#103-13005)

Q.125/128-2 WHAT MAKES YOU SAY THAT YOU WOULD NOT BUY IT? WHAT ELSE?
- NEUTRAL/NEGATIVE PURCHASE INTEREST -

| | TOTAL | HP 320GB PCKGE | HP PCKGE | HP 320GB PACKAGE WORD CHANGE | HP 1 TB PACKAGE WORD CHANGE |
|---|---|---|---|---|---|
| TOTAL RESPONDENTS | 356 | 88 | 87 | 69 | 92 |
| **MISCELLANEOUS POSITIVE** | | | | | |
| LOOKS/SOUNDS GOOD/INTERESTING/A GOOD PRODUCT/HARD DRIVE/I'D LIKE IT (UNSPEC) | 3 / 0.8 | 0 / 0 | 2 / 2.3 | 1 / 1.1 | 0 / 0 |
| LIKE THE FEATURES (UNSPEC) | 2 / 0.6 | 1 / 1.1 | 0 / 0 | 0 / 0 | 1 / 1.1 |
| NEGATIVE (GRAND NET) | 79 / 22.2 | 21 / 23.9 | 27 / 31.0 | 17 / 19.1 | 14 / 15.2 |
| LACK OF EASE/CONVENIENCE (NET) | 4 / 1.1 | 1 / 1.1 | 2 / 2.3 | 1 / 1.1 | 0 / 0 |
| NOT PORTABLE | 3 / 0.8 | 1 / 1.1 | 2 / 2.3 | 0 / 0 | 0 / 0 |
| OTHER LACK OF EASE/CONVENIENCE MENTIONS | 1 / 0.3 | 0 / 0 | 0 / 0 | 1 / 1.1 | 0 / 0 |
| BACKUP (NET) | 9 / 2.5 | 2 / 2.3 | 4 / 4.6 | 3 / 3.4 | 0 / 0 |
| DON'T WANT AUTOMATIC BACKUP | 4 / 1.1 | 0 / 0 | 2 / 2.3 | 2 / 2.2 | 0 / 0 |
| TOO SLOW/DATA TRANSFER TOO SLOW | 3 / 0.8 | 1 / 1.1 | 1 / 1.1 | 1 / 1.1 | 0 / 0 |
| OTHER BACKUP MENTIONS | 3 / 0.8 | 1 / 1.1 | 2 / 2.3 | 0 / 0 | 0 / 0 |
| BRAND RELATED (NET) | 22 / 6.2 | 5 / 5.7 | 9 / 10.3 | 1 / 1.1 | 7 / 7.6 |
| DISLIKE THE BRAND/HP/HEWLETT PACKARD/NOT A GOOD BRAND (UNSPEC) | 3 / 0.8 | 1 / 1.1 | 2 / 2.3 | 0 / 0 | 0 / 0 |
| DISLIKE HP PRODUCTS/HP MAKES POOR QUALITY PRODUCTS; NOT DURABLE, RELIABLE | 1 / 0.3 | 0 / 0 | 0 / 0 | 0 / 0 | 1 / 1.1 |

Page 17

Table 6

TARGET RESEARCH GROUP INC.
HARD DRIVE STUDY (#103-13005)

Q.125/128-2 WHAT MAKES YOU SAY THAT YOU WOULD NOT BUY IT? WHAT ELSE?
- NEUTRAL/NEGATIVE PURCHASE INTEREST -

| | TOTAL | HP 320GB PCKGE | HP 1 TB PCKGE | HP 320GB PACKGE WORD CHANGE | HP 1 TB PACKGE WORD CHANGE |
|---|---|---|---|---|---|
| TOTAL RESPONDENTS | 356 | 88 | 87 | 89 | 92 |
| HAVE HAD BAD EXPERIENCES WITH THEIR PRODUCTS | 4 / 1.1 | 1 / 1.1 | 2 / 2.3 | 0 / 0 | 1 / 1.1 |
| DON'T TRUST HP | 3 / 0.8 | 0 / 0 | 1 / 1.1 | 0 / 0 | 2 / 2.2 |
| DON'T TRUST/DON'T KNOW IF I CAN TRUST HP HARD DRIVES/ONLY TRUST THEIR PRINTERS | 6 / 1.7 | 1 / 1.1 | 3 / 3.4 | 1 / 1.1 | 1 / 1.1 |
| PREFER OTHER HARD DRIVES/OTHER BRANDS | 10 / 2.8 | 3 / 3.4 | 3 / 3.4 | 0 / 0 | 4 / 4.3 |
| CAPACITY (NET) | 28 / 7.9 | 13 / 14.8 | 2 / 2.3 | 12 / 13.5 | 1 / 1.1 |
| SMALL STORAGE CAPACITY/WANT A LARGER CAPACITY DRIVE (UNSPEC) | 14 / 3.9 | 7 / 8.0 | 1 / 1.1 | 6 / 6.7 | 0 / 0 |
| 320 GB IS SMALL/TOO SMALL | 8 / 2.2 | 4 / 4.5 | 0 / 0 | 4 / 4.5 | 0 / 0 |
| STORAGE CAPACITY IS SMALLER THAN OTHERS ON THE MARKET/WHAT I HAVE NOW | 4 / 1.1 | 1 / 1.1 | 1 / 1.1 | 2 / 2.2 | 0 / 0 |
| OTHER CAPACITY MENTIONS | 3 / 0.8 | 2 / 2.3 | 0 / 0 | 0 / 0 | 1 / 1.1 |
| COMPATIBILITY (NET) | 26 / 7.3 | 10 / 11.4 | 8 / 9.2 | 5 / 5.6 | 3 / 3.3 |
| CONNECTIONS (SUBNET) | 14 / 3.9 | 8 / 9.1 | 3 / 3.4 | 3 / 3.4 | 0 / 0 |
| NO USB 3.0 SUPPORT/ONLY SUPPORTS USB 2.0 | 11 / 3.1 | 7 / 8.0 | 1 / 1.1 | 3 / 3.4 | 0 / 0 |
| NO FIREWIRE SUPPORT | 2 / 0.6 | 1 / 1.1 | 1 / 1.1 | 0 / 0 | 0 / 0 |
| OTHER CONNECTIONS MENTIONS | 1 / 0.3 | 0 / 0 | 1 / 1.1 | 0 / 0 | 0 / 0 |

Page 18

Table 6

TARGET RESEARCH GROUP INC.
HARD DRIVE STUDY (#103-13005)

Q.125/128-2 WHAT MAKES YOU SAY THAT YOU WOULD NOT BUY IT? WHAT ELSE?
- NEUTRAL/NEGATIVE PURCHASE INTEREST -

| | TOTAL | HP 320GB PCKGE | HP 1 TB PCKGE | HP 320GB PCKGE WORD CHANGE | HP 1 TB PACKGE WORD CHANGE |
|---|---|---|---|---|---|
| TOTAL RESPONDENTS | 356 | 88 | 87 | 89 | 92 |
| **MISCELLANEOUS COMPATIBILITY** | | | | | |
| FOR WINDOWS ONLY/NOT/MIGHT NOT BE COMPATIBLE WITH MACINTOSH | 13 / 3.7 | 3 / 3.4 | 5 / 5.7 | 2 / 2.2 | 3 / 3.3 |
| OTHER MISCELLANEOUS COMPATIBILITY MENTIONS | 3 / 0.8 | 0 / 0 | 1 / 1.1 | 2 / 2.2 | 0 / 0 |
| **SIZE/SHAPE (NET)** | 7 / 2.0 | 1 / 1.1 | 3 / 3.4 | 0 / 0 | 3 / 3.3 |
| TOO BIG/BULKY/TAKES UP TOO MUCH SPACE | 7 / 2.0 | 1 / 1.1 | 3 / 3.4 | 0 / 0 | 3 / 3.3 |
| **LACK OF NEED (NET)** | 10 / 2.8 | 0 / 0 | 6 / 6.9 | 2 / 2.2 | 2 / 2.2 |
| ALREADY HAVE AN EXTERNAL DRIVE | 6 / 1.7 | 0 / 0 | 3 / 3.4 | 2 / 2.2 | 1 / 1.1 |
| OTHER LACK OF NEED MENTIONS | 5 / 1.4 | 0 / 0 | 3 / 3.4 | 0 / 0 | 2 / 2.2 |
| **PACKAGING (NET)** | 7 / 2.0 | 2 / 2.3 | 2 / 2.3 | 1 / 1.1 | 2 / 2.2 |
| LACK OF PRODUCT INFORMATION (ON THE PACKAGE) | 5 / 1.4 | 1 / 1.1 | 2 / 2.3 | 0 / 0 | 2 / 2.2 |
| DISLIKE THE PACKAGE APPEARANCE (ALL MENTIONS) | 2 / 0.6 | 1 / 1.1 | 0 / 0 | 1 / 1.1 | 0 / 0 |
| OTHER PACKAGING MENTIONS | 1 / 0.3 | 0 / 0 | 0 / 0 | 0 / 0 | 1 / 1.1 |
| **MISCELLANEOUS NEGATIVE** | | | | | |
| WOULDN'T/MIGHT NOT BE WELL-MADE/RELIABLE/DURABLE | 3 / 0.8 | 0 / 0 | 2 / 2.3 | 0 / 0 | 1 / 1.1 |
| ALL NEGATIVE PRICE MENTIONS: TOO EXPENSIVE, COSTS MORE THAN OTHERS, CAN'T AFFORD IT | 3 / 0.8 | 1 / 1.1 | 1 / 1.1 | 0 / 0 | 1 / 1.1 |

Page 19

Table 6

TARGET RESEARCH GROUP INC.
HARD DRIVE STUDY (#103-13005)

Q.125/128-2  WHAT MAKES YOU SAY THAT YOU WOULD NOT BUY IT?  WHAT ELSE?
- NEUTRAL/NEGATIVE PURCHASE INTEREST -

| | TOTAL | HP 320GB PCKGE | HP 1 TB PCKGE | HP 320GB PACKGE WORD CHANGE | HP 1 TB PACKGE WORD CHANGE |
|---|---|---|---|---|---|
| | | 88 | 87 | 89 | 92 |
| TOTAL RESPONDENTS | 356 | 88 | 87 | 89 | 92 |
| OTHER MISCELLANEOUS NEGATIVE MENTIONS | 2 / 0.6 | 1 / 1.1 | 0 / 0 | 1 / 1.1 | 0 / 0 |
| NEUTRAL (GRAND NET) | 53 / 14.9 | 11 / 12.5 | 15 / 17.2 | 16 / 18.0 | 11 / 12.0 |
| COST CONCERNS (NET) | 28 / 7.9 | 7 / 8.0 | 6 / 6.9 | 8 / 9.0 | 7 / 7.6 |
| DEPENDS ON PRICE/NEED TO KNOW THE PRICE (UNSPEC) | 18 / 5.1 | 2 / 2.3 | 5 / 5.7 | 6 / 6.7 | 5 / 5.4 |
| DEPENDS ON PRICE COMPARISON TO OTHERS | 5 / 1.4 | 1 / 1.1 | 1 / 1.1 | 2 / 2.2 | 1 / 1.1 |
| IF IT'S AFFORDABLE/IF I HAVE THE MONEY/CAN AFFORD IT | 3 / 0.8 | 2 / 2.3 | 0 / 0 | 0 / 0 | 1 / 1.1 |
| OTHER COST CONCERNS MENTIONS | 2 / 0.6 | 2 / 2.3 | 0 / 0 | 0 / 0 | 0 / 0 |
| NEED MORE INFORMATION (NET) | 24 / 6.7 | 5 / 5.7 | 6 / 6.9 | 7 / 7.9 | 6 / 6.5 |
| NEED TO DO RESEARCH/READ REVIEWS/GET MORE INFORMATION | 14 / 3.9 | 3 / 3.4 | 3 / 3.4 | 4 / 4.5 | 4 / 4.3 |
| NEED TO COMPARE WITH OTHERS/SEE WHAT ELSE IS AVAILABLE | 10 / 2.8 | 2 / 2.3 | 4 / 4.6 | 2 / 2.2 | 2 / 2.2 |
| OTHER NEED MORE INFORMATION MENTIONS | 1 / 0.3 | 0 / 0 | 0 / 0 | 1 / 1.1 | 0 / 0 |
| MISCELLANEOUS NEUTRAL | | | | | |
| DEPENDS ON SIZE/HOW BIG IT IS (UNSPEC) | 2 / 0.6 | 0 / 0 | 0 / 0 | 0 / 0 | 2 / 2.2 |
| DEPENDS ON THE MEMORY/STORAGE CAPACITY | 5 / 1.4 | 0 / 0 | 3 / 3.4 | 1 / 1.1 | 1 / 1.1 |
| DEPENDS ON THE SPEED/TRANSFER RATE | 2 / 0.6 | 1 / 1.1 | 0 / 0 | 1 / 1.1 | 0 / 0 |

Page 20

Table 6

TARGET RESEARCH GROUP INC.
HARD DRIVE STUDY (#103-13005)

Q.125/128-2 WHAT MAKES YOU SAY THAT YOU WOULD NOT BUY IT? WHAT ELSE?
- NEUTRAL/NEGATIVE PURCHASE INTEREST -

| | TOTAL | HP 320GB PCKGE | HP 1 TB PCKGE | HP 320GB PACKGE WORD CHANGE | HP 1 TB PACKGE WORD CHANGE |
|---|---|---|---|---|---|
| TOTAL RESPONDENTS | 356 | 88 | 87 | 89 | 92 |
| DEPENDS ON HOW IT'S POWERED/IF IT'S USB POWERED | 2 / 0.6 | 0 / 0 | 0 / 0 | 0 / 0 | 2 / 2.2 |
| IF COMPATIBLE WITH MY COMPUTER/ DEVICES/SOFTWARE I USE | 3 / 0.8 | 0 / 0 | 1 / 1.1 | 1 / 1.1 | 1 / 1.1 |
| DEPENDS ON THE QUALITY/IF GOOD QUALITY/RELIABLE/DURABLE | 3 / 0.8 | 1 / 1.1 | 1 / 1.1 | 0 / 0 | 1 / 1.1 |
| HP PRODUCTS ARE OK/NOT GREAT | 2 / 0.6 | 0 / 0 | 1 / 1.1 | 0 / 0 | 1 / 1.1 |
| OTHER MISCELLANEOUS NEUTRAL MENTIONS | 11 / 3.1 | 3 / 3.4 | 4 / 4.6 | 4 / 4.5 | 0 / 0 |
| DON'T KNOW/NOTHING/NO ANSWER | 1 / 0.3 | 0 / 0 | 0 / 0 | 0 / 0 | 1 / 1.1 |
| POSITIVE PURCHASE INTEREST | 240 / 67.4 | 59 / 67.0 | 54 / 62.1 | 60 / 67.4 | 67 / 72.8 |

Page 21

Table 7

TARGET RESEARCH GROUP INC.
HARD DRIVE STUDY (#103-13005)

Q.170 ASIDE FROM THE WORD PROCESSING SOFTWARE(S) PREVIOUSLY MENTIONED,
ARE THERE OR AREN'T THERE ANY OTHER WORD PROCESSING FILE FORMATS OR TYPES
THAT ARE STORED ON YOUR COMPUTER FOR WHICH YOU WOULD BUY AN EXTERNAL HARD DRIVE?

| | TOTAL | HP 320GB PCKGE | HP 1 TB PCKGE | HP 320GB PACKGE WORD CHANGE | HP 1 TB PACKGE WORD CHANGE |
|---|---|---|---|---|---|
| TOTAL RESPONDENTS | 591 | 149 | 148 | 148 | 146 |
| YES, THERE ARE | 149 25.2 | 43 28.9 | 39 26.4 | 29 19.6 | 38 26.0 |
| NO, THERE AREN'T | 297 50.3 | 72 48.3 | 79 53.4 | 76 51.4 | 70 47.9 |
| DON'T KNOW | 145 24.5 | 34 22.8 | 30 20.3 | 43 29.1 | 38 26.0 |

Exhibit G
Page 79

TARGET RESEARCH GROUP INC.
HARD DRIVE STUDY (#103-13005)

Q.180 BEFORE BUYING A NEW COMPUTER ACCESSORY SUCH AS AN EXTERNAL HARD DRIVE,
WOULD YOU OR WOULDN'T YOU TRY TO FIND INFORMATION ABOUT EXTERNAL HARD DRIVES
AVAILABLE ON THE MARKET?

| | TOTAL | HP 320GB PCKGE | HP 1 TB PCKGE | HP 320GB PACKGE WORD CHANGE | HP 1 TB PACKGE WORD CHANGE |
|---|---|---|---|---|---|
| TOTAL RESPONDENTS | 591 | 149 | 148 | 148 | 146 |
| YES, I WOULD | 547 92.6 | 135 90.6 | 139 93.9 | 137 92.6 | 136 93.2 |
| NO, I WOULDN'T | 26 4.4 | 10 6.7 | 4 2.7 | 6 4.1 | 6 4.1 |
| DON'T KNOW | 18 3.0 | 4 2.7 | 5 3.4 | 5 3.4 | 4 2.7 |

Page 23

Table 9

TARGET RESEARCH GROUP INC.
HARD DRIVE STUDY (#103-13005)

Q.183/185 WHERE OR FROM WHICH INFORMATION SOURCES WOULD YOU LOOK FOR
INFORMATION ABOUT EXTERNAL HARD DRIVES? ANY OTHER INFORMATION SOURCES YOU
WOULD CONSULT BEFORE DECIDING WHICH EXTERNAL HARD DRIVE TO BUY?

| | TOTAL | HP 320GB PCKGE | HP 1 TB PCKGE | HP 320GB PACKGE WORD CHANGE | HP 1 TB PACKGE WORD CHANGE |
|---|---|---|---|---|---|
| TOTAL RESPONDENTS | 356 | 83 | 87 | 89 | 92 |
| YES, I WOULD | 328 / 92.1 | 80 / 90.9 | 83 / 95.4 | 80 / 89.9 | 85 / 92.4 |
| RETAIL (SITES) (NET) | 134 / 37.6 | 35 / 39.8 | 26 / 29.9 | 41 / 46.1 | 32 / 34.8 |
| BEST BUY (SUBNET) | 37 / 10.4 | 11 / 12.5 | 10 / 11.5 | 6 / 6.7 | 10 / 10.9 |
| BEST BUY | 34 / 9.6 | 11 / 12.5 | 8 / 9.2 | 6 / 6.7 | 9 / 9.8 |
| GEEK SQUAD | 3 / 0.8 | 0 / 0 | 2 / 2.3 | 0 / 0 | 1 / 1.1 |
| MISCELLANEOUS RETAIL SITES | | | | | |
| RETAILERS/STORE SITES (UNSPEC) | 27 / 7.6 | 7 / 8.0 | 0 / 0 | 8 / 9.0 | 12 / 13.0 |
| AMAZON | 41 / 11.5 | 11 / 12.5 | 8 / 9.2 | 14 / 15.7 | 8 / 8.7 |
| EBAY | 6 / 1.7 | 4 / 4.5 | 2 / 2.3 | 0 / 0 | 0 / 0 |
| FRY'S | 13 / 3.7 | 3 / 3.4 | 2 / 2.3 | 5 / 5.6 | 3 / 3.3 |
| NEWEGG | 10 / 2.8 | 3 / 3.4 | 3 / 3.4 | 3 / 3.4 | 1 / 1.1 |
| TIGERDIRECT | 3 / 0.8 | 2 / 2.3 | 1 / 1.1 | 0 / 0 | 0 / 0 |
| WAL-MART | 3 / 0.8 | 0 / 0 | 1 / 1.1 | 0 / 0 | 1 / 1.1 |
| OFFICE SUPPLY STORE/SITE (STAPLES, OFFICE DEPOT, QUILL) | 5 / 1.4 | 0 / 0 | 0 / 0 | 2 / 2.2 | 2 / 2.2 |

TARGET RESEARCH GROUP INC.
HARD DRIVE STUDY (#103-13005)

Page 24

Table 9

Q.183/185 WHERE OR FROM WHICH INFORMATION SOURCES WOULD YOU LOOK FOR INFORMATION ABOUT EXTERNAL HARD DRIVES? ANY OTHER INFORMATION SOURCES YOU WOULD CONSULT BEFORE DECIDING WHICH EXTERNAL HARD DRIVE TO BUY?

| | TOTAL | HP 320GB PCKGE | HP 1 TB PCKGE | HP 320GB PACKGE WORD CHANGE | HP 1 TB PACKGE WORD CHANGE |
|---|---|---|---|---|---|
| TOTAL RESPONDENTS | 356 | 88 | 87 | 89 | 92 |
| IN-STORE/WALK-IN/SALES PEOPLE AT STORE | 36 10.1 | 8 9.1 | 9 10.3 | 13 14.6 | 6 6.5 |
| OTHER MISCELLANEOUS RETAIL (SITES) MENTIONS | 8 2.2 | 1 1.1 | 3 3.4 | 3 3.4 | 1 1.1 |
| SEARCH ENGINES (NET) | 83 23.3 | 19 21.6 | 26 29.9 | 18 20.2 | 20 21.7 |
| SEARCH ENGINE/COMPUTER SEARCH | 6 1.7 | 1 1.1 | 1 1.1 | 2 2.2 | 2 2.2 |
| GOOGLE | 70 19.7 | 14 15.9 | 24 27.6 | 15 16.9 | 17 18.5 |
| BING | 5 1.4 | 3 3.4 | 0 0 | 2 2.2 | 0 0 |
| YAHOO | 5 1.4 | 2 2.3 | 1 1.1 | 0 0 | 2 2.2 |
| COMPARISON SHOPPING SITES: NEXTAG, MYSIMON, ETC. | 3 0.8 | 2 2.3 | 0 0 | 0 0 | 1 1.1 |
| OTHER SEARCH ENGINES MENTIONS | 3 0.8 | 0 0 | 0 0 | 1 1.1 | 1 1.1 |
| REVIEWS/TECHBLOG SITES (NET) | 137 38.5 | 32 36.4 | 35 40.2 | 36 40.4 | 34 37.0 |
| CONSUMER REVIEWS (SUBNET) | 37 10.4 | 9 10.2 | 11 12.6 | 9 10.1 | 8 8.7 |
| CONSUMER REVIEWS/CONSUMER REVIEWS FROM ONLINE RETAILERS (UNSPEC) | 17 4.8 | 3 3.4 | 5 5.7 | 5 5.6 | 4 4.3 |
| AMAZON REVIEWS | 17 4.8 | 5 5.7 | 5 5.7 | 4 4.5 | 3 3.3 |
| OTHER CONSUMER REVIEWS MENTIONS | 6 1.7 | 2 2.3 | 2 2.3 | 1 1.1 | 1 1.1 |

Page 25

Table 9

TARGET RESEARCH GROUP INC.
HARD DRIVE STUDY (#103-13005)

Q.183/185 WHERE OR FROM WHICH INFORMATION SOURCES WOULD YOU LOOK FOR INFORMATION ABOUT EXTERNAL HARD DRIVES? ANY OTHER INFORMATION SOURCES YOU WOULD CONSULT BEFORE DECIDING WHICH EXTERNAL HARD DRIVE TO BUY?

| | TOTAL | HP 320GB PCKGE | HP 1 TB PCKGE | HP 320GB PACKAGE WORD CHANGE | HP 1 TB PACKAGE WORD CHANGE |
|---|---|---|---|---|---|
| | | 88 | 87 | 89 | 92 |
| TOTAL RESPONDENTS | 356 | 88 | 87 | 89 | 92 |
| TECHBLOG/TECH REVIEW SITES (SUBNET) | 75 21.1 | 19 21.6 | 21 24.1 | 22 24.7 | 13 14.1 |
| TECH SITES/ELECTRONIC/TECH REVIEW SITES | 8 2.2 | 1 1.1 | 3 3.4 | 3 3.4 | 1 1.1 |
| BLOGS/REVIEWS ON TECHBLOGS | 20 5.6 | 8 9.1 | 5 5.7 | 4 4.5 | 3 3.3 |
| CNET | 43 12.1 | 8 9.1 | 15 17.2 | 11 12.4 | 9 9.8 |
| TOM'S HARDWARE | 4 1.1 | 2 2.3 | 1 1.1 | 1 1.1 | 0 0 |
| OTHER TECHBLOG/TECH REVIEW SITES MENTIONS | 7 2.0 | 1 1.1 | 2 2.3 | 4 4.5 | 0 0 |
| MISCELLANEOUS REVIEWS/TECHBLOG SITES | | | | | |
| REVIEWS/ONLINE REVIEWS (UNSPEC) | 40 11.2 | 8 9.1 | 10 11.5 | 12 13.5 | 10 10.9 |
| CONSUMER REPORTS | 15 4.2 | 1 1.1 | 3 3.4 | 4 4.5 | 7 7.6 |
| OTHER REVIEW/TECHNICAL SITES MENTIONS | 2 0.6 | 1 1.1 | 1 1.1 | 0 0 | 0 0 |
| PERSONAL INFORMATION SOURCES (NET) | 72 20.2 | 18 20.5 | 20 23.0 | 15 16.9 | 19 20.7 |
| FRIEND/COLLEAGUE/RELATIVE (WHO KNOWS ABOUT COMPUTERS) | 60 16.9 | 15 17.0 | 17 19.5 | 12 13.5 | 16 17.4 |
| TECH/GEEKS/MY IT PERSON | 13 3.7 | 2 2.3 | 3 3.4 | 4 4.5 | 4 4.3 |
| OTHER PERSONAL INFORMATION SOURCES MENTIONS | 3 0.8 | 1 1.1 | 1 1.1 | 0 0 | 1 1.1 |

TARGET RESEARCH GROUP INC.
HARD DRIVE STUDY (#103-13005)

Q.183/185 WHERE OR FROM WHICH INFORMATION SOURCES WOULD YOU LOOK FOR INFORMATION ABOUT EXTERNAL HARD DRIVES? ANY OTHER INFORMATION SOURCES YOU WOULD CONSULT BEFORE DECIDING WHICH EXTERNAL HARD DRIVE TO BUY?

| | TOTAL | HP 320GB PCKGE | HP 1 TB PCKGE | HP 320GB PACKGE WORD CHANGE | HP 1 TB PACKGE WORD CHANGE |
|---|---|---|---|---|---|
| | | 88 | 87 | 89 | 92 |
| TOTAL RESPONDENTS | 356 | 88 | 87 | 89 | 92 |
| MAGAZINES (NET) | 30 8.4 | 5 5.7 | 10 11.5 | 10 11.2 | 5 5.4 |
| COMPUTER/TECH MAGAZINES (UNSPEC) | 13 3.7 | 2 2.3 | 3 3.4 | 6 6.7 | 2 2.2 |
| PC MAGAZINE | 8 2.2 | 2 2.3 | 4 4.6 | 1 1.1 | 1 1.1 |
| PC WORLD | 8 2.2 | 0 0 | 3 3.4 | 4 4.5 | 1 1.1 |
| OTHER MAGAZINES MENTIONS | 4 1.1 | 1 1.1 | 1 1.1 | 1 1.1 | 1 1.1 |
| MISCELLANEOUS | | | | | |
| INTERNET/ONLINE/WEBSITES | 101 28.4 | 29 33.0 | 18 20.7 | 24 27.0 | 30 32.6 |
| WORD OF MOUTH (UNSPEC) | 4 1.1 | 2 2.3 | 0 0 | 1 1.1 | 1 1.1 |
| MANUFACTURER'S WEBSITE | 48 13.5 | 14 15.9 | 13 14.9 | 12 13.5 | 9 9.8 |
| FACEBOOK | 4 1.1 | 0 0 | 1 1.1 | 0 0 | 3 3.3 |
| MENTIONED PRODUCT FEATURE ONLY: COMPATIBILITY, SIZE, PRICE | 8 2.2 | 2 2.3 | 4 4.6 | 1 1.1 | 1 1.1 |
| BOX/PACKAGE INFORMATION | 3 0.8 | 1 1.1 | 0 0 | 1 1.1 | 1 1.1 |
| PAPER/NEWSPAPER | 4 1.1 | 2 2.3 | 0 0 | 1 1.1 | 1 1.1 |
| OTHER MISCELLANEOUS MENTIONS | 14 3.9 | 2 2.3 | 5 5.7 | 3 3.4 | 4 4.3 |

Exhibit G
Page 84

TARGET RESEARCH GROUP INC.
HARD DRIVE STUDY (#103-13005)

Q.183/185 WHERE OR FROM WHICH INFORMATION SOURCES WOULD YOU LOOK FOR
INFORMATION ABOUT EXTERNAL HARD DRIVES? ANY OTHER INFORMATION SOURCES YOU
WOULD CONSULT BEFORE DECIDING WHICH EXTERNAL HARD DRIVE TO BUY?

|  | TOTAL | HP 320GB PCKGE | HP 1 TB PCKGE | HP 320GB PACKGE WORD CHANGE | HP 1 TB PACKGE WORD CHANGE |
|---|---|---|---|---|---|
|  | ------ | ------ | ------ | ------ | ------ |
| TOTAL RESPONDENTS | 356 | 88 | 87 | 89 | 92 |
| DON'T KNOW/NO ANSWER | 11<br>3.1 | 2<br>2.3 | 3<br>3.4 | 2<br>2.2 | 4<br>4.3 |
| NO, I WOULDN'T | 18<br>5.1 | 6<br>6.8 | 2<br>2.3 | 5<br>5.6 | 5<br>5.4 |
| DON'T KNOW | 10<br>2.8 | 2<br>2.3 | 2<br>2.3 | 4<br>4.5 | 2<br>2.2 |

TARGET RESEARCH GROUP INC.
HARD DRIVE STUDY (#103-13005)

Q.190 WHEN BUYING A PRODUCT LIKE AN EXTERNAL HARD DRIVE, USING A SCALE
FROM 1 TO 10 WHERE 1=NOT CAREFUL AT ALL AND 10=VERY CAREFUL, HOW WOULD YOU
RATE YOURSELF IN TERMS OF HOW CAREFULLY YOU EVALUATE EACH PRODUCT OPTION AND ITS FEATURES?

| | TOTAL | HP 320GB PCKGE | HP 1 TB PCKGE | HP 320GB PACKGE WORD CHANGE | HP 1 TB PACKGE WORD CHANGE |
|---|---|---|---|---|---|
| TOTAL RESPONDENTS | 591 | 149 | 148 | 148 | 146 |
| 1 NOT CAREFUL AT ALL | 2 0.3 | 0 0 | 2 1.4 | 0 0 | 0 0 |
| 2 | 0 0 | 0 0 | 0 0 | 0 0 | 0 0 |
| 3 | 1 0.2 | 1 0.7 | 0 0 | 0 0 | 0 0 |
| 4 | 4 0.7 | 0 0 | 1 0.7 | 1 0.7 | 2 1.4 |
| 5 | 28 4.7 | 8 5.4 | 7 4.7 | 7 4.7 | 6 4.1 |
| 6 | 25 4.2 | 6 4.0 | 4 2.7 | 8 5.4 | 7 4.8 |
| 7 | 79 13.4 | 12 8.1 | 21 14.2 | 29 19.6 | 17 11.6 |
| 8 | 181 30.6 | 44 29.5 | 40 27.0 | 47 31.8 | 50 34.2 |
| 9 | 109 18.4 | 34 22.8 | 25 16.9 | 26 17.6 | 24 16.4 |
| 10 VERY CAREFUL | 162 27.4 | 44 29.5 | 48 32.4 | 30 20.3 | 40 27.4 |
| MEAN | 8.31 | 8.46 | 8.36 | 8.11 | 8.32 |
| STD. DEV. | 1.49 | 1.45 | 1.67 | 1.39 | 1.44 |
| STD. ERR. | 0.061 | 0.119 | 0.138 | 0.114 | 0.119 |