DAVID J. NOONAN (55966)
MICAELA P. BANACH (226656)
KIRBY NOONAN LANCE & HOGE LLP
Diamond View Tower
350 Tenth Avenue, Suite 1300
San Diego, CA 92101
Telephone: 619 -231-8666
Facsimile: 619-231-9593
E-Mail: dnoonan@knlh.com
E-Mail: mbanach@knlh.com

KRISTOFOR T. HENNING (*Pro Hac Vice*)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone: 215-963-5000
Facsimile: 215-963-5001
E-Mail: khenning@morganlewis.com
E-Mail: fcorrado@morganlewis.com

Attorneys for Defendant HEWLETT-PACKARD COMPANY

BRIAN A. BARNHORST
LAW OFFICE OF BRIAN A. BARNHORST
P. O. Box 17630
San Diego, CA  92177
Telephone:  619-379-7405
E-Mail:  babarnhorst@gmail.com

Attorneys for Plaintiff ROBERT A. WALLER, JR.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT A. WALLER, JR., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HEWLETT-PACKARD COMPANY, et al.<br><br>Defendants. | Case No. 11-cv-00454-LAB (RBB)<br><br>**JOINT MOTION OF DISMISSAL**<br><br>**[FED. R. CIV. P., RULE 41]**<br><br>Judge: Hon. Larry Alan Burns<br>Ctrm.: 9<br><br>Magistrate Judge: Hon. Ruben B. Brooks<br>Ctrm.: B |

1  Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all parties
2  hereto, by their respective counsel of record, stipulate and jointly move that this
3  action be dismissed with prejudice, in its entirety, with all parties to bear their own
4  attorneys' fees and costs.
5  IT IS SO STIPULATED.

7  DATED: November 25, 2013          KIRBY NOONAN LANCE & HOGE LLP

                                    By: /s/ *Micaela P. Banach*
                                        David J. Noonan
                                        Micaela P. Banach
                                        Attorneys for Defendant HEWLETT-
                                        PACKARD COMPANY

   DATED: November 25, 2013          LAW OFFICE OF BRIAN A. BARNHORST

                                    By: /s/ *Brian A. Barnhorst*
                                        Brian A. Barnhorst
                                        Attorneys for Plaintiff ROBERT A.
                                        WALLER, JR.