# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. WALLER, JR., on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>HEWLETT-PACKARD COMPANY, etc., et al.,<br><br>  Defendants. | CASE NO. 11cv0454-LAB (RBB)<br><br>**ORDER DISMISSING CASE** |

Pursuant to the joint motion of the parties, this case is dismissed with prejudice in its entirety. The parties shall bear their own fees and costs.

**IT IS SO ORDERED**.

DATED: November 25, 2013

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge